T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

In re the matter of:                         )
                                             )
MARK HOUSER,                                 )    Case No: CV-23-01394-PHX-SMB-ESW
                                             )
                                             )
    Plaintiff(s),                            )    **CERTIFICATE OF SERVICE**
                                             )
v.                                           )
                                             )
CITY OF SCOTTSDALE, et al,                   )
                                             )
    Defendant(s).                            )
_____)

1.  I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on September 13, 2023, I received <u>Summons In A Civil Action and a Verified Complaint – Jury Trial Requested</u> from The Plaintiff(s).

2.  I then proceeded to successfully serve the above described documents on The City Of Scottsdale at Scottsdale City Clerk's Office, 3939 N. Drinkwater Blvd, Scottsdale, Arizona on September 14, 2023 at approximately 4:15 pm. I entered and verified Johnny Olmo, Tech. Specialist, could accept service. After making a call he said he couls accept service and I served him for the City of Scottsdale..

3.  This is considered to be personal service.

4.  The fee I charged for this service was $85.

I declare under the penalty of perjury that the foregoing is true and correct

_____                          9/15/23
Gary Steiner                                     Date

Page 1