**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
(480) 312-2548 (F)
legal@scottsdaleaz.gov

Attorneys for Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>City of Scottsdale, et. al.,<br><br>Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**CITY OF SCOTTSDALE'S MOTION TO EXTEND TIME FOR DEFENDANT CITY OF SCOTTSDALE TO RESPOND TO COMPLAINT (First Request)** |

Defendant City of Scottsdale requests the Court enter the accompanying Order extending the deadline for Defendant City of Scottsdale to respond to the Complaint up to and including December 1, 2023. On September 14, 2023, Defendant City of Scottsdale was served with the Complaint. Defendant City of Scottsdale's response to the Complaint is currently due on October 5, 2023. The remaining individual City Defendants have executed Waivers of Service of Summons on October 2, 2023, giving them sixty (60) days to respond to the complaint (December 1, 2023). The parties have agreed the City of Scottsdale may respond to the Complaint on the same date as the individual City Defendants.

Therefore, Defendant City of Scottsdale requests the Court to enter the accompanying Order extending the deadline for Defendant City of Scottsdale to respond to the Complaint up to and including December 1, 2023.

20094099.1                                                              1

This extension is sought in good faith and Plaintiff's counsel agreed to the extension.

DATED this 4th day of October, 2023.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By: *s/ Lindsey M. Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for City of Scottsdale

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing, and mailed a copy to:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

By: *s/ Brittany Leonard*
Employee of the Scottsdale
City Attorney's Office

20094099.1

2