IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>　　　　　Plaintiff,<br>vs.<br><br>City of Scottsdale, et. al.,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**PROPOSED ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANT CITY OF SCOTTSDALE TO RESPOND TO COMPLAINT (First Request)** |

　　　　This Court having read and considered the City of Scottsdale's Motion to Extend Time for Defendant City of Scottsdale to Respond to Complaint and good cause and appearing.

　　　　IT IS HERBY ORDERED granting the City's Motion.

　　　　IT IS FURTHER ORDERED that the City of Scottsdale shall have up to and including December 1, 2023 to file and serve its response to the Complaint.

　　　　DATED this ___ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

20094098.1

1