1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9 | Mark Houser,

10                  Plaintiff,

11 | v.

12 | City of Scottsdale, et al.,

13                  Defendants.

14

No. CV-23-01394-PHX-SMB (ESW)

**ORDER**

15       The Court has considered City of Scottsdale's Motion to Extend Time for Defendant
16 City of Scottsdale to Respond to Complaint (Doc. 11).  There being no objection by
17 Plaintiff, and good cause appearing,

18       IT IS ORDERED granting City of Scottsdale's Motion to Extend Time for
19 Defendant City of Scottsdale to Respond to Complaint (Doc. 11).  Defendant City of
20 Scottsdale shall file a response to Plaintiff's Verified Complaint (Doc. 1) no later than
21 **December 1, 2023**.

22       Dated this 5th day of October, 2023.

23
24
25

_____
Honorable Eileen S. Willett
United States Magistrate Judge

26
27
28