# EXHIBIT 1

**(Lindsey Gomez-Gray Declaration)**

**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
(480) 312-2548 (F)
legal@scottsdaleaz.gov

Attorneys for Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>      Plaintiff,<br><br>vs.<br><br>City of Scottsdale, et. al.,<br><br>      Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**DECLARATION OF<br>LINDSEY GOMEZ-GRAY** |

I, Lindsey Gomez-Gray, declare as follows.

1. I am over 18 years old, and I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify, could and would completely do so.

2. I am an attorney licensed to practice in the District of Arizona. I am an Assistant City Attorney for the City of Scottsdale and counsel for the Defendants City of Scottsdale, Timothy Koerner, Peter Bogumil, Nathan Stephenson, and Scott Williamson (collectively, "City Defendants"). This Declaration is made in support of the City Defendants' Motion to Stay and to Recover Costs and Attorneys' Fees Pursuant to Rule 41(D), *Fed. R. Civ. P.*

**RELEVANT PROCEDURAL POSTURE**

3. On August 26, 2022, Plaintiff filed a Complaint in Maricopa County Superior Court titled *Houser v. City of Scottsdale, el. al.*, CV2022-011287 (the "First Action"). On September 23, 2022, Plaintiff filed a First Amended Complaint in the First Action ("FAC").

4. The City Defendants timely removed the First Action to this Court. *See* Dkt. No 1, CV-22-1809-PHX-SMB-ESW. I was an attorney for the City Defendants in the First Action.

5. Prior to the City filing its motion to dismiss, and to protect the safety of Plaintiff's partner, a potential domestic violence victim, I invited Plaintiff's counsel to view the file materials at our office.

6. Plaintiff's counsel agreed to review the materials in person and did so on November 3, 2022 and November 7, 2022.

7. These two meetings totaled nearly 3 hours of time and included at least the review of the following file information:

    a. Various Scottsdale Police General Orders and Field Orders

    b. Police Report and Computer Aided Dispatch (DR21-09121)

    c. Police Report and Computer Aided Dispatch (DR21-09849)

    d. Computer Aided Dispatch and Field Interview Detail Report 112360 / CFS #E0520210015)

    e. Computer Aided Dispatch and Field Interview Detail Report 112086 / CFS #E0507210668)

    f. Audio recording of in-person meeting w/ Internal Affairs (1 hour 20 minutes)

    g. (2) Audio recordings of telephonic meetings with Internal Affairs (8:34 minutes and 1:46 minutes)

    h. Audio recording of Alia Houser and Det. Carlucci (23:05 minutes)

    i. Officer Tucker (1 of 2) On Body Camera video (20:27 minutes)

    j. Officer Tucker (2 of 2) On Body Camera video (3:35 minutes)

    k. Officer Stephenson (1 of 2) On Body Camera video (5:40 minutes)

    l. Officer Stephenson (2 of 2) On Body Camera video (7:07 minutes)

    m. (2) 911 audio call (5:27 minutes and 2:18 minutes)

8. Prior to Plaintiff's counsel reviewing these documents, I sent a detailed meet and confer letter outlining the flaws in Plaintiff's FAC that would be subject to a motion to dismiss.

9. On November 7, 2022, just two days before the City's responsive pleading to the First Action was due, Plaintiff filed a Notice of Voluntary Dismissal of the First Action.

10. On July 14, 2023, 249 days after Plaintiff voluntarily dismissed the First Action, he filed the current lawsuit captioned *Houser v. City of Scottsdale, et.al.*, CV Case No.: 2:23-cv-01394-SMB-ESW (the "Second Action") (Dkt. No. 1). The Complaint in the Section Action is substantially identical to the Complaint in the First Action.

## SUMMARY OF COSTS AND ATTORNEYS' FEES

11. The City Attorney's Office keeps contemporaneous notations of time expended by attorneys and paralegals on litigation matters. Cases such as this one are billed to the Risk Department within the City of Scottsdale to be paid by the City's Risk Loss Trust Fund. There is no "fee agreement" *per se*, but fees are charged in accordance with the current chargeback rate. During the pendency of this case, that rate has been $143 per hour for attorneys and $69 per hour for paralegals.[1] Defense counsel's municipal government hourly rates of $143 per hour for attorneys and $69 per hour for paralegals are quite conservative given that the hourly rates *for government work* in the Phoenix metropolitan area for private law firms engaging in the practice of civil rights defense range between $200-$350 per hour for attorneys and $100-$175 per hour for paralegals.

