# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>City of Scottsdale, et. al.,<br><br>    Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**PROPOSED ORDER REGARDING CITY DEFENDANTS' MOTION TO STAY AND TO RECOVER COSTS AND ATTORNEYS' FEES PURSUANT TO RULE 41(d), FED. R. CIV. P.** |

Pursuant to Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson (collectively, "City Defendants") Motion to Stay and to Recover Costs and Attorneys' Fees Pursuant to Rule 41(d), *Fed. R. Civ. P.*, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff pay City defendants' fees and cost incurred in the previously dismissed action, *Houser v. City of Scottsdale, et. al.*, Case No. CV-22-1809-PHX-SMB-ESW, in the amounts of $402 (costs) and $_____ (fees).

**IT IS FURTHER ORDERED** that this action is stayed until Plaintiff pays the award.

DATED: _____

_____
Judge of the United States District Court