Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>City of Scottsdale, a governmental municipality; Officer Stephenson, an individual; Detective Timothy Koerner, an individual; Officer P. Bogumill, an individual; Sergeant Williamson, an individual; Entities 1-10; and Does 1-10,<br><br>　　　　　　Defendants. | No.: CV-23-01394-PHX-SMB (ESW)<br><br>**STIPULATION FOR EXTENSIONS OF TIME FOR RESPONSE AND REPLY RE CITY DEFENDANTS' MOTION TO DISMISS**<br><br>(First Request)<br><br>(Assigned to the Honorable Susan M. Brnovich and Referred to the Honorable Eileen S. Willett) |

Through counsel undersigned and pursuant to LRCiv 7.3, Plaintiff Mark Houser ("Plaintiff") and Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson, (collectively, "City Defendants") hereby stipulate and agree to extend the times within which Plaintiff may file his Response to City Defendants' Motion to Dismiss until up to and including December 22, 2023, and within which City Defendants may file their Reply in support of same until up to and including January 5, 2024, in accordance with the Proposed Order filed concurrently herewith. This stipulation is agreed to in good faith and not for purposes of delay.

///

**RESPECTFULLY SUBMITTED** this 15th day of December 2023.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By   */s/ Lindsey Gomez-Gray (w/ permission)*
    Lori S. Davis
    Lindsey M. Gomez-Gray
    3939 North Drinkwater Boulevard
    Scottsdale, Arizona 85251
    *Attorneys for Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori S. Davis
lodavis@scottsdaleaz.gov
Lindsey M. Gomez-Gray
LGomezGray@scottsdaleaz.gov
**SCOTTSDALE CITY ATTORNEY'S OFFICE**
legal@scottsdaleaz.gov
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
*Attorneys for Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson*

    */s/ Ben Dangerfield*