MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Houser, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>City of Scottsdale, a governmental municipality; Officer Stephenson, an individual; Detective Timothy Koerner, an individual; Officer P. Bogumill, an individual; Sergeant Williamson, an individual; Entities 1-10; and Does 1-10,<br><br>                    Defendants. | No.: CV-23-01394-PHX-SMB (ESW)<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR RESPONSE AND REPLY RE MOTION TO DISMISS**<br><br>(Assigned to the Honorable Susan M. Brnovich and Referred to the Honorable Eileen S. Willett) |

THE COURT, having reviewed the parties' Stipulation for Extensions of Time for Response and Reply re City Defendants' Motion to Dismiss (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall have until up to and including December 22, 2023 to file his Response to City Defendants' Motion to Dismiss, and that City Defendants shall have until up to and including January 5, 2024 to file their Reply in support of same.