# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, | No. CV-23-01394-PHX-SMB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Scottsdale, et al., | |
| Defendants. | |

The Court has considered the parties' Stipulation for Extensions of Time for Response and Reply Re City Defendants' Motion to Dismiss (Doc. 19).

IT IS ORDERED granting the Stipulation for Extensions of Time for Response and Reply Re City Defendants' Motion to Dismiss (Doc. 19).

IT IS FURTHER ORDERED that Plaintiff shall file a response to City Defendants' Motion to Dismiss no later than **December 22, 2023**. City Defendants shall file a reply no later than **January 5, 2024**.

Dated this 19th day of December, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge