Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>City of Scottsdale, a governmental municipality; Officer Stephenson, an individual; Detective Timothy Koerner, an individual; Officer P. Bogumill, an individual; Sergeant Williamson, an individual; Entities 1-10; and Does 1-10,<br><br>Defendants. | No.: CV-23-01394-PHX-SMB (ESW)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COUNT II OF HIS COMPLAINT**<br><br>(Assigned to the Honorable Susan M. Brnovich and Referred to the Honorable Eileen S. Willett) |

Through counsel undersigned and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mark Houser hereby notifies the Court and the parties of his dismissal of Count II of his Complaint in this action as to all Defendants. Rule 41 entitles Plaintiff to do so. *See Romoland v. Inland Empire*, 548 F.3d 738, 748 (9th Cir. 2008) ("Federal Rule of Civil Procedure 41 allows plaintiffs voluntarily to dismiss some or all of their claims against some or all defendants."); *see also Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants — or some or all of his claims — through a Rule 41 (a)(1) notice." (citing *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993))). Because no Defendant has filed an answer or a motion for summary

judgment, the dismissal is effective upon the filing of this Notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

**RESPECTFULLY SUBMITTED** this 22nd day of December 2023.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori S. Davis
lodavis@scottsdaleaz.gov
Lindsey M. Gomez-Gray
LGomezGray@scottsdaleaz.gov
**SCOTTSDALE CITY ATTORNEY'S OFFICE**
legal@scottsdaleaz.gov
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
*Attorneys for Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson*

   */s/ Ben Dangerfield*