**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants City of Scottsdale, Officer
Stephenson, Detective Koerner, Officer Bogumill,
and Sergeant Williamson

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>City of Scottsdale, et. al.,<br><br>        Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**CITY DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S NOTICE OF DISMISSAL OF COUNT II OF HIS COMPLAINT (Doc. No. 22)** |

Pursuant to LR 7.2 (m)(1), Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson (collectively, "City Defendants") move this Court to strike Plaintiff's Notice of Dismissal of Count II of His Complaint (Doc. No. 22) as it is not authorized under Rule 41(a)(1), Fed. R. Civ. P.

On December 22, 2023, in response to the City's Motion to Dismiss (Doc. No. 16), Plaintiff agreed that his Civil Conspiracy claim (Count II in the Complaint) is barred by the intracorporate conspiracy doctrine and agreed to withdraw the claim. *See* Dkt. No. 21 at 7:4-8. That same day, Plaintiff filed a Notice to Dismiss Count II only under Rule 41(a)(1)(A)(i). *See* Doc. No. 22. However, Rule 41(a)(1) applies to dismissals of entire actions, not individual claims. *See, e.g.*, *Hamilton v. Yavapai Cmty. Coll. Dist.*, No. CV-12-08193-PCT-GMS, 2022 WL 326371, at *1 (D. Ariz. Feb. 3, 2022) ("Rule 41 does not apply because it governs the dismissal of all claims against a particular defendant, not the piecemeal dismissal of individual claims against a defendant …"); *Ethridge v. Harbor House Rest.*, 861 F.2d 1389, 1392 (9th Cir. 1988)

(collecting cases and holding that "a plaintiff may not use Rule 41(a)(1)(i) to dismiss, unilaterally, a single claim from a multi-claim complaint"); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687–88 (9th Cir. 2005) (citing *Ethridge* and holding that Rule 41(a)(1) "does not allow for piecemeal dismissals. Instead, withdrawals of individual claims against a given defendant are governed by Fed. R. Civ. P. 15."); *Doe BP v. City of Tempe*, No. CV-21-00184-PHX-MTL, 2021 WL 2587892, at *2 (D. Ariz. June 24, 2021) (finding that the plaintiff's attempt to dismiss three federal claims against one defendant while leaving six other claims against that defendant was improper under Rule 41(a)(1)(A)(i)).

Based on this case law, the proper procedure is for Plaintiff to amend his complaint or let the Court grant the City's Motion to Dismiss on Count II. Accordingly, City Defendants requested Plaintiff withdraw its improper Notice; Plaintiff refused. Plaintiff's reliance on *Romoland v. Inland Empire*, 548 F.3d 738 (9th Cir. 2008) and *Concha v. London*, 62 F.3d 1493 (9th Cir. 1995), cited in Doc. No. 22 and counsel's 12/28/23 email refusing to withdraw the Notice is misplaced. Neither *Romoland* nor *Concha* addressed the piecemeal dismissal of only certain claims against a defendant. Rather, these cases stand for the proposition that plaintiff may dismiss all of its claims against some or all of the defendants under Rule 41(a), which is ***not*** what the Plaintiff's Notice purports to do in this action. *See Romoland* 548 F.3d at 740 (concerned the dismissal of all claims against the air district); *Concha v. London*, 62 F.3d at 1506 (concerned dismissal of all claims against all defendants).

For these reasons, the City Defendants respectfully move this Court to strike Plaintiff's Notice of Dismissal of Count II of His Complaint (Doc. No. 22) and award the City Defendants fees and costs incurred for having to file this Motion to Strike.

RESPECTFULLY SUBMITTED this 29th day of December, 2023.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By:    *s/ Lindsey Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for City Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of December, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service to Plaintiff's counsel as follows:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

By:   *s/ Brittany Leonard*
　　　Scottsdale City Attorney's Office