IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>City of Scottsdale, et. al.,<br><br>        Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**PROPOSED ORDER REGARDING CITY DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S NOTICE OF DISMISSAL OF COUNT II OF HIS COMPLAINT (DOC. No. 22)** |

Pursuant to Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson (collectively, "City Defendants") Motion to Strike Plaintiff's Notice of Dismissal of Count II of His Complaint, and good cause appearing,

**IT IS HEREBY ORDERED** granting the City's Motion.

**IT IS FURTHER ORDERED** awarding City Defendants their fees and costs related to filing the Motion to Strike.

        DATED: _____

_____
Judge of the United States District Court

20111623.1