**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>City of Scottsdale, et. al.,<br><br>Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**NOTICE OF ERRATA REGARDING CITY DEFENDANTS' MOTION TO DISMISS** |

Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson, (collectively, "City Defendants") through undersigned counsel, hereby give notice to this Court that Exhibit 1 was inadvertently not attached to City Defendants' Motion to Dismiss filed December 1, 2023 (Doc. 16). City Defendants apologize for the confusion. The necessary Exhibit to City Defendants' Moton to Dismiss is being filed contemporaneously under seal. If this Court prefers that City Defendants lodge a substitute copy of City Defendants' Motion to Dismiss complete with Exhibit 1, it will do so upon direction from the Court.

///

///

///

20112013v1                                                  1

DATED this 3rd day of January, 2024.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By:   *s/ Lindsey Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for City Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service to Plaintiff's counsel as follows:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

By:   *s/ Brittany Leonard*
Scottsdale City Attorney's Office

20112013v1                                     2