**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of Scottsdale, et. al.,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**DEFENDANTS' MOTION TO SEAL EXHIBIT 1 OF THEIR MOTION TO DISMISS (Doc 16)** |

　　　　Pursuant to LR 5.6, Defendants City of Scottsdale, Officer Stephenson, Detective Koerner, Officer Bogumill, and Sergeant Williamson (collectively, "Defendants") request this Court seal Exhibit 1 of their Motion to Dismiss (Doc. 16) filed on November 9, 2023. Defendants recently discovered that they inadvertently did not attach Exhibit 1 to their previously filed Motion to Dismiss, but request that they be allowed to attach Exhibit 1 as a sealed document as it contains certain mental health information that should not be released to the general public. Undersigned counsel reached out to Plaintiff's counsel about this Motion, but as of the time of this filing, had not received a response.

　　　　The requirements of Fed.R.Civ.P. 5.2(d) are met as to this Exhibit. There is an overriding interest in protecting the confidentiality of Plaintiff's mental health history and related medical information, and there is a substantial probability of prejudice to Plaintiff if this Exhibit is not filed under seal. The scope of the proposed sealing is no greater than necessary to

20112163.1　　　　　　　　　　　　　　　　　1

preserve the confidentiality of the information, and no reasonable, less restrictive alternative exists.

DATED this 3rd day of January, 2024.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By: *s/ Lindsey Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for City Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service to Plaintiff's counsel as follows:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

By: *s/ Brittany Leonard*
Scottsdale City Attorney's Office

20112163.1                                  2