# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>City of Scottsdale, et. al.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL EXHIBT 1 OF DEFENDANTS' MOTION TO DISMISS (Doc 16)** |

   The Court having considered Defendants' Motion to Seal Exhibit 1 of Their Motion to Dismiss (Doc. 16) and good cause appearing,

   IT IS HEREBY ORDERED granting the Motion to Seal;

   IT IS FURTHER ORDERED directing the Clerk to seal Exhibit 1 of Defendants' Motion to Dismiss.

   　　　DATED: _____

   　　　　　　　　　　　　　　　_____
   　　　　　　　　　　　　　　　Judge of the United States District Court

20112166.1

1