IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser,<br><br>  Plaintiff,<br><br>v.<br><br>City of Scottsdale, et al.,<br><br>  Defendants. | No. CV-23-01394-PHX-SMB (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Motion to Seal Exhibit 1 of Their Motion to Dismiss (Doc. 26). Good cause appearing,

IT IS ORDERED granting Defendants' Motion to Seal Exhibit 1 of Their Motion to Dismiss (Doc. 26). The Clerk of Court is directed to file under seal City Defendants' Notice of Lodging Exhibit under Seal and Exhibit 1 lodged January 3, 2024 (at Docs. 25, 25-1).

Dated this 9th day of January, 2024.

Honorable Eileen S. Willett
United States Magistrate Judge