Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual;<br>Sergeant Williamson, an individual,<br><br>　　　　　Defendants. | No.: CV-23-01394-PHX-SMB (ESW)<br><br>**PLAINTIFF'S NOTICE OF ERRATA RE "FIRST AMENDED VERIFIED COMPLAINT," ECF NO. 33**<br><br>(Assigned to the Honorable Susan M. Brnovich and Referred to the Honorable Eileen S. Willett) |

Through counsel undersigned, Plaintiff Mark Houser hereby notifies the Court and the parties that the document that he filed as ECF No. 33 was not the final version of his "First Amended Verified Complaint," and was inadvertently filed instead of the correct, final version. Plaintiff respectfully requests that the Court disregard ECF No. 33 and deem the document attached to this Notice to be the operative version of the "First Amended Verified Complaint."

///

///

///

///

**RESPECTFULLY SUBMITTED** this 27th day of September 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori S. Davis
lodavis@scottsdaleaz.gov
bleonard@scottsdaleaz.gov
Lindsey M. Gomez-Gray
LGomezGray@scottsdaleaz.gov
vfrost@scottsdaleaz.gov
**SCOTTSDALE CITY ATTORNEY'S OFFICE**
legal@scottsdaleaz.gov
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
*Attorneys for Defendants*

   */s/ Ben Dangerfield*

2