**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants Detective Koerner
and Sergeant Williamson

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual;<br>Sergeant Williamson, an individual,<br><br>    Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (First Request)** |

Defendants Detective Timothy Koerner and Sergeant Williamson ("Defendants") and Plaintiff Mark Houser, by and through undersigned counsel, stipulate and request the Court enter the accompanying Order extending the deadline for Defendants to respond to Plaintiff's First Amended Complaint, up to and including November 1, 2024.

This extension is sought in good faith and without objection by Plaintiff's counsel.

DATED this 8th day of October, 2024.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By:   *s/ Lindsey M. Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for Defendants Koerner and Williamson

16313528                                                    1

**MILLS + WOODS LAW PLLC**


By:   *s/ Sean A. Woods (with permission)*
　　　Robert T. Mills
　　　Sean A. Woods
　　　5055 North 12th Street, Suite 101
　　　Phoenix, Arizona 85014
　　　Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing, and mailed a copy to:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

By:   *s/ Brittany Leonard*
Scottsdale City Attorney's Office

16313528

2