# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual;<br>Sergeant Williamson, an individual,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (First Request)** |

This Court having read and considered the parties' Stipulation to Extend Time for Defendants to Respond to Plaintiff's First Amended Complaint and good cause appearing,

**IT IS HERBY ORDERED** granting the parties Stipulation.

**IT IS FURTHER ORDERED** that Defendants shall have up to and including November 1, 2024, to file and serve their response to Plaintiff's First Amended Complaint.

DATED this ___ day of _____, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Court Judge

16313615　　　　　　　　　　　　　1