**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants Detective Koerner and
Sergeant Williamson

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual; | Case No.: 2:23-cv-01394-SMB-ESW |
| Plaintiff, | **CITY DEFENDANTS' ANSWER TO FIRST AMENDED VERIFIED COMPLAINT** |
| vs. | |
| Detective Timothy Koerner, an individual; Sergeant Williamson, an individual | |
| Defendants. | |

Defendants Detective Timothy Koerner and Sergeant Williamson (collectively "Defendants") submit their Answer to Plaintiff's document entitled First Amended Verified Complaint (Doc. 37). Defendants deny each and every, all and singular, of the allegations contained in Plaintiff's First Amended Verified Complaint and each claim for relief that is not expressly admitted or pled to. The Defendants admit, deny and affirmatively allege the following:

## JURISDICTION AND VENUE

1.      Paragraph 1 of Plaintiff's First Amended Verified Complaint does not appear to require a response from Defendants. To the extent a response is required, Defendants deny all allegations.

2.      Paragraph 2 of Plaintiff's First Amended Verified Complaint does not appear to require a response from Defendants. To the extent a response is required, Defendants deny all allegations.

16330421                                          1

3.     Answering Paragraph 3 of Plaintiff's First Amended Verified Complaint, without admitting any substantive allegations, Defendant admits that based upon the allegations of Plaintiff's Complaint, jurisdiction is proper in this Court.  Defendants deny all remaining allegations not specifically admitted herein.

4.     Answering Paragraph 4 of Plaintiff's First Amended Verified Complaint, without admitting any substantive allegations, Defendant admits that based upon the allegations of Plaintiff's Complaint, venue is proper in this Court.  Defendants deny all remaining allegations not specifically admitted herein.

## THE PARTIES

5.     Answering Paragraph 5 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

6.     Answering Paragraph 6, Defendant Detective Timothy Koerner admits he was employed as a detective with the Scottsdale Police Department and is and was residing in Maricopa County.  To the extent this Paragraph incorporates any substantive allegations of wrongdoing or constitutional violations plead elsewhere in the Complaint, those allegations are expressly denied.

7.     Answering Paragraph 7, Defendant Sergeant Williamson admits he was employed as a sergeant with the Scottsdale Police Department and is and was residing in Maricopa County.  To the extent this Paragraph incorporates any substantive allegations of wrongdoing or constitutional violations plead elsewhere in the Complaint, those allegations are expressly denied.

8.     Answering Paragraph 8 of Plaintiff's First Amended Verified Complaint is blank and does not contain any factual allegations.  To the extent a response is required, Defendants deny all allegations.

9.     Answering Paragraph 9 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

**BACKGROUND / FACTUAL ALLEGATIONS**[1]

10.     Answering Paragraph 10 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

11.     Answering Paragraph 11 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

12.     Answering Paragraph 12 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

13.     Answering Paragraph 13 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

14.     Answering Paragraph 14 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

15.     Answering Paragraph 15 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

16.     Answering Paragraph 16 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

17.     Answering Paragraph 17 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

---

[1] Defendants deny each and every footnote contained in Plaintiff's First Amended Verified Complaint.

16330421

18.     Answering Paragraph 18 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

19.     Answering Paragraph 19 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

20.     Answering Paragraph 20 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

21.     Answering Paragraph 21 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

22.     Answering Paragraph 22 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

23.     Answering Paragraph 23 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

24.     Answering Paragraph 24 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

25.     Answering Paragraph 25 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

26.     Answering Paragraph 26 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

27.     Answering Paragraph 27 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

28.     Answering Paragraph 28 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

29.     Answering Paragraph 29 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

30.     Answering Paragraph 30 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

31.     Answering Paragraph 31 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

32.     Answering Paragraph 32 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

33.     Paragraph 33 of Plaintiff's First Amended Verified Complaint does not appear to require a response from Defendants. To the extent a response is required, Defendants deny all allegations.

34.     Answering Paragraph 34 of Plaintiff's First Amended Verified Complaint, Defendants admit that on May 7, 2021 Officer Stephenson was called out to 9384 E. Via Del Sol in regards to a medical assist.  Defendants deny all remaining allegations.

