1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

9 | Mark Houser,                                          No. CV-23-01394-PHX-SMB (ESW)

10 |          Plaintiff,                                        **ORDER**

11 | v.

12 | City of Scottsdale, et al.,

13 |          Defendants.

14

15    The Court has considered the parties' Stipulation to Extend Time for Defendants to
16  Respond to Plaintiff's First Amended Complaint (Doc. 38).  Good cause appearing,

17    IT IS ORDERED granting the Stipulation to Extend Time for Defendants to
18  Respond to Plaintiff's First Amended Complaint (Doc. 38).  Defendants shall file their
19  response to Plaintiff's First Amended Verified Complaint (Doc. 37) no later than
20  November 1, 2024.

21    The Court notes the City Defendants filed their Answer to First Amended Verified
22  Complaint (Doc. 39) on October 11, 2024.

23    Dated this 15th day of October, 2024.

24
25
26                                        Honorable Eileen S. Willett
27                                        United States Magistrate Judge
28