**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants Detective Koerner and Sergeant Williamson

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Houser, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual; Sergeant Williamson, an individual<br><br>    Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**ORDER DIRECTING MARICOPA COUNTY SUPERIOR COURT MENTAL HEALTH COURT TO PROVIDE RECORDS TO DEFENDANTS** |

**IT IS HEREBY ORDERED** that the Maricopa County Superior Court Mental Health Court provide to the Defendants Detective Timothy Koerner and Sergeant Williamson, through their attorney, any and all records related to Mark Houser in MH2021-005665. Information should be delivered or faxed to the attorney for Defendants: Lindsey Gomez-Gray, Assistant City Attorney, Scottsdale City Attorney's Office, 3939 N. Drinkwater Blvd., Scottsdale, AZ 85251 (fax: 480-312-2548 / phone: 480-312-2405).

DATED this ___ day of _____, 20__.

17470352