# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser,<br><br>            Plaintiff,<br><br>v.<br><br>City of Scottsdale, et al.,<br><br>            Defendants. | No. CV-23-01394-PHX-SMB (ESW)<br><br>**ORDER** |

Pursuant to stipulation of the parties (Doc. 42 at 6) and for good cause shown,

IT IS ORDERED that the Maricopa County Superior Court Mental Health Court provide to the Defendants Detective Timothy Koerner and Sergeant Williamson, through their attorney, any and all records related to Mark Houser in MH2021-005665. Information should be delivered or faxed to the attorney for Defendants: Lindsey Gomez-Gray, Assistant City Attorney, Scottsdale City Attorney's Office, 3939 N. Drinkwater Blvd., Scottsdale, AZ 85251 (fax: 480-312-2548; phone: 480-312-2405).

Dated this 6th day of January, 2025.

_____
Honorable Eileen S. Willett
United States Magistrate Judge