**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona  85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants Koerner and Williamson

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual; Sergeant Williamson, an individual<br><br>Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURE STATEMENT** |

**NOTICE IS HEREBY GIVEN** by Defendants Detective Timothy Koerner and Sergeant Williamson ("Defendants") that on February 28, 2025, they served Defendants' Initial Disclosure Statement on Plaintiff's counsel by electronic mail.

DATED this 28th day of February, 2025.

                **SCOTTSDALE CITY ATTORNEY'S OFFICE**

                By:  *s/ Lindsey Gomez-Gray*
                      Lori S. Davis, Deputy City Attorney
                      Lindsey M. Gomez-Gray, Assistant City Attorney
                      3939 North Drinkwater Boulevard
                      Scottsdale, Arizona 85251
                      Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service to Plaintiff's counsel as follows:

Robert T. Mills<br>
Sean A. Woods<br>
MILLS + WOODS LAW PLLC<br>
5055 North 12th Street, Suite 101<br>
Phoenix, Arizona 85014<br>
rmills@millsandwoods.com<br>
swoods@millsandwoods.com<br>
docket@millsandwoods.com<br>
*Attorneys for Plaintiff*

By:    *s/ Brittany Leonard*
        Scottsdale City Attorney's Office

17749181

2