Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual;<br>Sergeant Williamson, an individual,<br><br>　　　　Defendants. | No.: CV-23-01394-PHX-SMB (ESW)<br><br>**STIPULATION TO EXTEND DEADLINE FOR AMENDING PLEADINGS**<br><br>(Assigned to the Honorable Susan M. Brnovich and Referred to the Honorable Eileen S. Willett) |

Through counsel undersigned, Plaintiff Mark Houser ("Plaintiff") and Defendants Detective Timothy Koerner and Sergeant Williamson (collectively, "Defendants") hereby stipulate and agree to extend the deadline to join parties, amend pleadings, and file supplemental pleadings, from March 7, 2025 to **March 14, 2025**, in accordance with the [Proposed] Order attached hereto. Good cause exists for same due to scheduling conflicts on the part of Plaintiff's counsel and the need for additional time to review discovery to determine whether amendment would be appropriate.

///

///

///

**RESPECTFULLY SUBMITTED** this 6th day of March 2025.

**MILLS + WOODS LAW, PLLC**

By   /s/ Sean A. Woods
    Robert T. Mills
    Sean A. Woods
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By   /s/ Lindsey Gomez-Gray (w/ permission)
    Lori S. Davis
    Lindsey M. Gomez-Gray
    3939 North Drinkwater Boulevard
    Scottsdale, Arizona 85251
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori S. Davis
lodavis@scottsdaleaz.gov
bleonard@scottsdaleaz.gov
Lindsey M. Gomez-Gray
LGomezGray@scottsdaleaz.gov
vfrost@scottsdaleaz.gov
**SCOTTSDALE CITY ATTORNEY'S OFFICE**
legal@scottsdaleaz.gov
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
*Attorneys for Defendants*

    /s/ Ben Dangerfield

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

M<small>ILLS</small> + W<small>OODS</small> L<small>AW</small>, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556