**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Houser, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual;<br>Sergeant Williamson, an individual,<br><br>　　　　Defendants. | No.: CV-23-01394-PHX-SMB (ESW)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO AMEND**<br><br>(Assigned to the Honorable Susan M. Brnovich and Referred to the Honorable Eileen S. Willett) |

　　　　THE COURT, having reviewed the "Stipulation to Extend Deadline for Amending Pleadings" (the "Stipulation"), and good cause appearing, therefore:

　　　　**IT IS ORDERED** granting the Stipulation.

　　　　**IT IS FURTHER ORDERED** extending the last day to join parties, amend pleadings, and file supplemental pleadings, from March 7, 2025 to **March 14, 2025**.

　　　　DATED this _____ day of _____, 2025.