# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, | No. CV-23-01394-PHX-SMB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Scottsdale, et al., | |
| Defendants. | |

The Court has considered the parties' Stipulation to Extend Deadline for Amending Pleadings (Doc. 48). Good cause appearing,

IT IS ORDERED granting the Stipulation to Extend Deadline for Amending Pleadings (Doc. 48).

IT IS FURTHER ORDERED extending the last day to join parties, amend pleadings, and file supplemental pleadings to **March 14, 2025**.

Dated this 6th day of March, 2025.

_____
Honorable Eileen S. Willett
United States Magistrate Judge