Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual;<br>Sergeant Williamson, an individual,<br><br>　　　　　Defendants. | No.: CV-23-01394-PHX-SMB (ESW)<br><br>**MOTION FOR LEAVE TO WITHDRAW WITHOUT CLIENT CONSENT**<br><br>(Assigned to the Honorable Susan M. Brnovich and Referred to the Honorable Eileen S. Willett) |

Pursuant to Fed. R. Civ. P. 5.3(a)(2)(B)(ii) and LRCiv 83.3(b)(2), counsel for Plaintiff Sean Woods, Robert Mills, and the Mills + Woods Law, PLLC law firm, respectfully move the Court to withdraw as attorneys of record for Plaintiff in the above-captioned action effective immediately. Withdrawal is appropriate and necessary as professional reasons require withdrawal. The client **does not** consent.

Counsel has notified Plaintiff in writing of current deadlines and the status of the case. A motion to stay proceedings or to extend deadlines is being filed concurrently. The certificate of counsel is attached as Exhibit A. No court hearings or trials have been set.

The client's last known name, address and telephone number are:

Mark Houser
9015 E Pima Center Parkway #2,
Scottsdale, AZ 85258
mhouser@gcbscorp.com

**RESPECTFULLY SUBMITTED** this 12th day of March 2025.

        **MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 N 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori S. Davis
lodavis@scottsdaleaz.gov
bleonard@scottsdaleaz.gov
Lindsey M. Gomez-Gray
LGomezGray@scottsdaleaz.gov
vfrost@scottsdaleaz.gov
**SCOTTSDALE CITY ATTORNEY'S OFFICE**
legal@scottsdaleaz.gov
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
*Attorneys for Defendants*

I further certify that on March 12, 2025, I mailed via US Mail and emailed the foregoing document to the Plaintiff:

Mark Houser
9015 E Pima Center Parkway #2,
Scottsdale, AZ 85258
mhouser@gcbscorp.com


     */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3