# EXHIBIT A

Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Houser, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual;<br>Sergeant Williamson, an individual,<br><br>　　　　　　Defendants. | No.: CV-23-01394-PHX-SMB (ESW)<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW**<br><br>(Assigned to the Honorable Susan M. Brnovich and Referred to the Honorable Eileen S. Willett) |

I, Sean Woods, declare as follows:

I have apprised the client in writing of the status of the case. I have sent the client all disclosures served by Defendants. No discovery requests are currently pending. No hearings are currently scheduled. Counsel for Defendants has indicated that they are willing to extend all remaining deadlines by ninety (90) days. The client has been advised that the client may wish to negotiate an amended case management order for approval by this Court.

**RESPECTFULLY SUBMITTED** this 12th day of March 2025.

           **MILLS + WOODS LAW, PLLC**

           By */s/ Sean A. Woods*
             Robert T. Mills
             Sean A. Woods
             5055 N 12th Street, Suite 101
             Phoenix, AZ 85014
             *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori S. Davis
lodavis@scottsdaleaz.gov
bleonard@scottsdaleaz.gov
Lindsey M. Gomez-Gray
LGomezGray@scottsdaleaz.gov
vfrost@scottsdaleaz.gov
**SCOTTSDALE CITY ATTORNEY'S OFFICE**
legal@scottsdaleaz.gov
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
*Attorneys for Defendants*

I further certify that on March 12, 2025, I mailed via US Mail and emailed the foregoing document to the Plaintiff:

Mark Houser
9015 E Pima Center Parkway #2,
Scottsdale, AZ 85258
mhouser@gcbscorp.com


    */s/ Ben Dangerfield*