**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Houser, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual;<br>Sergeant Williamson, an individual,<br><br>Defendants. | No.: CV-23-01394-PHX-SMB (ESW)<br><br>**ORDER**<br><br>(Assigned to the Honorable Susan M. Brnovich and Referred to the Honorable Eileen S. Willett) |

Having received the Motion to Withdraw as Counsel Without Client Consent, and for good cause shown,

**IT IS HEREBY ORDERED** granting the motion. Sean Woods, Robert Mills, and Mills + Woods Law, PLLC are relieved of duties as counsel for Plaintiff.