Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> Detective Timothy Koerner, an individual; Sergeant Williamson, an individual, <br><br> Defendants. | No.: CV-23-01394-PHX-SMB (ESW) <br><br> **UNOPPOSED MOTION TO EXTEND REMAINING DEADLINES** <br><br> (Assigned to the Honorable Susan M. Brnovich and Referred to the Honorable Eileen S. Willett) |

Through counsel undersigned, Plaintiff Mark Houser ("Plaintiff") hereby requests this Court extend all remaining deadlines by ninety (90) days to allow Plaintiff to find new counsel, in accordance with the [Proposed] Order attached hereto. Good cause exists for same due to Plaintiff's current counsel motioning this Court to withdraw as counsel of record without client consent, being filed concurrently with this motion. Defense counsel has indicated that they do not oppose this Motion.

*///*

*///*

*///*

The following deadlines currently exist:

Deadline to Amend: March 14, 2025.

Discovery Deadline: November 3, 2025.

Plaintiff's Expert Disclosures: July 11, 2025.

Defendants Expert Disclosures: August 18, 2025.

Rebuttal expert disclosures: September 15, 2025.

Expert Depositions: October 17, 2025.

Dispositive Motion Deadline: December 15, 2025.

Good Faith Settlement Talks: January 30, 2026.

The New Proposed Dates would be:

Deadline to Amend: June 12, 2025.

Discovery Deadline: February 1, 2026.

Plaintiff's Expert Disclosures: October 9, 2025.

Defendants Expert Disclosures: November 16, 2025.

Rebuttal expert disclosures: December 14, 2025.

Expert Depositions: January 15, 2026.

Dispositive Motion Deadline: March 16, 2026.

Good Faith Settlement Talks: April 30, 2026.

2

**RESPECTFULLY SUBMITTED** this 12th day of March 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 N 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori S. Davis
lodavis@scottsdaleaz.gov
bleonard@scottsdaleaz.gov
Lindsey M. Gomez-Gray
LGomezGray@scottsdaleaz.gov
vfrost@scottsdaleaz.gov
**SCOTTSDALE CITY ATTORNEY'S OFFICE**
legal@scottsdaleaz.gov
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
*Attorneys for Defendants*

   */s/ Ben Dangerfield*

3