**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Houser, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual;<br>Sergeant Williamson, an individual,<br><br>　　　　　Defendants. | No.: CV-23-01394-PHX-SMB (ESW)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO AMEND**<br><br>(Assigned to the Honorable Susan M. Brnovich and Referred to the Honorable Eileen S. Willett) |

THE COURT, having reviewed the "Stipulation to Extend Deadline for Amending Pleadings" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the last day to join parties, amend pleadings, and file supplemental pleadings, from **March 14, 2025** to **June 12, 2025**.

**IT IS FURTHER ORDERED** extending the discovery deadline from **November 3, 2025** to **February 1, 2026**.

**IT IS FURTHER ORDERED** extending the deadline for Plaintiff's Expert Disclosures from **July 11, 2025** to **October 9, 2025**.

**IT IS FURTHER ORDERED** extending the deadline for Defendants Expert Disclosures from **August 18, 2025** to **November 16, 2025**.

**IT IS FURTHER ORDERED** extending the deadline for Rebuttal expert disclosures from **September 15, 2025** to **December 14, 2025.**

1  **IT IS FURTHER ORDERED** extending the deadline for Expert Depositions to
2  **October 17, 2025** to **January 15, 2026**.

3  **IT IS FURTHER ORDERED** extending the deadline for Dispositive Motions
4  from **December 15, 2025** to **March 16, 2026**.

5  **IT IS FURTHER ORDERED** extending the deadline for Good Faith Settlement
6  Talks from **January 30, 2026** to **April 30, 2026**.

8  DATED this _____ day of _____, 2025.

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556