# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, | No. CV-23-01394-PHX-SMB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Scottsdale, et al., | |
| Defendants. | |

The Court has considered the Plaintiff's Unopposed Motion to Extend Remaining Deadlines (Doc. 51) and Notice of Errata (Doc. 52).  Good cause appearing,

IT IS ORDERED granting the Unopposed Motion to Extend Remaining Deadlines (Doc. 51).

IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| Last day to join parties, amend pleadings file supplemental pleadings | **June 12, 2025** |
| All discovery | **February 1, 2026** |
| Plaintiff's expert disclosure | **October 9, 2025** |
| Defendant's expert disclosure | **November 16, 2025** |
| Rebuttal expert disclosure | **December 14, 2025** |
| Expert depositions | **January 15, 2026** |
| Dispositive motions | **March 16, 2026** |
| Settlement talks | **April 30, 2026** |

The remainder of the Joint Rule 16 Case Management Order (Doc. 44) is affirmed.

The parties are reminded of the Court's advisal and policy not to extend the dispositive motion deadline beyond the two-year anniversary of the date of commencement of an action (Doc. 44 at 5). The extension granted herein extends the dispositive motion deadline well beyond the two-year anniversary. **No further extensions will be granted absent extraordinary circumstances.**

Dated this 13th day of March, 2025.

Honorable Eileen S. Willett
United States Magistrate Judge