**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants Koerner and Williamson

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual; Sergeant Williamson, an individual<br><br>    Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW WITHOUT CLIENT CONSENT (Doc. 50).** |

Defendants Detective Timothy Koerner and Sergeant Williamson do not oppose the Motion for Leave to Withdraw without Client Consent (Doc. 50) filed on March 12, 2025.

DATED this 17th day of March, 2025.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By:  *s/ Lindsey Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for Defendants

17838153                                    1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service as follows:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

I hereby certify that on this 17th day of March, 2025, I electronically transmitted the attached document to parties who are not using the CM/ECF System as follows:

Mark Houser
mhouser@gcbscorp.com
*Pro Se Plaintiff*

By: *s/ Brittany Leonard*
    Scottsdale City Attorney's Office

17838153

2