12. Predominantly, the hours claimed in the instant motion are from the undersigned attorney, having been assigned primary responsibility for defending the case from the beginning. The undersigned has been practicing law for approximately 14 years litigating complex legal disputes. The undersigned joined the Scottsdale City Attorney's Office in April, 2021 as an Assistant City Attorney. Undersigned counsel is responsible for defending cases brought against the City or its employees, including cases involving complex constitutional issues regarding allegations of civil rights and excessive force against the Scottsdale Police Department.

13. Lead Paralegal Danielle Taebel has been with the City Attorney's Office since March, 2000, and has been the lead Senior Paralegal since March, 2013. Ms. Taebel assisted in

---

[1] This rate has not changed since 2012.

gathering documents necessary for the defense of this matter. Ms. Taebel also assisted in the review and drafting of documents, as well as preparing information for Plaintiff's counsel to review, and meeting with Plaintiff's counsel during his review of that information.

14. Defense counsel contemporaneously kept time records accurately reflect the actual hours and tasks involved in the defense of this case. Time is billed in 0.1 increments for every six minutes. The undersigned has reviewed and approved the time and charges set forth in the task-based itemized statement attached hereto.

15. The City Defendants seek an award of the total fees incurred in the defense of the First Action, a total of **$10,566.10**. *See* Scottsdale City Attorney's Office Time Query Report (*attached hereto as* **Exhibit A**).

16. In the event the Court will only award fees for work that is not applicable to the current lawsuit, the City Defendants seek an award of fees in the amount of **$3,357.57**. The fees include the following categories of work: (1) removing the state action to federal court; (2) review and analysis of three motions to dismiss filed by co-defendants; (3) time interviewing four city witnesses named in the First Action that had no contact with Plaintiff and are not named in Second Action; and (4) time spent preparing materials for Plaintiff's counsel's review and the time spent reviewing those materials with Plaintiff's counsel. In addition, the City Defendants seek 1/3 of the time spent drafting its Answer, Motion to Dismiss and meet and confer letter, to compensate the City Defendants for work on claims that are not asserted in the Second Action (unwarranted search of Plaintiff's residence and unwarranted seizure of Plaintiff's property) and for the four City employees sued in the First Action, but not in the Second Action. *See* Scottsdale City Attorney's Office Time Query Report (*attached hereto as* **Exhibit B**).

17. The City Defendants have incurred costs in the defense of the First Action in the amount of **$402.00** for the removal of the First Action to Federal Court. *See* Scottsdale City Attorney's Office Expense Query Report and receipt (*attached hereto as* **Exhibit C**).

18. The time spent and expenses incurred were reasonable and necessary under the circumstances. Sound billing judgment has also been followed. Additionally, no charges were made for internal costs such as copies or faxes. Consultations with other attorneys within the City Attorney's Office regarding this case were only billed by the undersigned attorney, not by both attorneys involved. Time is billed as "LGOMEZGRAY" for the undersigned attorney and as "DTAEBEL" for Senior Paralegal Danielle Taebel. Time is further broken down into task categories/headings such as Email, Meeting, Draft/Redraft, Document Review, Research, etc. to further describe the activities undertaken in the defense of this case. If the Court would like to see the redacted billing entries, the City will make them available for an in camera inspection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2023.

*s/ Lindsey Gomez-Gray*          11/9/2023
Lindsey Gomez-Gray                Date