35.     Answering Paragraph 35 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

36.     Answering Paragraph 36 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

37.     Answering Paragraph 37 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

38.     Answering Paragraph 38 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

39.     Answering Paragraph 39 of Plaintiff's First Amended Verified Complaint, Defendants admit that Officer Stephenson prepared Field Interview Detail # 112086. Defendants deny all remaining allegations.

40.     Answering Paragraph 40 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

41.     Answering Paragraph 41 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

42.     Answering Paragraph 42 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

43.     Answering Paragraph 43 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

44.     Answering Paragraph 44 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

45.     Answering Paragraph 45 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

46.     Answering Paragraph 46 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

47.     Answering Paragraph 47 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

48.     Answering Paragraph 48 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

49.     Answering Paragraph 49 of Plaintiff's First Amended Verified Complaint, Defendants admit that Scottsdale Police Department officers were dispatched to 9384 E. Via Del Sol on May 9, 2021 for disorderly conduct/disruptive behavior. Defendants deny all remaining allegations.

50.    Answering Paragraph 50 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

51.    Answering Paragraph 51 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

52.    Answering Paragraph 52 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

53.    Answering Paragraph 53 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

54.    Answering Paragraph 54 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

55.    Answering Paragraph 55 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

56.    Answering Paragraph 56 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

57.    Answering Paragraph 57 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

58.    Answering Paragraph 58 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

59.    Answering Paragraph 59 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

60.     Answering Paragraph 60 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

61.     Answering Paragraph 61 of Plaintiff's First Amended Verified Complaint, Defendants admit that on May 19, 2021, Alia Houser signed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524.  Defendants deny all remaining allegations.

62.     Answering Paragraph 62 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

63.     Answering Paragraph 63 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

64.     Answering Paragraph 64 of Plaintiff's First Amended Verified Complaint, Defendants admit that on May 19, 2021, Alia Houser signed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524.  The applications speak for themselves. Defendants deny all remaining allegations.

65.     Answering Paragraph 65 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

66.     Answering Paragraph 66 of Plaintiff's First Amended Verified Complaint, Defendants admit that on May 19, 2021, Alia Houser signed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524.  The applications speak for themselves. Defendants deny all remaining allegations.

67.     Answering Paragraph 67 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

68.     Answering Paragraph 68 of Plaintiff's First Amended Verified Complaint, Defendants admit that on May 19, 2021, Alia Houser signed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524.  The applications speak for themselves. Defendants deny all remaining allegations.

69.     Answering Paragraph 69 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

70.     Answering Paragraph 70 of Plaintiff's First Amended Verified Complaint, Defendants admit that on May 19, 2021, Alia Houser signed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524.  Defendants deny all remaining allegations.

71.     Answering Paragraph 71 of Plaintiff's First Amended Verified Complaint, Defendants admit that on May 19, 2021, Alia Houser signed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524.  The applications speak for themselves. Defendants deny all remaining allegations.

72.     Answering Paragraph 72 of Plaintiff's First Amended Verified Complaint, Defendants admit that on May 19, 2021, Alia Houser signed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524.  The applications speak for themselves. Defendants deny all remaining allegations.

73.     Answering Paragraph 73 of Plaintiff's First Amended Verified Complaint, Defendants admit that on May 19, 2021, Alia Houser signed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524.  The applications speak for themselves. Defendants deny all remaining allegations.

74.     Answering Paragraph 74 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

75.     Answering Paragraph 75 of Plaintiff's First Amended Verified Complaint, Defendants admit that on May 19, 2021, Alia Houser signed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524.  The applications speak for themselves. Defendants deny all remaining allegations.

76.     Answering Paragraph 76 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

77.     Answering Paragraph 77 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

78.     Answering Paragraph 78 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

79.     Answering Paragraph 79 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

80.     Answering Paragraph 80 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

81.     Answering Paragraph 81 of Plaintiff's First Amended Verified Complaint, Defendants admit that on May 19, 2021, Alia Houser signed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524.  The applications speak for themselves. Defendants deny all remaining allegations.