# EXHIBIT A

**(Time and Expense Report for Attorney's Fees)**

**Houser v. City of Scottsdale, et al.**
22-cv-01809-SMB-ESW

*Scottsdale City Attorney's Office Time Query Report*

| USER | DATE | TASK | TIME SPENT (billed in .1 increments) | BILLED AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| LGOMEZGRAY | 11/9/2022 | Email | 0.2 | $28.60 | Email City Defendants re ▬▬▬▬▬▬▬▬ |
| DTAEBEL | 11/7/2022 | Meeting | 1.4 | $96.60 | MW PTF's attorney to review IA recordings. |
| LGOMEZGRAY | 11/7/2022 | Draft/Redraft | 5.8 | $829.40 | Continue revisions to motion to dismiss. |
| LGOMEZGRAY | 11/4/2022 | Draft/Redraft | 7.5 | $1,072.50 | Draft and revise motion to dismiss. |
| LGOMEZGRAY | 11/3/2022 | Research | 1.4 | $200.20 | Research legislative history of A.R.S. 36-525 for motion to dismiss. |
| DTAEBEL | 11/3/2022 | Meeting | 1.5 | $103.50 | MW PTF's attorney to review OBCs. |
| LGOMEZGRAY | 11/3/2022 | Draft/Redraft | 1.3 | $185.90 | Continue draft of motion to dismiss |
| LGOMEZGRAY | 11/3/2022 | Document Review | 1.2 | $171.60 | Review text messages from Mark to Alia for admissions and production based on request from Plaintiff's counsel. |
| LGOMEZGRAY | 11/2/2022 | Draft/Redraft | 1.5 | $214.50 | Begin draft of Motion to Dismiss. |
| LGOMEZGRAY | 11/2/2022 | Draft/Redraft | 0.5 | $71.50 | Review Valleywise' motion to dismiss and joinder in Connections AZ's motion to dismiss. |
| LGOMEZGRAY | 11/2/2022 | Draft/Redraft | 0.4 | $57.20 | Continue revisions to meet and confer letter. |
| LGOMEZGRAY | 11/1/2022 | Draft/Redraft | 4.8 | $686.40 | Continue revisions to motion to dismiss letter. |
| LGOMEZGRAY | 11/1/2022 | Document Review | 1.4 | $200.20 | Conference call with counsel for Valleywise, research removal issue re unanimous consent; review ConnectionsAZ's motion to dismiss. |
| LGOMEZGRAY | 10/31/2022 | Document Review | 0.4 | $57.20 | Review 911 calls and CAD for Emma Houser related field interview. |
| LGOMEZGRAY | 10/28/2022 | Draft/Redraft | 4.5 | $643.50 | Begin draft meet and confer letter to Plaintiff re claims and potential motion to dismiss. |
| LGOMEZGRAY | 10/27/2022 | Document Review | 0.3 | $42.90 | Review and revise materials for S. Woods meeting. |
| LGOMEZGRAY | 10/27/2022 | Research | 1.4 | $200.20 | Review and analyze Chapter 36 for ▬▬▬▬▬▬▬▬▬▬▬▬▬▬. |
| LGOMEZGRAY | 10/27/2022 | Document Review | 0.2 | $28.60 | Review Houser's change of plea video for excessive speed case. |
| LGOMEZGRAY | 10/26/2022 | Document Review | 0.2 | $28.60 | Review order re service and answer. |
| LGOMEZGRAY | 10/25/2022 | Draft/Redraft | 6.7 | $958.10 | Begin draft answer. |
| DTAEBEL | 10/24/2022 | Document Review | 0.7 | $48.30 | Review and organize SPD polices and ARS. |
| LGOMEZGRAY | 10/24/2022 | Document Review | 0.6 | $85.80 | Review new field report and social media search ▬▬▬▬▬▬. |
| LGOMEZGRAY | 10/24/2022 | Document Review | 2.0 | $286.00 | Review 25 videos from Houser criminal proceeding in 2019 for background on Plaintiff, prior complaints and demeanor of plaintiff for new civil suit. |
| LGOMEZGRAY | 10/20/2022 | Document Review | 0.4 | $57.20 | Begin review of 2019 hearing videos of Mr. Houser. |
| CNEGRON | 10/20/2022 | Other | 2.5 | $172.50 | Received, reviewed, and organized evidence on 8 cases. |
| LGOMEZGRAY | 10/20/2022 | Draft/Redraft | 0.4 | $57.20 | Revise notice of removal re consent and service dates. |
| LGOMEZGRAY | 10/20/2022 | Meeting | 0.6 | $85.80 | Interview with Officer Stephenson. |
| LGOMEZGRAY | 10/18/2022 | Document Review | 0.3 | $42.90 | Review CBI's motion to dismiss. |