82.     Answering Paragraph 82 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

83.     Answering Paragraph 83 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

84.     Answering Paragraph 84 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

85.     Answering Paragraph 85 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

86.     Answering Paragraph 86 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

87.     Answering Paragraph 87 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

88.     Answering Paragraph 88 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

89.     Answering Paragraph 89 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

90.     Answering Paragraph 90 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

91.     Answering Paragraph 91 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.  Defendants affirmatively allege that on May 20, 2021, a shotgun, rifle case and shotgun barrel were impounded from the property.

92.     Answering Paragraph 92 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

93.     Answering Paragraph 93 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

94.     Answering Paragraph 94 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

95.     Answering Paragraph 95 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

96.     Answering Paragraph 96 of Plaintiff's First Amended Verified Complaint, Defendants admit that Alia Houser had a phone call with Officer Bogumill on May 20, 2021. Defendants deny the remaining allegations therein.

97.     Answering Paragraph 97 of Plaintiff's First Amended Verified Complaint, Defendants admit that Plaintiff and Officer Bogumill had a phone call on May 20, 2021. Defendants deny all remaining allegations.

98.     Answering Paragraph 98 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

99.     Answering Paragraph 99 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

100.    Answering Paragraph 100 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

101.    Answering Paragraph 101 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

102.    Answering Paragraph 102 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

103.    Answering Paragraph 103 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

104.    Answering Paragraph 104 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

105.    Answering Paragraph 105 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

106.    Answering Paragraph 106 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

107.    Answering Paragraph 107 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

108.    Answering Paragraph 108 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

109.    Answering Paragraph 109 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

110.    Answering Paragraph 110 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

111.    Answering Paragraph 111 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

112.    Answering Paragraph 112 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

113.    Answering Paragraph 113 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

114.    Answering Paragraph 114 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

115.    Answering Paragraph 115 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

116.    Answering Paragraph 116 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

117.    Answering Paragraph 117 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

118.    Answering Paragraph 118 of Plaintiff's First Amended Verified Complaint, Defendants admit that Plaintiff contacted SPD's Internal Affairs Department. Defendants deny all remaining allegations.

119.    Answering Paragraph 119 of Plaintiff's First Amended Verified Complaint, Defendants admit that Plaintiff met with SPD's Internal Affairs Department. Defendants deny all remaining allegations.

120.    Answering Paragraph 120 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

121.    Answering Paragraph 121 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

122.    Answering Paragraph 122 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

123.    Answering Paragraph 123 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

124.    Answering Paragraph 124 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

125.    Answering Paragraph 125 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

126.    Answering Paragraph 126 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

127.    Answering Paragraph 127 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

128.    Answering Paragraph 128 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

129.    Answering Paragraph 129 of Plaintiff's First Amended Verified Complaint, Defendants admit that Detective Koerner completed (1) an Application for Involuntary

Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524 for Plaintiff. Defendants deny all remaining allegations.

130. Answering Paragraph 130 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

131. Answering Paragraph 131 of Plaintiff's First Amended Verified Complaint, the statute speaks for itself. Defendants deny all remaining allegations.

132. Answering Paragraph 132 of Plaintiff's First Amended Verified Complaint, the statute speaks for itself. Defendants deny all remaining allegations.

133. Answering Paragraph 133 of Plaintiff's First Amended Verified Complaint, the statute speaks for itself. Defendants deny all remaining allegations.

134. Answering Paragraph 134 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

135. Answering Paragraph 135 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

136. Answering Paragraph 136 of Plaintiff's First Amended Verified Complaint, Defendants admit that Detective Koerner completed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524 for Plaintiff. The applications speak for themselves. Defendants deny all remaining allegations.

137. Answering Paragraph 137 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

138. Answering Paragraph 138 of Plaintiff's First Amended Verified Complaint, Defendants admit that Plaintiff is represented by legal counsel in this matter. Defendants are without sufficient information to form a belief as to the truth or falsity of the remaining allegations therein and, therefore, deny same.

139.    Answering Paragraph 139 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

140.    Answering Paragraph 140 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

141.    Answering Paragraph 141 of Plaintiff's First Amended Verified Complaint, Defendants admit that one part of the application states: "Subject lately appears to be decompensating (making more outrageous statements about wife/PD)". The applications speak for themselves. Defendants deny all remaining allegations.