| Timekeeper | Date | Activity | Hours | Amount | Description |
|---|---|---|---|---|---|
| LODAVIS | 10/14/2022 | Document Review | 1.8 | $257.40 | Review documents to be produced to plaintiff atty; conf w/Deputy City Atty Santaella re: [redacted]; call to Ellen Larsen re: [redacted]; tc t/atty Carrie Cravatta re: [redacted]; provide summary status email re: same |
| LGOMEZGRAY | 10/14/2022 | Document Review | 0.5 | $71.50 | Review documents for production to Plaintiff's attorney. |
| LGOMEZGRAY | 10/13/2022 | Meeting | 0.7 | $100.10 | Meeting with C. Henningson and L. Davis. |
| LGOMEZGRAY | 10/13/2022 | Meeting | 1.0 | $143.00 | Meeting with K. Wills and L. Davis. |
| LGOMEZGRAY | 10/11/2022 | Meeting | 0.4 | $57.20 | Meeting with P. Bogumill and L. Davis. |
| CNEGRON | 10/7/2022 | Document Review | 1.5 | $103.50 | Gathered, reviewed and organized documents from several SPD and Phx cases; ordered items from VA Court. Same shared with staff. |
| LGOMEZGRAY | 10/7/2022 | Draft/Redraft | 0.2 | $28.60 | Revise verification and notice of removal. |
| LGOMEZGRAY | 10/7/2022 | Telephone Call | 0.2 | $28.60 | Conference call with Valleywise re removal. |
| LGOMEZGRAY | 10/7/2022 | Document Review | 1.2 | $171.60 | Review IA recording interview with Houser. |
| LGOMEZGRAY | 10/6/2022 | Document Management | 0.3 | $42.90 | Review information on Valleywise Foundation for removal motion. |
| LGOMEZGRAY | 10/6/2022 | Document Review | 0.5 | $71.50 | Review Ivanoff's emails regarding the case. |
| LGOMEZGRAY | 10/6/2022 | Telephone Call | 0.4 | $57.20 | Interview with Det. Ivanoff re [redacted]. |
| LGOMEZGRAY | 10/5/2022 | Document Review | 0.9 | $128.70 | Brief review of new documents from Sgt. Williamson. |
| LGOMEZGRAY | 10/5/2022 | Meeting | 0.8 | $114.40 | Meeting with Sgt. Williamson re [redacted] |
| LGOMEZGRAY | 10/5/2022 | Telephone Call | 0.4 | $57.20 | Telephonic conference call with M. Carlucci re [redacted] |
| LGOMEZGRAY | 10/4/2022 | Document Review | 1.0 | $143.00 | Initial review of Plaintiff's criminal case pleadings. |
| LGOMEZGRAY | 10/4/2022 | Telephone Call | 0.3 | $42.90 | Telephone call with Valleywise re consent to removal. |
| LGOMEZGRAY | 10/4/2022 | Draft/Redraft | 1.3 | $185.90 | Draft and revise notices of removal for state and federal court. |
| CNEGRON | 10/4/2022 | Other | 3.5 | $241.50 | Locate, gather, review and organize documents ie. court files, SPD documents/recordings etc and follow up re: same. Same shared with staff. |
| LGOMEZGRAY | 10/3/2022 | Meeting | 1.1 | $157.30 | Meeting with Det. Koerner and L. Davis re [redacted] |
| LGOMEZGRAY | 10/3/2022 | Document Review | 0.8 | $114.40 | Review OBC footage from May 9 and May 20. |
| LGOMEZGRAY | 10/3/2022 | Document Review | 0.9 | $128.70 | Review family court documents. |
| LGOMEZGRAY | 10/3/2022 | Telephone Call | 0.2 | $28.60 | Brief call with counsel for CBI re removal and case status. |
| LGOMEZGRAY | 9/29/2022 | Document Review | 0.4 | $57.20 | Listen to interview between A. Houser and Det. Carlucci. |
| CNEGRON | 9/29/2022 | Document Review | 0.2 | $13.80 | Gathered, reviewed, and organized information received from MCPA County Superior Court, PCIS and Bogumill; email to team regarding same. |
| LGOMEZGRAY | 9/28/2022 | Telephone Call | 0.2 | $28.60 | Telephone call to P. Bogumil re [redacted]. |
| CNEGRON | 9/28/2022 | Document Review | 1.5 | $103.50 | Obtained, reviewed, and organized multiple OBC and audio recordings; reviewed attorney memo re: [redacted]; requested documents from PCIS; prepared multiple requests to Maricopa County Superior Court for files, recordings, and exhibits; multiple emails to/from Bogumill re: [redacted]; emails to team re: [redacted] |
| LGOMEZGRAY | 9/28/2022 | Telephone Call | 0.1 | $14.30 | Telephone calls with stat agents for Connection Az and Community Bridges. |
| LGOMEZGRAY | 9/28/2022 | Telephone Call | 0.2 | $28.60 | Telephone call to M. Carlucci re: [redacted] |
| CNEGRON | 9/27/2022 | Document Review | 3.5 | $241.50 | Initial case review, document gathering and organization - ordered additional evidence DRs/911 Calls/Radio Traffic/CAD/Committal Orders/DCS & PCIS report - emails to team re: same. |
| DTAEBEL | 9/26/2022 | Document Review | 1.5 | $103.50 | Initial case/complaint review. Review DR/FI cards; request SPD communications and other SPD documents. |