142.    Answering Paragraph 142 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

143.    Answering Paragraph 143 of Plaintiff's First Amended Verified Complaint, Defendants admit that Detective Koerner completed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524 for Plaintiff. The applications speak for themselves. Defendants deny all remaining allegations.

144.    Answering Paragraph 144 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

145.    Answering Paragraph 145 of Plaintiff's First Amended Verified Complaint, Defendants admit that Detective Koerner completed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524 for Plaintiff. The applications speak for themselves. Defendants deny all remaining allegations.

146.    Answering Paragraph 146 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

147.    Answering Paragraph 147 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

16330421

17

148.    Answering Paragraph 148 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

149.    Answering Paragraph 149 of Plaintiff's First Amended Verified Complaint, Defendants admit that Detective Koerner completed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524 for Plaintiff. The applications speak for themselves. Defendants deny all remaining allegations.

150.    Answering Paragraph 150 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

151.    Answering Paragraph 151 of Plaintiff's First Amended Verified Complaint, Defendants admit that Detective Koerner completed (1) an Application for Involuntary Evaluation under A.R.S. § 36-520 and (2) and Application for Emergency Admission for Evaluation under A.R.S. § 36-524 for Plaintiff. The applications speak for themselves. Defendants deny all remaining allegations.

152.    Answering Paragraph 152 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

153.    Answering Paragraph 153 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

154.    Answering Paragraph 154 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

155.    Answering Paragraph 155 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

156.    Answering Paragraph 156 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

157.    Answering Paragraph 157 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

158.    Answering Paragraph 158 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

159.    Answering Paragraph 159 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

160.    Answering Paragraph 160 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

161.    Answering Paragraph 161 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

162.    Answering Paragraph 162 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

163.    Answering Paragraph 163 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

164.    Answering Paragraph 164 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

165.    Answering Paragraph 165 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

166.    Answering Paragraph 166 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

167.    Answering Paragraph 167 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

168.     Answering Paragraph 168 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

169.     Answering Paragraph 169 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

170.     Answering Paragraph 170 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

171.     Answering Paragraph 171 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

172.     Answering Paragraph 172 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

173.     Answering Paragraph 173 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

174.     Answering Paragraph 174 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

175.     Answering Paragraph 175 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

176.     Answering Paragraph 176 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

177.     Answering Paragraph 177 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

178.     Answering Paragraph 178 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

179.   Answering Paragraph 179 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

180.   Answering Paragraph 180 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

181.   Answering Paragraph 181 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

182.   Answering Paragraph 182 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

183.   Answering Paragraph 183 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

184.   Answering Paragraph 184 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

185.   Answering Paragraph 185 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

186.   Answering Paragraph 186 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

187.   Answering Paragraph 187 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

188.   Answering Paragraph 188 of Plaintiff's First Amended Verified Complaint, Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations therein and, therefore, deny same.

## CLAIMS FOR RELIEF

## COUNT I

189.   With respect to Paragraph 189, Defendants incorporate by reference their previous admissions, denials, and affirmative allegations.

16330421

21

190.   Paragraph 190 of Plaintiff's First Amended Verified Complaint does not appear to require a response from Defendants. To the extent a response is required, Defendants deny all allegations.

191.   Paragraph 191 of Plaintiff's First Amended Verified Complaint does not appear to require a response from Defendants. To the extent a response is required, Defendants deny all allegations.

192.   Answering Paragraph 192 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

193.   Answering Paragraph 193 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

194.   Answering Paragraph 194 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

195.   Answering Paragraph 195 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

## <u>COUNT II</u>

196.   With respect to Paragraph 196, Defendants incorporates by reference their previous admissions, denials, and affirmative allegations.

197.   Paragraph 197 of Plaintiff's First Amended Verified Complaint does not appear to require a response from Defendants. To the extent a response is required, Defendants deny all allegations.

198.   Answering Paragraph 198 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

199.   Answering Paragraph 199 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

200.   Answering Paragraph 200 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

201.   Answering Paragraph 201 of Plaintiff's First Amended Verified Complaint, Defendants deny the allegations therein.

202.   Plaintiff's prayer for a jury trial does not appear to require a response from Defendants. To the extent a response is required, Defendants deny all allegations.