| | | | | | |
|---|---|---|---|---|---|
| LGOMEZGRAY | 9/26/2022 | Document Review | 5.0 | $715.00 | Review complaint; review two DRs; review field investigation reports; review PCIS log; research information on Plaintiff including ███████████████████; review information on ████████; draft and revise master memo based on review of case file; listen to 911 call. |
| LGOMEZGRAY | 9/23/2022 | Email | 0.5 | $71.50 | Email six COS employees re ████████ |
| | | | **83.10** | **$10,566.10** | |

# EXHIBIT B

**(Adjusted Time and Expense Report for Attorney's Fees)**

**Houser v. City of Scottsdale, et al.**
22-cv-01809-SMB-ESW

*Scottsdale City Attorney's Office Time Query Report*

| USER | DATE | TASK | TIME SPENT (billed in .1 increments) | BILLED AMOUNT | ADJUSTED AMOUNT (.33 of Billed Amount) | TOTAL RECOVERABLE FEES | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| LGOMEZGRAY | 11/9/2022 | Email | 0.2 | $28.60 | 0.0 | $28.60 | Email City Defendants re ▮. |
| DTAEBEL | 11/7/2022 | Meeting | 1.4 | $96.60 | 0.0 | $96.60 | MW PTF's attorney to review IA recordings. |
| LGOMEZGRAY | 11/7/2022 | Draft/Redraft | 5.8 | $829.40 | $273.02 | $273.02 | Continue revisions to motion to dismiss. |
| LGOMEZGRAY | 11/4/2022 | Draft/Redraft | 7.5 | $1,072.50 | $353.93 | $353.93 | Draft and revise motion to dismiss. |
| DTAEBEL | 11/3/2022 | Meeting | 1.5 | $103.50 | 0.0 | $103.50 | MW PTF's attorney to review OBCs. |
| LGOMEZGRAY | 11/3/2022 | Draft/Redraft | 1.3 | $185.90 | n/a | $185.90 | Continue draft of motion to dismiss |
| LGOMEZGRAY | 11/2/2022 | Draft/Redraft | 1.5 | $214.50 | $70.79 | $70.79 | Begin draft of Motion to Dismiss. |
| LGOMEZGRAY | 11/2/2022 | Draft/Redraft | 0.5 | $71.50 | n/a | $71.50 | Review Valleywise' motion to dismiss and joinder in Connections AZ's motion to dismiss. |
| LGOMEZGRAY | 11/2/2022 | Draft/Redraft | 0.4 | $57.20 | $18.88 | $18.88 | Continue revisions to meet and confer letter. |
| LGOMEZGRAY | 11/1/2022 | Draft/Redraft | 4.8 | $686.40 | $226.51 | $226.51 | Continue revisions to motion to dismiss letter. |
| LGOMEZGRAY | 11/1/2022 | Document Review | 1.4 | $200.20 | n/a | $200.20 | Conference call with counsel for Valleywise, research removal issue re unanimous consent; review ConnectionsAZ's motion to dismiss. |
| LGOMEZGRAY | 10/28/2022 | Draft/Redraft | 4.5 | $643.50 | $212.36 | $212.36 | Begin draft meet and confer letter to Plaintiff re claims and potential motion to dismiss. |
| LGOMEZGRAY | 10/27/2022 | Document Review | 0.3 | $42.90 | n/a | $42.90 | Review and revise materials for S. Woods meeting. |
| LGOMEZGRAY | 10/26/2022 | Document Review | 0.2 | $28.60 | n/a | $28.60 | Review order re service and answer. |