203.   In answering Plaintiff's prayer for relief, to the extent a response is required, the Defendants denies the allegations therein.

204.   Any allegation not specifically admitted herein is denied.

## **AFFIRMATIVE DEFENSES**

Defendants set forth the following defenses to Plaintiff's First Amended Verified Complaint. Some of the defenses outlined below are true affirmative defenses (on which Defendants would bear the burden of proof).  Other defenses are outlined for the purpose of placing the Plaintiff on notice of the legal defenses Defendants will assert for the purpose of allowing Plaintiff to fully evaluate his claims, as this relates to any future request by the Defendants for attorneys' fees for any claim that is subject to dismissal by the Court:

1.   Defendants allege that Plaintiff's First Amended Verified Complaint, in whole or in part fails to state a claim upon which relief can be granted.

2.   Plaintiff bears the burden of proof on all claims alleged in his First Amended Verified Complaint.

3.   Defendants are entitled to immunity under Arizona's involuntary commitment statutes are codified in Chapter 36, including but not limited to: A.R.S. § 36-525 and A.R.S. § 36-515.

4.   As a further affirmative defense, City Defendants allege that the July 15, 2021 Pick-Up Order was valid.

5.   As a further affirmative defense, City Defendants allege that the officers' actions were reasonable, justified, lawful and constitutionally sanctioned under federal and state law.

6.   As a further affirmative defense, some or all of Plaintiff's claims concern conduct committed by non-parties that cannot be imputed on the Defendants.

7.     That Plaintiff may lack standing to bring his claims.

8.     That Plaintiff may have failed to comply with A.R.S. § 12-821 and/or 12-821.01.

9.     As a further affirmative defense, Defendants allege that the Plaintiff may have failed to mitigate his damages, thus barring or reducing the recovery against Defendants.

10.    As a further affirmative defense, Defendants allege that they are entitled to all privileges and immunities (absolute and/or qualified immunities) afforded to governmental employees and/or entities under state and/or federal law.

11.    As a further affirmative defense, Defendants allege that the actions or inactions alleged on the part of Defendants were not the proximate cause of any injuries, losses, or damages to the Plaintiff

12.    As a further affirmative defense, Defendants allege that they are not liable for punitive damages for acts taken in their official capacity on federal claims per *City of Newport v. Fact Concerts, Inc.*, 453 U.S. 245, 267-268 (1981), *Harlow v. Fitzgerald*, 457 U.S. 800 (1982), *Smith v. Wade*, 461 U.S. 30, 56 (1983), and *Lancaster Community Hospital v. Antelope Valley Hospital District,* 940 F.2d 397 (9th Cir. 1991).

13.    As a further defense, Defendants allege Plaintiff is not entitled to punitive damages against Defendants sued in their individual capacity because none of their alleged actions were motivated by an evil motive or intent, nor were any committed with reckless or callous disregard for Plaintiff's constitutional rights.

14.    As a further affirmative defense, Defendants allege that Plaintiff is unable to establish that conduct by Defendants resulted in actual harm to the Plaintiff.

15.    As a further affirmative defense, Defendants allege that their actions did not violate Plaintiff's constitutional rights or deprive Plaintiff of any rights under federal or state law.

16.    Defendants put Plaintiff on notice that further affirmative defenses may be added in an amended answer after discovery. These defenses may include any defense set forth in

16330421

24

Rule 8(c) and/or Rule 12(b) of the Federal Rules of Civil Procedure or as otherwise allowed by law.

WHEREFORE, having fully answered Plaintiff's First Amended Verified Complaint., Defendants request that Plaintiff's First Amended Verified Complaint. be dismissed with prejudice, that Plaintiff takes nothing thereby, and that Defendants be awarded their costs and attorneys' fees pursuant to 42 U.S.C. §§ 1983 and 1988.

DATED this 11ᵗʰ day of October, 2024.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By:    *s/ Lindsey M. Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for Defendants Koerner and Williamson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11ᵗʰ day of October, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service to Plaintiff's counsel as follows:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

By:    *s/ Brittany Leonard*
Scottsdale City Attorney's Office

16330421

25