| LGOMEZGRAY | 10/25/2022 | Draft/Redraft | 6.7 | $958.10 | $316.17 | $316.17 | Begin draft answer. |
| LGOMEZGRAY | 10/20/2022 | Draft/Redraft | 0.4 | $57.20 | n/a | $57.20 | Revise notice of removal re consent and service dates. |
| LGOMEZGRAY | 10/18/2022 | Document Review | 0.3 | $42.90 | n/a | $42.90 | Review CBI's motion to dismiss. |
| LGOMEZGRAY | 10/13/2022 | Meeting | 0.7 | $100.10 | n/a | $100.10 | Meeting with C. Henningson and L. Davis. |
| LGOMEZGRAY | 10/13/2022 | Meeting | 1.0 | $143.00 | n/a | $143.00 | Meeting with K. Wills and L. Davis. |
| LGOMEZGRAY | 10/7/2022 | Draft/Redraft | 0.2 | $28.60 | n/a | $28.60 | Revise verification and notice of removal. |
| LGOMEZGRAY | 10/7/2022 | Telephone Call | 0.2 | $28.60 | n/a | $28.60 | Conference call with Valleywise re removal. |
| LGOMEZGRAY | 10/6/2022 | Document Management | 0.3 | $42.90 | n/a | $42.90 | Review information on Valleywise Foundation for removal motion. |
| LGOMEZGRAY | 10/6/2022 | Telephone Call | 0.4 | $57.20 | n/a | $57.20 | Interview with Det. Ivanoff re ▮ |
| LGOMEZGRAY | 10/5/2022 | Telephone Call | 0.4 | $57.20 | n/a | $57.20 | Telephonic conference call with M. Carlucci re ▮ |
| LGOMEZGRAY | 10/4/2022 | Telephone Call | 0.3 | $42.90 | n/a | $42.90 | Telephone call with Valleywise re consent to removal. |
| LGOMEZGRAY | 10/4/2022 | Draft/Redraft | 1.3 | $185.90 | n/a | $185.90 | Draft and revise notices of removal for state and federal court. |
| LGOMEZGRAY | 10/3/2022 | Telephone Call | 0.2 | $28.60 | n/a | $28.60 | Brief call with counsel for CBI re removal and case status. |
| LGOMEZGRAY | 9/28/2022 | Telephone Call | 0.1 | $14.30 | n/a | $14.30 | Telephone calls with stat agents for Connection Az and Community Bridges. |
| LGOMEZGRAY | 9/28/2022 | Telephone Call | 0.2 | $28.60 | n/a | $28.60 | Telephone call to M. Carlucci re: ▮ |
| DTAEBEL | 9/26/2022 | Document Review | 1.5 | $103.50 | $34.16 | $34.16 | Initial case/complaint review. Review DR/FI cards; request SPD communications and other SPD documents. |
| LGOMEZGRAY | 9/26/2022 | Document Review | 5.0 | $715.00 | $235.95 | $235.95 | Review complaint; review two DRs; review field investigation reports; review PCIS log; research information on Plaintiff including prior lawsuits and divorce proceedings; review information on Plaintiff's doctor; draft and revise master memo based on review of case file; listen to 911 call. |
| | | | 50.50 | $6,895.90 | $1,741.77 | $3,357.57 | |

# EXHIBIT C

**(Expense Report for Costs)**

**Houser v. City of Scottsdale, et al.**
**22-cv-01809-SMB-ESW**

*Scottsdale City Attorney's Office Expense Query Report*

| Date | Type | Task | Amount | Description |
|---|---|---|---|---|
| 10/21/2022 | Expense | Filing Fees | $402.00 | Removal filing fee |