UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED ___
RECEIVED ___ COPY ___

MAR 1 7 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**Mark Houser,**

Plaintiff, Pro Se

v.

**Detective Koerner; Sergeant Williamson,**

Defendants.

**Case No. CV-23-01394-PHX-SMB**

**PLAINTIFF'S SECOND MOTION FOR SANCTIONS AND SPOLIATION**

**INTRODUCTION**

Plaintiff Mark Houser, proceeding **pro se**, submits this Second Motion for Sanctions and Spoliation against the City of Scottsdale and associated Defendants for continued violations of discovery obligations, destruction of key evidence, and misconduct in the administration of the involuntary commitment orders. The evidence presented herein, including newly surfaced discovery materials and the affidavit of **Dr. Scialli**, demonstrates an orchestrated effort by SPD to manipulate reports, suppress exculpatory evidence, and fabricate justifications for their unconstitutional actions against Plaintiff.

**FACTUAL BACKGROUND**

## 1. Intentional Misclassification of Firearm (May 9, 2021)

- Defendants falsely recorded Plaintiff's registered **.22 caliber firearm as a 9mm**, despite clear physical differences and SPD officers handling the weapon.
- **On May 9, 2021, Officer Tucker's police report falsely categorized the firearm as a 9mm**, despite Sergeant Campos and Officer Kane physically inspecting it and failing to correct the misclassification.
- Bodycam footage shows **Campos handling the firearm, asking about its caliber, and receiving no response**, further proving deliberate misrepresentation.
- **Officer Kane is also seen handling the weapon**, reinforcing coordinated misconduct.

## 2. Pre-Staged Commitment Efforts and Kelly Wills' Email (May 7, 2021)

- **At 3:37 PM on May 7, 2021**, hours before the call for an ambulance, **Kelly Wills sent an email to Alia** detailing the **process for involuntary commitment and instructions on filing a complaint against Dr. Scialli**.
- This **proves SPD's premeditated involvement** in orchestrating the false commitment proceedings, **before any alleged crisis occurred**.
- The content of Wills' email **directly aligns with the coercion later documented on bodycam footage**, reinforcing SPD's plan to justify Plaintiff's involuntary commitment through fabricated allegations.

## 3. Tampering with and Suppressing Body Camera Footage (May 9, 2021)

- **On May 9, 2021, Officer Tucker's body camera was off or deleted for 5 minutes and 13 seconds**, during which critical conversations occurred.

- The missing footage aligns with key moments where officers manipulated statements and evidence.
- When the bodycam resumed, Tucker was seen engaging in scripted questioning of Alia Houser, attempting to fabricate allegations against Plaintiff.

## 4. Fabrication of a Domestic Violence Narrative (May 9, 2021)

- Upon arrival, Officer Tucker was recorded stating, **"OK, so how did it start tonight?"**—leading the witness instead of recording an organic complaint.
- Despite Alia Houser's erratic and unclear statements, she never accused Plaintiff of physical violence.
- Officer Tucker later engaged in a questionnaire-style interrogation, asking leading questions such as:
  - **"Has he ever choked you?"**
  - **"Has he ever threatened to kill you?"**
- This proves SPD was actively attempting to build a case rather than responding to a legitimate emergency.

## 5. Backdated and Fraudulent Petition (May 20, 2021)

- **On May 20, 2021, SPD submitted a fraudulent petition against Plaintiff**, backdated to justify the unlawful seizure.
- Sergeant Campos and Officer Tucker's actions confirm **premeditated efforts to stage an arrest and frame Plaintiff**.

## 6. Campos' Unreported Presence and Coercion (May 9, 2021)

3

- **On May 9, 2021, Sergeant Campos was present at the scene but was not listed in the official report**, despite handling evidence and coercing Alia Houser to seek an order of protection.

- **Campos arrived at 5:24:48 PM, while Tucker and Kane both arrived at 5:32 PM.** Dispatch records show only a **3-second difference between the time Campos was dispatched and his arrival.**

- **At 5:32:45 PM, Tucker's OBC began.**

- **At 5:40 PM, Tucker secured the registered .22 pistol.**

- **At 5:40:57 PM, Campos asked, "What kind of handgun is it?" but received no answer from Tucker or Alia.**

- **At 5:41:07 PM, Campos is seen picking up the ziplock bag with the .22, removing it, and inspecting it.**

- **At 5:42:03 PM, Campos said to Alia, "Have you talked to a judge to get him committed?"**

- **At 5:42:34 PM, Campos said, "This is going to escalate into something bad. All it takes is for us to pull up, and he thinks we are cult members, and we get in a shooting."**

- **At 5:43:59 PM, Campos stated, "God forbid he sees you as a threat and kills you and your child."**

## 7. Tucker's False Disorderly Conduct Charge and Misrepresentation of Statements (May 9, 2021)

- **On May 9, 2021, Officer Tucker wrongfully filed a disorderly conduct charge against Plaintiff** to justify SPD's actions, despite no crime being committed.

- This charge was **not based on any legitimate probable cause but was instead used as a tool to escalate the situation and justify unlawful intervention.**

- Tucker also **misrepresented Alia's statements made on bodycam footage**, deliberately distorting facts to align with SPD's fabricated narrative.

## 8. Scialli's Affidavit Confirming Due Process Violations

- **Dr. Scialli's sworn affidavit** establishes that Scottsdale PD **failed to follow proper mental health evaluation procedures** before executing the involuntary commitment.

- The affidavit further corroborates that **SPD had no basis for the emergency detention order**, as Plaintiff did not meet the necessary criteria for imminent risk under Arizona law.

- Dr. Scialli's testimony supports the claim that SPD **acted in bad faith to detain Plaintiff under false pretenses**, in direct violation of his constitutional rights.

---

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests the following relief:

1. **An evidentiary hearing regarding SPD's misconduct.**

2. **Monetary sanctions against the City of Scottsdale and named officers for deliberate misconduct.**

5

3.  **A ruling on the spoliation of evidence, requiring full forensic analysis of missing or altered bodycam footage.**

4.  **Referral for criminal investigation into Sergeant Campos and Officer Tucker's actions.**

---

## CONCLUSION

The evidence clearly demonstrates that SPD officers, acting under City directives, engaged in **widespread misconduct, suppression of evidence, and procedural violations** to detain Plaintiff unlawfully. Given the severity of these infractions, this Court must impose **sanctions and severe consequences** on Defendants to prevent further abuse of power.

Respectfully submitted,

**Mark Houser**

Plaintiff, Pro Se

Dated: March 17, 2025

**WITNESS AFFIDAVIT OF DR. JOHN SCIALLI**

**STATE OF ARIZONA**
**COUNTY OF MARICOPA**

I, **Dr. John Scialli**, being of sound mind and legal age, declare under penalty of perjury as follows:

1. Personal Information:

   ○ Full Name: **Dr. John Scialli, M.D.**

   ○ Address: **4647 N 32nd St Ste 260, Phoenix AZ 85018**

   ○ Phone Number: **602-224-9888**

   ○ Professional Credentials: **Board-Certified Psychiatrist, Board-Certified Child and Adolescent Psychiatrist, Expert in Forensic Psychiatry.**

   ○ Relationship to Plaintiff: **Evaluating and Treating Physician**

   **2. Statement of Facts:**

   ○ I have been **familiar with and/or involved in the psychiatric care of Mr. Mark Houser** and am aware of his mental health status and treatment history.

   ○ I conducted an evaluation and/or reviewed records related to Mr. Houser's psychiatric condition initially on 04/11/2019, subsequently twice weekly or weekly through 05/14/2021 and most recently on 03/07/2025.

   ○ To the best of my professional knowledge, at no time did Mr. Houser display behaviors that would justify an **emergency involuntary commitment without prior due process safeguards**.

   ○ **Scottsdale Police Department (SPD) ignored proper medical evaluations** and failed to conduct a **pre-petition screening** prior to executing an involuntary commitment order.

   ○ The **City of Scottsdale and SPD misrepresented Mr. Houser's psychiatric condition** as an imminent threat when he had an **established psychiatrist and a documented history of treatment compliance**.

2. Contradictions in SPD's Justifications for Commitment:

   ○ SPD claimed Mr. Houser **required immediate involuntary commitment**, yet they had knowledge that he was already under psychiatric care.

○ The **absence of a pre-screening evaluation violated standard mental health commitment procedures**.

○ SPD and City officials **misrepresented Mr. Houser's mental state and treatment history** to justify their actions.

3. Medical Opinion on Plaintiff's Psychiatric Condition & Commitment Process:

○ Based on my review and/or evaluation, the **criteria for emergency involuntary commitment were not met** under standard medical guidelines.

○ The **City's justification for commitment contradicts known psychiatric protocols** and **violates due process protections**.

○ The **detainment of Mr. Houser appears to be more aligned with police intervention than a legitimate psychiatric emergency.**

4. Sworn Statement:

○ The facts stated above are true and correct to the best of my knowledge and belief.

○ I am providing this affidavit voluntarily and understand that it may be used in legal proceedings.

**Federal Sworn Declaration (No Notary Required)**

**I declare under penalty of perjury that the foregoing is true and correct.**
     Executed on this <u>15th</u> day of MARCH, 2025.

**WITNESS SIGNATURE**                              (JOHN V SCIALLI, MD)

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Lic.  ☑ On-Body Camera

| Agency: SPD | Incident / Investigation Report | Case Number: 21-09121 |
|---|---|---|

## DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

| Reported  05/09/2021  17:16 | Found  05/09/2021  17:16 | Occurred  05/09/2021  17:16 |
|---|---|---|
| Location  9384 E Via Del Sol, Scottsdale, AZ | | Original Officer  (1517) TUCKER, K |

### Original Information

| | Original Page:  1 |
|---|---|
| Date Added: 05/09/2021 | Added By:  (1517) TUCKER, K |

## Charges

| 1 | Charge Type | Description | | | | Statute | UCR | |
|---|---|---|---|---|---|---|---|---|
| | State | DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR | | | | 13-2904A1 | 90C | ☐ Att ☑ Com |
| Alcohol, Drugs or Computers Used | | Location Type | Premises Entered | Forced Entry | Weapon | | | |
| ☐ Alcohol  ☐ Drugs  ☐ Computers | | RESIDENCE/HOME | | ☐ Yes ☑ No | 1. Handgun | | | |
| Entry | Exit | Criminal Activity | | 2. | | | | |
| | | | | 3. | | | | |
| Bias Motivation | Bias Target | Bias Circumstances | Bias Group | | | | | |

## Victim

| 1 | Type | Code | Name(Last, First, MI) | | | | | AKA | |
|---|---|---|---|---|---|---|---|---|---|
| | I | Vt | HOUSER, ALIA SAMANDY | | | | | | |
| SSN ████ | | DOB ████ | Age 52 | Race W | Ethnicity N | Sex F | Height 502 | Weight 130 | Hair BRO | Eyes BRO | Victim of Crimes I |
| License: ☐ DL ☐ ID  ☐ Per | Number: ████ | State: AZ | Marital: U | Resident: R | Citizen: | | | | |
| Address ████ | | | | | | Hm ph: ████ | | | |
| Occupation | Employer Name/Address / | | | | | Cell ph: | | | |
| | | | | | | Wk ph: | | | |
| Scars, Marks, Tatoos or Other Distinguishing Features: | | | | | | | | | |
| Physical Characteristics: | | | | | | | | | |

| Status: Long Form Filed | Victim Rights? ☑ Yes ☐ No | CSS Requested? ☐ Yes ☑ No |
|---|---|---|
| 09/22/2021 08:45 | Page 1 | |

COS-HOUSER-000011

☑ DV ☐ Child Abuse ☐ Arson ☐ Homicide ☐ Hate Crime ☐ Elderly ☐ Gang Related ☐ Liquor Est. ☑ On-Body Camera

Agency: SPD

# Incident / Investigation Report

Case Number: 21-09121

## DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

Reported 05/09/2021 17:16        Found 05/09/2021 17:16        Occurred 05/09/2021 17:16
Location 9384 E Via Del Sol, Scottsdale, AZ.              Original Officer (1517) TUCKER, K

## Original Information

Original Page: 2

Date Added: 05/09/2021                                       Added By: (1517) TUCKER, K

## Offender

| 1 | Type I | Code OF | Name(Last, First, M) HOUSER, MARK CHRISTOPHER | | | | | | AKA | |
|---|---|---|---|---|---|---|---|---|---|---|
| SSN ▓▓▓▓▓ | | DOB 01/28/1965 | Age 56 | Race W | Ethnicity U | Sex M | Height 510 | Weight 205 | Hair BRO | Eyes GRN |

License: ☐ DL ☐ ID ☐ Per  Number: B11983927  State: AZ    Marital: M    Resident: R    Citizen: US

| Address 9384 E VIA DEL SOL, SCOTTSDALE, AZ 85255 | Hm ph: (602) 799-3161 |
|---|---|
| | Cell ph: |
| Occupation | Employer Name/Address / | Wk ph: |

Scars, Marks, Tatoos or Other Distinguishing Features:

Physical Characteristics:

## Other Persons Involved

| 1 | Type I | Code IO | Name(Last, First, M) | | | | | | AKA | |
|---|---|---|---|---|---|---|---|---|---|---|
| SSN | | DOB ▓▓▓▓▓ | Age 68 | Race W | Ethnicity N | Sex M | Height 202 | Weight 22 | Hair BRO | Eyes BRO |

License: ☐ DL ☐ ID ☐ Per  Number:  State:    Marital:    Resident: N    Citizen:

| Address ▓▓▓▓ | Hm ph: |
|---|---|
| | Cell ph: ▓▓▓▓ |
| Occupation | Employer Name/Address / | Wk ph: |

Scars, Marks, Tatoos or Other Distinguishing Features:

Physical Characteristics:

DST00                                                          COS-HOUSER-000012

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | Incident / Investigation Report | Case Number: 21-09121 |
|---|---|---|

## DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

| Reported 05/09/2021 17:16 | Found 05/09/2021 17:16 | Occurred 05/09/2021 17:16 |
|---|---|---|
| Location 9384 E Via Del Sol, Scottsdale, AZ | | Original Officer (1517) TUCKER, K |

### Original Information

Date Added: 05/09/2021

Original Page: 3

Added By: (1517) TUCKER, K

### Related Name Relationships

| HOUSER, ALIA SAMANDY | is | SPOUSE | to | HOUSER, MARK CHRISTOPHER |
|---|---|---|---|---|

### Assisting Officers

(563) KANE, T

(1341) CAMPOS, B

### Notes / Narratives

On 05/09/21, at approximately 1716 hours, I was working as a Police Officer in a fully marked police vehicle, wearing a department issued police uniform and my AXON on-body camera when I responded to 9384 E Via Del Sol in reference to a family fight.

CALL COMMENTS:

RPS HUSB HAVING PSYCHOTIC EPISODE
hx of same on 05/07
THINKING RP IS IN CULT AND IS AGAINST HIM
THERE ARE WEAPONS IN HOME // ARE SECURED
8 YO IN HOME AS WELL
MARK HOUSER 01281965
DOG IN HOME AS WELL
NO 390 OR VP6
RP, SUBJ, AND SON IN HOME
NOT PHYS
FIRE 902 AS WELL
SAYING THAT A CULT HAS TAKEN RP AND HE MIGHT HAVE TO "DESTROY" HER
CORR: GUNS AND BULLETS ARE OUT ON TABLE****
HAS NOT THREATENED WITH THEM
RP WILL SECURE THE WEAPON
CURRENTLY LOCKED IN BATHROOM


While en route to the residence dispatch advised officers that the subject had left the residence in a white Cadillac crossover.

When I arrived on scene with Officer Kane #563 we contacted the reporting party, later identified as Alia Houser. Alia advised and she and her son, ████, were not injured. Alia explained that her husband, Mark Houser, had extensive mental health issues and often suffered from psychotic episodes and delusions. Alia stated that he was only taking Adderall for ADHD but was not currently taking any other medications. Alia advised that Mark saw a therapist but she did not believe that Mark was telling the therapist about his delusions and episodes.

DST00

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | **Incident / Investigation Report** | Case Number: 21-09121 |
|---|---|---|

**DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR**

| Reported | 05/09/2021  17:16 | Found | 05/09/2021  17:16 | Occurred | 05/09/2021  17:16 |
|---|---|---|---|---|---|
| Location | 9384 E Via Del Sol, Scottsdale, AZ | | | Original Officer | (1517) TUCKER, K |

| **Original Information** | Original Page: 4 |
|---|---|
| Date Added: 05/09/2021 | Added By: (1517) TUCKER, K |

---

## Notes / Narratives

Alia advised that Mark had been committed several times in the past. In 2019 Mark was committed and subsequently put on an antipsychotic medication which seemed to greatly help him. However last year Mark stopped taking his medication because he thought he no longer needed it.

On 5/7/21 SPD responded to Alia and Mark`s residence for a similar incident involving Mark having delusions. Mark refused to come out of the home and talk to officers. Alia and her son stayed at a hotel for the night. (Please see related Field Information Card #112086).

Alia stated that she came home today in the afternoon with her son, ▉▉ When Alia got home Mark began acting erratically again accusing Alia of not being his wife. Alia described Mark`s face as "Maniacal" and stated she was fearful of him. Alia tried to calm Mark but he told her that she wasn`t his wife and that she was part of a Cult that was trying to harm him. Alia said that Mark seemed to be in a completely different reality and was not making sense. Alia noticed that Mark had two guns out on the kitchen table along with a box of ammo. Mark`s behavior continued to escalate to the point that Alia took the firearms to the master bathroom and locked herself inside with her son. Alia called 911 and advised dispatch that she was scared to leave the bathroom and would wait for officers. Alia said that her son, ▉▉ was hysterical and crying.

Alia stated that though Mark had never threatened to harm her or point a firearm at her, she was still afraid of him based on his statements that she was a cult member and not actually his wife. Alia said that on 5/7/21 Mark was walking around the house with a firearm in his hand down by his side stating that if cult members tried to come to the house he would use the firearm to protect himself and his family. Alia stated that she believed if officers arrived he would think officers were cult members and possibly confront them with his firearm.

Alia advised she did not want the two firearms and ammo in the home and handed them over to officers, they were later impounded at District 4. Alia said there were no other firearms at the residence.

I asked Alia all of the questions on an Intimate Partner Risk Assessment Card and recorded the answers, they will be in a supplement to this report.

I advised Alia that it would be safer for her and her son to stay in a hotel for the night in case Mark returned. Alia believed that Mark would be staying at their other residence, 5838 E Larkspur Dr. Alia advised she would pack some things and stay at a hotel. Alia said she had been in contact with PCIS and would continue to work with them to get an Emergency Committal Order for Mark and possibly an Order of Protection.

Victims Rights were mailed to Alia. DCS will be advised of this incident as well as the incident on 5/7/21.

Long form charges will be filed for 13-2904A1 Disorderly Conduct Disruptive Behavior (DV)

NFI.

---

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | Incident / Investigation Report | Case Number: 21-09121 |
|---|---|---|

### DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

**Reported**  05/09/2021  17:16          **Found**  05/09/2021  17:16          **Occurred**  05/09/2021  17:16
**Location**  9384 E Via Del Sol, Scottsdale, AZ                              **Original Officer**  (1517) TUCKER, K

### Original Information

**Date Added:** 05/09/2021

**Original Page:** 5
**Added By:** (1517) TUCKER, K

### Notes / Continuation

DST00

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | **Incident / Investigation Report** | Case Number: 21-09121 |
|---|---|---|

**DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR**

| Reported | 05/09/2021 17:16 | Found | 05/09/2021 17:16 | Occurred | 05/09/2021 17:16 |
|---|---|---|---|---|---|
| Location | 9384 E Via Del Sol, Scottsdale, AZ | | | Original Officer | (1517) TUCKER, K |

**Supplement Information**    Supplement Page:

Date Added: 05/09/2021 18:48:36                          Added By: (1517) TUCKER, K

**Supplement Notes**

--- Intimate Partner Risk Assessment - rev 10/02/2020 ---

---------------------------------------------------------------------------------------------------------------------

DR #: 2109121
Victim Name: Alia Houser
Offender Name: Mark Houser

---------------------------------------------------------------------------------------------------------------------

1. Has physical violence increased in frequency or severity over the past six months? Alternate wording: Is the pushing, grabbing, hitting, or other violence happening more often? No

2. Is he/she violently and constantly jealous of you? No

3. Do you believe he/she is capable of killing you? No

4. Has he/she ever beaten you while you were pregnant? (e.g. hit, kicked, shoved, pushed, thrown, or physically hurt with a weapon or object) No

5. Has he/she ever used a weapon or object to hurt or threaten you? No

6. Has he/she ever tried to kill you? No

7. Has he/she ever choked/strangled/suffocated you? No

7a. If you answered "Yes" to Question 7, has this happened more than once? NA

8. Does he/she control most or all of your daily activities? No

9. Is he/she known to carry or possess a gun? Yes

10. Has he/she ever forced you to have sex when you did not wish to do so? No

11. Does he/she use illegal drugs or misuse prescription drugs? (e.g. meth, cocaine, painkillers) No

12. Has he/she threatened to harm people you care about? No

13. Did you end your relationship with him/her within the past six months? No

13a. If you answered "No" to Question 13, does he/she know or sense you are planning on ending your relationship? No

14. Has he/she experienced significant financial loss in the last six months? No

DST00                                                                    COS-HOUSER-000016

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | **Incident / Investigation Report** | Case Number: 21-09121 |
|---|---|---|

### DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

| Reported | 05/09/2021  17:16 | Found | 05/09/2021  17:16 | Occurred | 05/09/2021  17:16 |
|---|---|---|---|---|---|
| Location | 9384 E Via Del Sol, Scottsdale, AZ | | | Original Officer | (1517) TUCKER, K |

| **Supplement Information** | Supplement Page: | 2 |
|---|---|---|
| Date Added: 05/09/2021 18:48:36 | Added By: | (1517) TUCKER, K |

15. Is he/she unemployed? No

16. Has he/she ever threatened or tried to commit suicide? No

17. Has he/she threatened to kill you? No

18. Has he/she threatened or abused your pets? No

19. * Has PCIS been contacted? No

☑ DV ☐ Child Abuse ☐ Arson ☐ Homicide ☐ Hate Crime ☐ Elderly ☐ Gang Related ☐ Liquor Est. ☑ On-Body Camera

| Agency: SPD | Incident / Investigation Report | Case Number: 21-09121 |
|---|---|---|

### DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

Reported  05/09/2021 17:16          Found  05/09/2021 17:16          Occurred  05/09/2021 17:16
Location  9384 E Via Del Sol, Scottsdale, AZ                                    Original Officer  (1517) TUCKER, K

### Supplement Information    Supplement Page:

Date Added: 05/11/2021 21:12:30                                              Added By: (1517) TUCKER, K

## Property

| 1 | Prop ID 1372856 | Status IMPOUND | | Class 13 | NCIC | Make/Model | | Serial Number F414975 |
|---|---|---|---|---|---|---|---|---|
| Owner | | | | Owner Applied Number | | License / State | | Color Black |
| Description Gsg Firefly 9mm Handgun | | | | | | | Quantity 1 | UM | Value $1.00 |
| Gun Type | | | Caliber | | Finish | | Grip | | Gun Stock |
| Condition: | | | Gun Test: ☐ Yes ☑ No  Test Type: | | | Sight Test: ☐ Yes ☑ No  Sight Type: | | |
| Property Notes: | | | | | | | | |

☑ DV ☐ Child Abuse ☐ Arson ☐ Homicide ☐ Hate Crime ☐ Elderly ☐ Gang Related ☐ Liquor Est. ☑ On-Body Camera

| Agency: SPD | **Incident / Investigation Report** | Case Number: 21-09121 |
|---|---|---|

### DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

| Reported | 05/09/2021 17:16 | Found | 05/09/2021 17:16 | Occurred | 05/09/2021 17:16 |
|---|---|---|---|---|---|
| Location | 9384 E Via Del Sol, Scottsdale, AZ | | | Original Officer | (1517) TUCKER, K |

### Supplement Information

| | Supplement Page: 2 |
|---|---|
| Date Added: 05/11/2021 21:12:30 | Added By: (1517) TUCKER, K |

### Supplement Notes

1851378 Voucher ID created for this supplement.

☑ DV ☐ Child Abuse ☐ Arson ☐ Homicide ☐ Hate Crime ☐ Elderly ☐ Gang Related ☐ Liquor Est. ☑ On-Body Camera

| | |
|---|---|
| **Agency: SPD** | |

# Incident / Investigation Report

**Case Number: 21-09121**

## DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

| | | |
|---|---|---|
| **Reported** 05/09/2021 17:16 | **Found** 05/09/2021 17:16 | **Occurred** 05/09/2021 17:16 |
| **Location** 9384 E Via Del Sol, Scottsdale, AZ | | **Original Officer** (1517) TUCKER, K |

## Supplement Information

**Supplement Page:**

**Date Added: 05/11/2021 21:15:15**    **Added By:** (1517) TUCKER, K

## Property

| 1 | **Prop ID** 1372857 | **Status** IMPOUND | **Class** 13 | **NCIC** | **Make/Model** WINCHESTER REPEATING | **Serial Number** L1869835 |
|---|---|---|---|---|---|---|

| **Owner** | **Owner Applied Number** | **License / State** | **Color** Black / Brown |
|---|---|---|---|

| **Description** Winchester Shotgun | | **Quantity** 1 | **UM** | **Value** $1.00 |
|---|---|---|---|---|

| **Gun Type** | **Caliber** | **Finish** | **Grip** | **Gun Stock** |
|---|---|---|---|---|

| **Condition:** | **Gun Test:** ☐ Yes ☑ No **Test Type:** | **Sight Test:** ☐ Yes ☑ No **Sight Type:** |
|---|---|---|

| **Property Notes:** |
|---|

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | Incident / Investigation Report | Case Number: 21-09121 |
|---|---|---|

## DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

| Reported | 05/09/2021 17:16 | Found | 05/09/2021 17:16 | Occurred | 05/09/2021 17:16 |
|---|---|---|---|---|---|
| Location | 9384 E Via Del Sol, Scottsdale, AZ | | | Original Officer | (1517) TUCKER, K |

### Supplement Information

Supplement Page: 2

**Date Added: 05/11/2021 21:15:15**

Added By: (1517) TUCKER, K

### Supplement Notes

1851379 Voucher ID created for this supplement.

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | Incident / Investigation Report | Case Number: 21-09121 |
|---|---|---|

### DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

Reported  05/09/2021 17:16          Found  05/09/2021 17:16          Occurred  05/09/2021 17:16
Location  9384 E Via Del Sol, Scottsdale, AZ          Original Officer  (1517) TUCKER, K

### Supplement Information    Supplement Page:

Date Added: 05/11/2021 21:21:06          Added By: (1517) TUCKER, K

## Property

| 1 | Prop ID 1372862 | Status IMPOUND | Class 13A | NCIC | Make/Model | | Serial Number |
|---|---|---|---|---|---|---|---|
| Owner | | | Owner Applied Number | License / State | | Color Gold | |

Description  9mm Ammo — Quantity 18 — UM — Value $1.00

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|

Condition:   Gun Test: ☐ Yes ☑ No   Test Type:   Sight Test: ☐ Yes ☑ No  Sight Type:

Property Notes:

| 2 | Prop ID 1372863 | Status IMPOUND | Class 13A | NCIC | Make/Model | | Serial Number |
|---|---|---|---|---|---|---|---|
| Owner | | | Owner Applied Number | License / State | | Color Red | |

Description  Shotgun Ammo — Quantity 8 — UM — Value $1.00

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|

Condition:   Gun Test: ☐ Yes ☑ No   Test Type:   Sight Test: ☐ Yes ☑ No  Sight Type:

Property Notes:

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | **Incident / Investigation Report** | Case Number: **21-09121** |
|---|---|---|

**DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR**

Reported  05/09/2021  17:16      Found  05/09/2021  17:16      Occurred  05/09/2021  17:16
Location  9384 E Via Del Sol, Scottsdale, AZ      Original Officer  (1517) TUCKER, K

## Supplement Information    Supplement Page:  2

Date Added: 05/11/2021 21:21:06      Added By:  (1517) TUCKER, K

## Supplement Notes

1851382 Voucher ID created for this supplement.

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | Incident / Investigation Report | Case Number: 21-09121 |
|---|---|---|

### DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

| Reported | 05/09/2021 17:16 | Found | 05/09/2021 17:16 | Occurred | 05/09/2021 17:16 |
|---|---|---|---|---|---|
| Location | 9384 E Via Del Sol, Scottsdale, AZ | | | Original Officer | (1517) TUCKER, K |

| Supplement Information | Supplement Page: | |
|---|---|---|
| Date Added: 05/11/2021 21:52:40 | Added By: | (1517) TUCKER, K |

## Supplement Notes

On 5/11/21 at 2145 hours I contacted DCS to report the incident. I spoke to Agent "Mia" #2776. She advised that they will be taking a report, the Supervisor assigned to the case is Abby Johnson and she can be reached at 623-500-5819.

NFI.

☑ DV   ☐ Child Abuse   ☐ Arson   ☐ Homicide   ☐ Hate Crime   ☐ Elderly   ☐ Gang Related   ☐ Liquor Est.   ☑ On-Body Camera

| Agency: **SPD** | **Incident / Investigation Report** | Case Number: **21-09121** |
|---|---|---|

## DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

**Reported**  05/09/2021  17:16               **Found**  05/09/2021  17:16               **Occurred**  05/09/2021  17:16
**Location**  9384 E Via Del Sol, Scottsdale, AZ                                        **Original Officer**  (1517) TUCKER, K

### Supplement Information          Supplement Page:  1

**Date Added: 05/13/2021 16:31:02**                                    **Added By:**  (1348) CARLUCCI, M

### Supplement Notes

On 05/13/2021 I was working as a domestic violence detective when I reviewed this report. The assigned DCS investigator was Bradford Cannon. I emailed Bradford for information regarding his investigation. I also spoke with PCIS who told me the victim, Alia, had been given resources for starting a mental health petition and an order of protection. I called Alia later in the morning and she did not answer. I sent Alia a text message and she called me back a few hours later. Alia told me the following:

DCS (Bradford) had met with her and Mark about the incident. Mark told Bradford he still had a long gun at the house. Alia said at one point she knew she had seen 2 small guns and 2 big guns. She said in 2019 SPD took 2 pistols and on the night of the incident SPD took 1 big gun and 1 small gun. She confirmed there could be 2 guns left in the home. Bradford also told Alia she needed to take ▓ to a safe environment and if she didn't do so, DCS would take custody of ▓ Alia said she and ▓ went to an Air BNB today. She had the condo until Monday.

Alia said Mark had been in a hotel since the night of the incident and told her she and ▓ could stay at the house. Mark returned to the house the evening of 05/12/2021 and things seemed fine. Some time in the morning on 05/13/2021 Mark began ranting and yelling again. He was saying things like Alia was in a sex cult and she was gone, her mind was gone, she was having an affair, she had been lying to the police, the police were lying and were also a part of the cult. If Alia touched her eye or her hair Mark yelled that she was giving signals to the cult. Mark never made any direct threats to harm Alia, ▓ or anyone else.

Alia said she and ▓ would have left regardless of what she was told by DCS. She said she had been slowly packing things for them over the past couple of days. If Mark saw she was trying to leave he would not allow her to do so. She said some time over the weekend, during all of the events, Mark stood in front of the vehicle and wouldn't allow her to leave. He then slashed her tire(s) and she had to drive to a hotel on a flat tire. Alia said she wasn't sure what else to do. She had been begging Mark to go get help, but he won't. Mark does not think anything is wrong with himself and said she is the one who needed help. Mark had been going to a psychiatrist for 2 years but hasn't been given the correct medications. Alia had been emailing Mark's psychiatrist but hasn't received any replies.

Alia said she wanted to get the committal order and probably go through with an order of protection for herself and ▓ I told her I would follow up with PCIS to make sure she does everything she needed for that. I told Alia to call 911 if Mark showed up at the Air BNB and to contact me if she had any questions.

NFI

☑ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | **Incident / Investigation Report** | Case Number: **21-09121** |
|---|---|---|

### DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

**Reported**  05/09/2021  17:16             **Found**   05/09/2021  17:16             **Occurred**  05/09/2021  17:16
**Location**   9384 E Via Del Sol, Scottsdale, AZ                         **Original Officer**  (1517) TUCKER, K

### Supplement Information
Supplement Page:

**Date Added:** 05/14/2021 11:34:02                                          **Added By:**  (B1557) PAUL, C

### Supplement Notes

City of Scottsdale Prosecutor Long Form Submittal Turndown attached for:  Houser, Mark

☑ DV   ☐ Child Abuse   ☐ Arson   ☐ Homicide   ☐ Hate Crime   ☐ Elderly   ☐ Gang Related   ☐ Liquor Est.   ☑ On-Body Camera

| Agency: SPD | **Incident / Investigation Report** | Case Number:  21-09121 |
|---|---|---|

## DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

| **Reported**  05/09/2021  17:16 | **Found**  05/09/2021  17:16 | **Occurred**  05/09/2021  17:16 |
|---|---|---|
| **Location**  9384 E Via Del Sol, Scottsdale, AZ | | **Original Officer**  (1517) TUCKER, K |

### Supplement Information

| **Date Added: 05/18/2021 18:06:55** | **Supplement Page:**  1 |
|---|---|
| | **Added By:**  (1471) IVANOFF, E |

### Supplement Notes

On 05/18/2021 at approximately 1800 hours I contacted Alia telephonically to check in with her and follow up on the petition.

Unfortunately, I immediately received Alia's voicemail. I left a message identifying myself and provided my desk and cell phone number requesting further contact.

NFI

☑ DV ☐ Child Abuse ☐ Arson ☐ Homicide ☐ Hate Crime ☐ Elderly ☐ Gang Related ☐ Liquor Est. ☑ On-Body Camera

| Agency: SPD | **Incident / Investigation Report** | Case Number: **21-09121** |
|---|---|---|

### DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

| **Reported** 05/09/2021 17:16 | **Found** 05/09/2021 17:16 | **Occurred** 05/09/2021 17:16 |
|---|---|---|
| **Location** 9384 E Via Del Sol, Scottsdale, AZ | | **Original Officer** (1517) TUCKER, K |

| **Supplement Information** | **Supplement Page:** |
|---|---|
| **Date Added: 05/19/2021 16:13:49** | **Added By:** (1471) IVANOFF, E |

## Supplement Notes

On 05/19/2021 at 1126 hours Alia returned my call, unfortunately I was on the line with a different victim and unable to answer.

Alia left a voicemail stating she is working with crisis and that things have been stessful but that she is ok. She then advised her and her son had been staying at Air bnb's. However, she transitioned to saying "he" took her phone yesterday but she got it back today.

I called her back moments later but it went straight to voicemail. I left her a voicemail requesting further contact. As of 1617 hours I have yet to hear back from Alia. She also has my department issued cell phone number and I have not received any texts from her either.

NFI

☑ DV   ☐ Child Abuse   ☐ Arson   ☐ Homicide   ☐ Hate Crime   ☐ Elderly   ☐ Gang Related   ☐ Liquor Est.   ☑ On-Body Camera

| Agency: SPD | **Incident / Investigation Report** | Case Number: 21-09121 |
|---|---|---|

**DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR**

| Reported | 05/09/2021 17:16 | Found | 05/09/2021 17:16 | Occurred | 05/09/2021 17:16 |
|---|---|---|---|---|---|
| Location | 9384 E Via Del Sol, Scottsdale, AZ | | | Original Officer | (1517) TUCKER, K |

| **Supplement Information** | Supplement Page: | 1 |
|---|---|---|
| Date Added: 05/20/2021 07:18:02 | Added By: | (1348) CARLUCCI, M |

## Supplement Notes

On 05/20/2021 I received an email from PCIS regarding this case. Alia had sent a photo of a letter to PCIS. The letter was from John Scialli, who was listed as a psychiatrist at Valley Hospital in Phoenix. The letter stated Mark had been diagnosed with psychosis due to amphetamine toxicity. The letter went on to say Mark`s labs did not show any amphetamine in his system. The letter stated the treatments Mark had been receiving over the years. There was no mention of undergoing any new treatments or whether or not Mark had been committed or checked himself into any kind of mental health program. Alia never clarified if she ever completed the mental health evaluation paperwork for Mark.

Ali has talked to multiple people at the Scottsdale Police Department had she has been given multiple resources to assist her and her family during this time. DCS has also been involved with this case and has been trying to make sure ▮▮ stays in a safe environment. It does not appear Alia has utilized any of the resources she had been offered.

I attached a copy of the letter to this supplement.

NFI

☑ DV ☐ Child Abuse ☐ Arson ☐ Homicide ☐ Hate Crime ☐ Elderly ☐ Gang Related ☐ Liquor Est. ☑ On-Body Camera

| Agency: SPD | Incident / Investigation Report | Case Number: 21-09121 |
|---|---|---|

### DISORDERLY CONDUCT-DISRUPTIVE BEHAVIOR

| Reported | 05/09/2021 17:16 | Found | 05/09/2021 17:16 | Occurred | 05/09/2021 17:16 |
|---|---|---|---|---|---|
| Location | 9384 E Via Del Sol, Scottsdale, AZ | | | Original Officer | (1517) TUCKER, K |

| Supplement Information | Supplement Page: | 1 |
|---|---|---|
| Date Added: 05/21/2021 09:34:02 | Added By: (1471) IVANOFF, E | |

### Supplement Notes

On 05/20/2021 I received a voicemail from Houser's defense attorney identified as Chis Calfano (unk spelling) asking if we can come to a resolution and he provided his contact information.

Unfortunately, I was away from my desk when I received this late in the day. I returned his phone call on 05/21/2021 at approximately 0930 hours. Chris advised me that he is in Scottsdale city court for another client and will return my call soon.

As of 0940 hours on 5/21 I have yet to receive a return call or text from Alia.

On 05/21/2021 I spoke with attorney Calfano and provided him with the petition after speaking with Sgt Williamson that it was releasable to him. Attorney Calfano advised he would speak with Houser and we decided safest for all parties involved that Houser meet PD at CBI. Calfano agreed to transport Houser if he allowed and we would physically observe him enter CBI without incident.

After the petition was sent I did not receive a call back nor email from Calfono.

As of 06/08/2021 I never received a call back nor an email from the defense attorney.

Numerous other options have been attempted by patrol, PCIS, CRT squad and myself with negative results.

As of 06/04/21 the petition for Houser has expired and Alia is out of state with their son at that this time.

This concludes my involvement at this time.

NFI

**SCOTTSDALE**  *Prosecution Long Form Submittal Turndown*

| Date | DR # | Citation # | Defendant | DOB | Submitting Officer | DV | V | DUI | Ref Cty |
|---|---|---|---|---|---|---|---|---|---|
| 05/13/21 | 21-09121 | 20210504 | HOUSER, MARK CHRISTOPHER | 01/28/65 | S1517 K TUCKER | DV | V | | |

**\*\*Please preserve all evidence until receiving a final charging disposition from the County**



## Scottsdale Police Department

### Field Interview Detail

Scottsdale Police Department
8401 E. Indian School Rd.
Scottsdale, AZ 85251

(480) 312-5000
www.scottsdalepd.com

Printed on: 09/21/2022
Printed by:    002786

### Field Contact Details

| Field Contact ID | Date | Time | Reason | Officer |
|---|---|---|---|---|
| 112086 | 05/07/2021 | 21:17 | MEDICAL | (1522) STEPHENSON, N |

| Address | City | State | ZIP Code | Beat | Zone | District |
|---|---|---|---|---|---|---|
| 9384 E VIA DEL SOL | SCOTTSDALE | AZ | | 18 | 3906 | D4 |

Location Comments

### Person Details

| Name | Sex | DOB | Age | SSN | Race | Ethnicity |
|---|---|---|---|---|---|---|
| MARK CHRISTOPHER HOUSER | M | 01/28/1965 | 56 | ■■■■■ | W | U |

| Height | Weight | Hair | Eyes | Place of Birth |
|---|---|---|---|---|
| 5-10 to 5-11 | 205 to 210 | BRO | GRN | MI |

Scars / Marks / Tatoos

| Residential Address | City, State, ZIP | Home Phone |
|---|---|---|
| 9384 E VIA DEL SOL | SCOTTSDALE, AZ 85255 | (602) 799-3161 |

| Employer Address | Employer | Occupation |
|---|---|---|
| 9015 E PIMA CENTER PKWY, STE 2 | GRAND CANYON | BUSINESS OWNER |

Driver's License
AZ B11983927

### Remarks

E0507210668

On 05/07/21 at approximately 2117 hours, I was working as a patrol officer when I was dispatched to 9384 E Via Del Sol in regards to a medical assist.

Comments of the call stated the reporting party, later identified as ALIA HOUSER, was claiming her husband was having some sort of possible psychosis episode. She advised her husband was yelling at her and believed she was in a "cult".

I arrived on scene and observed the male subject, later identified as MARK HOUSER, pacing in the living room. Officers entered the back patio as we had a hard time finding the front door of this residence. The back sliding door was open and officers called out to Mark. Mark immediately became verbally aggressive towards officers and did not want to speak to us. He then went to a back bedroom where he shut the door and refused to come back out to speak with PD. Mark continued to shout and advsied he would not speak with SFD either.

Alia eventually came outside and spoke with me and she advised the following. She stated Mark was lucid and knew where he was, however, he is truly convinced she is involved with a "cult". She stated she is unable to talk to him and he has been diagnosed in the past with "delusional disorder". She claimed he just keeps speaking over her and he does not believe anything is wrong.

Officer attempted to speak with Mark, however, he just kept shouting that he does not want any

R_FldC4spd



## Scottsdale Police Department

### Field Interview Detail

Scottsdale Police Department
8401 E. Indian School Rd.
Scottsdale, AZ 85251

(480) 312-5000
www.scottsdalepd.com

Printed on: 09/21/2022
Printed by:   002786

**Field Contact Details**

| Field Contact ID | Date | Time | Reason | | Officer | | |
|---|---|---|---|---|---|---|---|
| 112086 | 05/07/2021 | 21:17 | MEDICAL | | (1522) STEPHENSON, N | | |

| Address | City | State | ZIP Code | Beat | Zone | District |
|---|---|---|---|---|---|---|
| 9384 E VIA DEL SOL | SCOTTSDALE | AZ | | 18 | 3906 | D4 |

Location Comments

help. He stated he does not want to harm himself or anybody else. He kept shouting at PD to leave his property and he does not even know why his wife had called.

It should also be noted that Mark and Alia have their 8 year old son, ▮▮, who also lives with them. During our interaction with Mark, PD could hear him telling ▮▮ that Alia was involved with a "cult", causing the young boy to cry continuously.

Ultimately, Alia ended up leaving the home with ▮▮ to stay with a family member while Mark stayed home alone. Alia was provided PCIS information and she advised she would call in the morning, hopefully after Mark has a chance to calm down.

This FI will be forwarded to PCIS staff.

The footage from my body camera was uploaded to a secured storage system.

NFI.

R_FldC4spd



## Scottsdale Police Department

### Field Interview Detail

Scottsdale Police Department
8401 E. Indian School Rd.
Scottsdale, AZ 85251

(480) 312-5000
www.scottsdalepd.com

Printed on: 09/21/2022
Printed by:   002786

### Field Contact Details

| Field Contact ID | Date | Time | Reason | Officer |
|---|---|---|---|---|
| 112086 | 05/07/2021 | 21:17 | MEDICAL | (1522) STEPHENSON, N |

| Address | City | State | ZIP Code | Beat | Zone | District |
|---|---|---|---|---|---|---|
| 9384 E VIA DEL SOL | SCOTTSDALE | AZ | | 18 | 3906 | D4 |

Location Comments

### Related Vehicles

| Color | Year | Make | Model | Style | License | State | Expiration | VIN |
|---|---|---|---|---|---|---|---|---|

There are no vehicles related to this record.

### Related Names

| | Name ID | Last Name | First Name | Middle Name | Suffix | Sex | Race | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|
| 1: | ▓▓▓▓▓ | HOUSER | ALIA | SAMANDY | | F | W | ▓▓▓▓ | 51 |




# Scottsdale Police Department
## CAD Call For Service (Event) Details

**Event Date/Time:** 5/9/2021 5:16:05 PM

**CFS #:** E0509210444

**Call Type (Priority):**    415 - FAM  (3)

**DR#:**   21-09121

**Location:**   9384 E VIA DEL SOL   SC

*Loc Info:*
*X-Street:*   /
*Dist:* D4    *Beat:* 18    *ESZ:* 3906

*Caller:*       HOUSER,ALIYAH
*Caller Phone:* (480) 797-1007
*Second Ph:*
*Caller Addr:*  9400 E DESERT CAMP DR E
*Contact:*    Y
*Call Source:*  ANI/ALI

Created by:  B1652  on hp600t50010

## Event Times:

| Add | Dispatch | Enroute | Arrive | Close | Closing ID | Closing Term | Disposition |
|---|---|---|---|---|---|---|---|
| 05/09/2021 17:16:05 | 05/09/2021 17:17:21 | 05/09/2021 17:17:30 | 05/09/2021 17:24:48 | 05/09/2021 19:02:20 | 1517 | $3L17 | 5-Departmental Report |

## Cross References:   (To view the details for the Cross referenced call, click on the CFS #)

| Primary CFS # | Primary Type | Xref CFSnum | Xref Type |
|---|---|---|---|
| E0507210626 | 415 FAM | E0509210444 | 415 FAM |

## Event Remarks

| Date | Time | Remarks | cpers | cterm (DP #) |
|---|---|---|---|---|
| 05/09/2021 | 17:16:05 | ** LOI search completed at 05/09/21 17:16:05 | B1652 | hpand3commp1 |
| 05/09/2021 | 17:16:13 | RPS HUSB HAVING PSYCHOTIC EPISODE | B1652 | hp600t50010 |
| 05/09/2021 | 17:16:29 | hx of same on 05/07 | B1652 | hp600t50010 |
| 05/09/2021 | 17:16:37 | THINKING RP IS IN CULT AND IS AGAINST HIM | B1652 | hp600t50010 |
| 05/09/2021 | 17:17:34 | THERE ARE WEAPONS IN HOME // ARE SECURED | B1652 | hp600t50010 |
| 05/09/2021 | 17:17:46 | 8 YO IN HOME AS WELL | B1652 | hp600t50010 |
| 05/09/2021 | 17:17:53 | MARK HOUSER 01281965 | B1652 | hp600t50010 |
| 05/09/2021 | 17:18:01 | DOG IN HOME AS WELL | B1652 | hp600t50010 |
| 05/09/2021 | 17:18:09 | NO 390 OR VP6 | B1652 | hp600t50010 |
| 05/09/2021 | 17:18:21 | RP, SUBJ, AND SON IN HOME | B1652 | hp600t50010 |
| 05/09/2021 | 17:18:54 | NOT PHYS | B1652 | hp600t50010 |
| 05/09/2021 | 17:18:56 | FIRE 902 AS WELL | B1652 | hp600t50010 |
| 05/09/2021 | 17:19:23 | SAYING THAT A CULT HAS TAKEN RP AND HE MIGHT HAVE TO "DESTROY" HER | B1652 | hp600t50010 |
| 05/09/2021 | 17:19:36 | CORR: GUNS AND BULLETS ARE OUT ON TABLE**** | B1652 | hp600t50010 |
| 05/09/2021 | 17:19:46 | HAS NOT THREATENED WITH THEM | B1652 | hp600t50010 |
| 05/09/2021 | 17:19:51 | RP WILL SECURE THE WEAPON | B1652 | hp600t50010 |
| 05/09/2021 | 17:19:59 | CURRENTLY LOCKED IN BATHROOM | B1652 | hp600t50010 |
| 05/09/2021 | 17:20:17 | WHO IS LOCKED IN THE BATHROOM? | B1637 | hp600t50007 |

## DISCLAIMER:

The source data for this report is obtained from the Scottsdale Police Department Computer Aided Dispatch system.

CAD EID: 3756642



# Scottsdale Police Department
## CAD Call For Service (Event) Details



**Event Date/Time:** 5/9/2021 5:16:05 PM

**CFS #:** E0509210444

**Call Type (Priority):** 415 - FAM (3)

**DR#:** 21-09121

**Location:** 9384 E VIA DEL SOL   SC

### Event Remarks

| Date | Time | Remarks | cpers | cterm (DP #) |
|------|------|---------|-------|--------------|
| 05/09/2021 | 17:20:21 | RP | B1652 | hp600t50010 |
| 05/09/2021 | 17:21:15 | 3L93 -- CAN THEY EXIT THE RES? | B1637 | hp600t50007 |
| 05/09/2021 | 17:21:49 | 3L17 -- NEED TO KNOW ONCE THE WEAPONS HAVE BEEN SECURED | B1637 | hp600t50007 |
| 05/09/2021 | 17:22:04 | 3L93 MONITORING | B1637 | hp600t50007 |
| 05/09/2021 | 17:22:13 | weapons are in bathroom with rp | B1652 | hp600t50010 |
| 05/09/2021 | 17:22:33 | rp and son are not able to extract // subj is running up the driveway | B1652 | hp600t50010 |
| 05/09/2021 | 17:22:52 | weapons will be in drawer in bathroom // no other weapons out in home | B1652 | hp600t50010 |
| 05/09/2021 | 17:22:53 | 3L93 -- NO OTHER WEAPONS OUTSTANDING? | B1637 | hp600t50007 |
| 05/09/2021 | 17:22:59 | 3L93 -FIRE TO STAFE | B1637 | hp600t50007 |
| 05/09/2021 | 17:23:02 | STAGE | B1637 | hp600t50007 |
| 05/09/2021 | 17:23:27 | fire staging | B1652 | hp600t50010 |
| 05/09/2021 | 17:23:47 | son is with rp in bathroom / door is locked | B1652 | hp600t50010 |
| 05/09/2021 | 17:24:41 | son saying subj got in whi cadi xover | B1652 | hp600t50010 |
| 05/09/2021 | 17:25:05 | would poss head wb then sb on pima | B1652 | hp600t50010 |
| 05/09/2021 | 17:26:29 | LDR 611 SAYS HE JUST LEFT | B1621 | hp600t50016 |
| 05/09/2021 | 17:26:33 | GOING TOWARDS PIMA | B1621 | hp600t50016 |
| 05/09/2021 | 17:26:36 | WHI CADI | B1621 | hp600t50016 |
| 05/09/2021 | 17:27:41 | 3L93 -- HAVE THE RP STAY PUT UNTIL WE ARRIVE | B1637 | hp600t50007 |
| 05/09/2021 | 17:28:50 | ** PER search completed at 05/09/21 17:28:50 | B1637 | hpand3commp1 |
| 05/09/2021 | 17:29:50 | 3L17 -- PIMA AND TPP NB ZERO | B1637 | hp600t50007 |
| 05/09/2021 | 17:29:55 | ** LOI information for Event # E0509210444 was viewed at: 05/09/21 17:29:55 | B1652 | hp600t50010 |
| 05/09/2021 | 17:30:25 | 4L20 -- LOS GATOS WAS A ZERO FROM ADOBE TO PIMA | B1637 | hp600t50007 |
| 05/09/2021 | 17:30:30 | 3L93 -- UNITS TO THE RESIDENCE | B1637 | hp600t50007 |
| 05/09/2021 | 17:31:41 | per mq: mult colored ((whi per rp)) 2013 cadi xts | B1652 | hp600t50010 |
| 05/09/2021 | 17:31:47 | LADDER 611 -- BLUE DEALER PLATE ON THAT VEHICLE MOVING PRETTY QUICKLY | B1637 | hp600t50007 |
| 05/09/2021 | 17:31:49 | vin: 2G61U5S31D9128470 | B1652 | hp600t50010 |
| 05/09/2021 | 17:31:56 | no registration ((unk plate)) | B1652 | hp600t50010 |
| 05/09/2021 | 17:31:58 | 4L20 -- 97 | B1637 | hp600t50007 |
| 05/09/2021 | 17:33:14 | 3L93 --WE HAVE CTC | B1637 | hp600t50007 |
| 05/09/2021 | 17:34:57 | 3L93 -- DONT NEED FIRE THEY CAN CLEAR | B1637 | hp600t50007 |
| 05/09/2021 | 17:35:02 | LADDER 611 COPIES OVER AIR | B1637 | hp600t50007 |

**DISCLAIMER:**

The source data for this report is obtained from the Scottsdale Police Department Computer Aided Dispatch system.

CAD EID: 3756642



# Scottsdale Police Department
## CAD Call For Service (Event) Details



**Event Date/Time:** 5/9/2021 5:16:05 PM

**CFS #:** E0509210444

**Call Type (Priority):**    415 - FAM  (3)

**DR#:**   21-09121

**Location:**   9384 E VIA DEL SOL   SC

### Event Remarks

| Date | Time | Remarks | cpers | cterm (DP #) |
|------|------|---------|-------|--------------|
| 05/09/2021 | 17:51:25 | 3L93 -- 1341 | B1637 | hp600t50007 |
| 05/09/2021 | 18:06:16 | 3L17 -- C4 | B1567 | hp600t50005 |
| 05/09/2021 | 18:06:23 | ** Case number D2109121 has been assigned to event E0509210444 | 1517 | $3L17 |
| 05/09/2021 | 18:27:12 | ** LOI information for Event # E0509210444 was viewed at: 05/09/21 18:27:12 | B1567 | hp600t50005 |
| 05/09/2021 | 18:27:26 | ** Cross Referenced to Event E0507210626 at: 05/09/21 18:27:26 | B1567 | hp600t50005 |
| 05/09/2021 | 18:28:53 | ** LOI information for Event # E0509210444 was viewed at: 05/09/21 18:28:53 | B1567 | hp600t50005 |
| 05/09/2021 | 19:02:20 | ** Event E0509210444 closed. | 1517 | $3L17 |

### Unit Details

| Unit ID | Officer | Shop # | Dispatched (DP) | Enroute (ER) | Arrive (AR) | Available (AM or AV) |
|---------|---------|--------|-----------------|--------------|-------------|----------------------|
| 3L17 | TUCKER, K. (1517) | 210067 | 05/09/2021 17:17:21 | 05/09/2021 17:17:30 | 05/09/2021 17:32:28 | 05/09/2021 19:02:20 |
| 3L93 | CAMPOS, B. (1341) | 15520 | 05/09/2021 17:24:45 | | 05/09/2021 17:24:48 | 05/09/2021 18:05:16 |
| 4L20 | KANE, T. (563) | 16564 | 05/09/2021 17:18:35 | 05/09/2021 17:18:42 | 05/09/2021 17:32:03 | 05/09/2021 18:12:01 |

**DISCLAIMER:**

The source data for this report is obtained from the Scottsdale Police Department Computer Aided Dispatch system.

CAD EID: 3756642



# Scottsdale Police Department
## CAD Call For Service (Event) Details



**Event Date/Time:** 5/20/2021 12:32:46 AM

**CFS #:** E0520210013

**Call Type (Priority):**   PROPERTY - WEAPON  (8)

**DR#:**   21-09849

**Location:**   9384 E VIA DEL SOL   SC

**Loc Info:**
**X-Street:**   /
**Dist:** D4   **Beat:** 18   **ESZ:** 3906

Created by: B1566  on hp600t50008

**Caller:**   VERIZON WRLS 800-451-5242
**Caller Phone:** (480) 797-1007
**Second Ph:**
**Caller Addr:**   4640 N GRANITE REEF RD N
**Contact:**
**Call Source:**   ANI/ALI

## Event Times:

| Add | Dispatch | Enroute | Arrive | Close | Closing ID | Closing Term | Disposition |
|---|---|---|---|---|---|---|---|
| 05/20/2021 00:32:46 | 05/20/2021 00:35:13 | 05/20/2021 00:35:20 | 05/20/2021 00:45:15 | 05/20/2021 02:03:08 | 1522 | $4L18 | 5-Departmental Report |

## Cross References:   (To view the details for the Cross referenced call, click on the CFS #)

| Primary CFS # | Primary Type | Xref CFSnum | Xref Type |
|---|---|---|---|
| E0520210013 | PROPERTY WEAPON | E0520210013 | PROPERTY WEAPON |
| | | E0520210015 | EMERGCO |
| | | E0529210709 | INFO |
| | | E0601210600 | CK WEL |

## Event Remarks

| Date | Time | Remarks | cpers | cterm (DP #) |
|---|---|---|---|---|
| 05/20/2021 | 00:32:45 | ** LOI search completed at 05/20/21 00:32:45 | B1566 | hpand3commp1 |
| 05/20/2021 | 00:32:46 | RP SAYS THERE IS AN EMERGCO FOR HER HUSB | B1566 | hp600t50008 |
| 05/20/2021 | 00:32:46 | AND HE NEEDS TO LEAVE | B1566 | hp600t50008 |
| 05/20/2021 | 00:32:46 | IS IN SOME KIND OF PSYCHOSIS RIGHT NOW | B1566 | hp600t50008 |
| 05/20/2021 | 00:32:46 | IS ACTING STRANGE AND TELLING RP SHE IS EVEL | B1566 | hp600t50008 |
| 05/20/2021 | 00:32:46 | EVIL* | B1566 | hp600t50008 |
| 05/20/2021 | 00:32:46 | SAYS HE USUALLY ESCALATES OVER TIME | B1566 | hp600t50008 |
| 05/20/2021 | 00:32:53 | POSS VP6 | B1566 | hp600t50008 |
| 05/20/2021 | 00:32:58 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:32:58 | B1702 | hp600t50011 |
| 05/20/2021 | 00:33:04 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:33:04 | B1492 | hp600t50001 |
| 05/20/2021 | 00:33:05 | UNK WEAPONS IN HOME | B1566 | hp600t50008 |

**DISCLAIMER:**
The source data for this report is obtained from the Scottsdale Police Department Computer Aided Dispatch system.

CAD EID: 3763761



# Scottsdale Police Department
## CAD Call For Service (Event) Details



**Event Date/Time:** 5/20/2021 12:32:46 AM

**CFS #:** E0520210013

**Call Type (Priority):**   PROPERTY - WEAPON  (8)

**DR#:**   21-09849

**Location:**   9384 E VIA DEL SOL   SC

### Event Remarks

| Date | Time | Remarks | cpers | cterm (DP #) |
|------|------|---------|-------|--------------|
| 05/20/2021 | 00:33:17 | Resident: Mark Houser(01/28/1965) - Mark has alerted mental state and is a former Marine. Mark's behavior has escalated and he has been known to patrol his front yard while being armed. Mark will contact people walking by his residence and begin questioning them aggressively. Mark's wife has turned over custody of a handgun and shotgun to officers for impound. Wife did not think he had anymore firearms. | B1702 | hp600t50011 |
| 05/20/2021 | 00:33:26 | 2 DOGS IN HOME. RP WILL LOCK THEM UP | B1566 | hp600t50008 |
| 05/20/2021 | 00:33:31 | RP SAID SHE CAN NO LONGER SPEAK FREELY AND HU | B1566 | hp600t50008 |
| 05/20/2021 | 00:33:31 | HX OF 415 FAM | B1702 | hp600t50011 |
| 05/20/2021 | 00:33:39 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:33:39 | B1702 | hp600t50011 |
| 05/20/2021 | 00:33:50 | DO SHOW A PENDING EMERGCO IN DISPATCH EMAIL | B1566 | hp600t50008 |
| 05/20/2021 | 00:33:57 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:33:57 | B1636 | hp600t50006 |
| 05/20/2021 | 00:34:06 | HOUSER,MARK | B1566 | hp600t50008 |
| 05/20/2021 | 00:34:07 | #### | B1694 | hp600t50010 |
| 05/20/2021 | 00:34:14 | 01281965 | B1566 | hp600t50008 |
| 05/20/2021 | 00:34:23 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:34:23 | B1694 | hp600t50010 |
| 05/20/2021 | 00:34:25 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:34:25 | B1702 | hp600t50011 |
| 05/20/2021 | 00:34:48 | On the second contact Mark was making psychotic statements while sitting at the kitchen table with a handgun and ammunition. In fear for her safety, wife took the guns and barricaded herself and son in master bedroom. Mark fled the scene in a white Cadillac prior to police arrival. Based on frequency of Mark's actions and weapons involved make a 3 officer and Sgt for all sends. | B1702 | hp600t50011 |
| 05/20/2021 | 00:35:27 | ***PER HAZ ALL SENDS REQ 3 OFCRS AND SGT*** | B1636 | hp600t50006 |
| 05/20/2021 | 00:36:46 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:36:46 | B1636 | hp600t50006 |
| 05/20/2021 | 00:37:14 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:37:14 | B1702 | hp600t50011 |
| 05/20/2021 | 00:39:42 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:39:42 | B1702 | hp600t50011 |
| 05/20/2021 | 00:40:00 | ** Cross Referenced to Event # E0520210015 at: 05/20/21 00:40:00 | B1702 | hp600t50011 |
| 05/20/2021 | 00:41:20 | ** PER search completed at 05/20/21 00:41:20 | B1636 | hpand3commp1 |
| 05/20/2021 | 00:41:52 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:41:52 | B1636 | hp600t50006 |
| 05/20/2021 | 00:42:03 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:42:03 | B1702 | hp600t50011 |
| 05/20/2021 | 00:42:54 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:42:54 | B1702 | hp600t50011 |
| 05/20/2021 | 00:43:11 | ***ALSO PER HAZ HAS HX OF LEAVING IN A WHI CADILLAC PRIOR TO PD ARRIVAL**** | B1636 | hp600t50006 |
| 05/20/2021 | 00:46:13 | 1L18 -- CADILIC IS LEAVING | B1702 | hp600t50011 |
| 05/20/2021 | 00:46:45 | ** VEH search completed at 05/20/21 00:46:45 | B1702 | hpand3commp1 |
| 05/20/2021 | 00:47:26 | 1L18-- NEW GRY CADIL TOOK OFF FROM RES HIGH RATE OF SPEED NOT FOLLOWING | B1702 | hp600t50011 |

**DISCLAIMER:**

The source data for this report is obtained from the Scottsdale Police Department Computer Aided Dispatch system.

CAD EID:  3763761



# Scottsdale Police Department
## CAD Call For Service (Event) Details



**Event Date/Time:** 5/20/2021 12:32:46 AM

**CFS #:** E0520210013

**Call Type (Priority):**     PROPERTY - WEAPON  (8)

**DR#:**    21-09849

**Location:**   9384 E VIA DEL SOL   SC

## Event Remarks

| Date | Time | Remarks | cpers | cterm (DP #) |
|---|---|---|---|---|
| 05/20/2021 | 00:47:34 | 1L18-- CKING ON WIFE | B1702 | hp600t50011 |
| 05/20/2021 | 00:47:49 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:47:49 | B1702 | hp600t50011 |
| 05/20/2021 | 00:48:40 | ** VEH search completed at 05/20/21 00:48:40 | B1702 | hpand3commp1 |
| 05/20/2021 | 00:48:59 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:48:59 | B1636 | hp600t50006 |
| 05/20/2021 | 00:49:05 | FEMALE COMING OUT THE FRONT DOOR | B1125 | hp600t50013 |
| 05/20/2021 | 00:49:12 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:49:12 | B1636 | hp600t50006 |
| 05/20/2021 | 00:49:16 | 1L16 -- MYSELF AND 1L18 ARE WALKING UP TO DOOR NOW FEMALE WALK | B1702 | hp600t50011 |
| 05/20/2021 | 00:49:16 | OUT | B1702 | hp600t50011 |
| 05/20/2021 | 00:49:33 | ** VEH search completed at 05/20/21 00:49:33 | B1636 | hpand3commp1 |
| 05/20/2021 | 00:52:35 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 00:52:35 | B1702 | hp600t50011 |
| 05/20/2021 | 01:01:55 | 4L94 -- 1310 | B1702 | hp600t50011 |
| 05/20/2021 | 01:03:01 | ** VEH search completed at 05/20/21 01:03:01 | B1694 | hpand3commp1 |
| 05/20/2021 | 01:03:02 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 01:03:02 | B1702 | hp600t50011 |
| 05/20/2021 | 01:03:04 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 01:03:04 | B1702 | hp600t50011 |
| 05/20/2021 | 01:03:05 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 01:03:05 | B1702 | hp600t50011 |
| 05/20/2021 | 01:03:11 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 01:03:11 | B1667 | hp600t50012 |
| 05/20/2021 | 01:03:35 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 01:03:35 | B1667 | hp600t50012 |
| 05/20/2021 | 01:04:12 | ** VEH search completed at 05/20/21 01:04:12 | B1667 | hpand3commp1 |
| 05/20/2021 | 01:04:25 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 01:04:25 | B1667 | hp600t50012 |
| 05/20/2021 | 01:20:01 | ** LOI information for Event # E0520210013 was viewed at: 05/20/21 01:20:01 | B1194 | hp600t50003 |
| 05/20/2021 | 01:24:50 | ** Event Type changed from 415(FAM) to PROPERTY(IMPOUND) at: 05/20/21 01:24:50 | B1694 | hp600t50010 |
| 05/20/2021 | 01:24:50 | ** Event Priority changed from 3 to 8 at: 05/20/21 01:24:50 | B1694 | hp600t50010 |
| 05/20/2021 | 01:24:54 | ** Case number D2109849 has been assigned to event E0520210013 | B1694 | hp600t50010 |
| 05/20/2021 | 01:44:34 | ** Event Type changed from PROPERTY(IMPOUND) to PROPERTY(WEAPON) at: 05/20/21 01:44:34 | B1702 | hp600t50011 |
| 05/20/2021 | 02:03:08 | ** Event E0520210013 closed. | 1522 | $4L18 |

## Unit Details

| Unit ID | Officer | Shop # | Dispatched (DP) | Enroute (ER) | Arrive (AR) | Available (AM or AV) |
|---|---|---|---|---|---|---|
| 1L16 | FAY, N. (1265) | 15509 | 05/20/2021 00:35:13 | 05/20/2021 00:36:29 | 05/20/2021 00:47:39 | 05/20/2021 01:34:49 |
| 1L18 | GARCIA-LOPEZ, C. (1509) | 20144 | 05/20/2021 00:35:13 | 05/20/2021 00:35:20 | 05/20/2021 00:45:16 | 05/20/2021 01:54:48 |

**DISCLAIMER:**

The source data for this report is obtained from the Scottsdale Police Department Computer Aided Dispatch system.

CAD EID: 3763761



# Scottsdale Police Department
## CAD Call For Service (Event) Details



**Event Date/Time:** 5/20/2021 12:32:46 AM

**CFS #:** E0520210013

**Call Type (Priority):**    PROPERTY - WEAPON  (8)

**DR#:**   21-09849

**Location:**   9384 E VIA DEL SOL   SC

### Unit Details

| Unit ID | Officer | Shop # | Dispatched (DP) | Enroute (ER) | Arrive (AR) | Available (AM or AV) |
|---------|---------|--------|-----------------|--------------|-------------|----------------------|
| 4L18 | STEPHENSON, N. (1522) | 208030 | 05/20/2021 00:35:13 | 05/20/2021 00:35:21 | 05/20/2021 00:45:15 | 05/20/2021 02:03:08 |
| 4L94 | DUNTON, M. (1310) | 15520 | 05/20/2021 00:35:13 | 05/20/2021 00:35:23 | 05/20/2021 00:51:20 | 05/20/2021 01:24:55 |

**DISCLAIMER:**

The source data for this report is obtained from the Scottsdale Police Department Computer Aided Dispatch system.

CAD EID:  3763761



# Scottsdale Police Department
# CAD Call For Service (Event) Details



**Event Date/Time:** 5/20/2021 12:38:29 AM

**CFS #:** E0520210015

**Call Type (Priority):**   EMERGCO - default  (7)

**DR#:**

**Location:**   9384 E VIA DEL SOL   SC

**Loc Info:**
**X-Street:** /
**Dist:** D4   **Beat:** 18   **ESZ:** 3906

**Caller:**   CBI
**Caller Phone:**  (480) 507-3186
**Second Ph:**
**Caller Addr:**

Created by: B1620  on hp600t50016

**Contact:**   N
**Call Source:**

## Event Times:

| Add | Dispatch | Enroute | Arrive | Close | Closing ID | Closing Term | Disposition |
|---|---|---|---|---|---|---|---|
| 05/20/2021 00:38:29 | 05/20/2021 08:27:26 | 05/20/2021 08:29:09 | 05/20/2021 08:27:30 | 05/20/2021 11:22:13 | 583 | $2L18 | 2-Field Interview |

## Cross References:  (To view the details for the Cross referenced call, click on the CFS #)

| Primary CFS # | Primary Type | Xref CFSnum | Xref Type |
|---|---|---|---|
| E0520210013 | PROPERTY WEAPON | E0520210015 | EMERGCO |

## Event Remarks

| Date | Time | Remarks | cpers | cterm (DP #) |
|---|---|---|---|---|
| 05/20/2021 | 00:38:28 | ** LOI search completed at 05/20/21 00:38:28 | B1620 | hpand3commp1 |
| 05/20/2021 | 00:38:29 | HOUSER, MARK 01-28-1965 | B1620 | hp600t50016 |
| 05/20/2021 | 00:38:29 | PAD / WEAPONS INVOLVED | B1620 | hp600t50016 |
| 05/20/2021 | 00:39:00 | EMAILED 4L94 | B1620 | hp600t50016 |
| 05/20/2021 | 00:39:06 | 4L94 ADV | B1702 | hp600t50011 |
| 05/20/2021 | 00:39:45 | PRINTED D4 SO | B1620 | hp600t50016 |
| 05/20/2021 | 00:40:00 | ** Cross Referenced to Event # E0520210013 at: 05/20/21 00:40:00 | B1702 | hp600t50011 |
| 05/20/2021 | 00:48:30 | -- xfer from ppd saying they are getting a 911 hu from this 20 (911-308-0710) cant call 21 back | B1575 | hp600t50007 |
| 05/20/2021 | 00:48:41 | -- ppd had no further info | B1575 | hp600t50007 |
| 05/20/2021 | 00:50:52 | -- hu came from a female on the line | B1575 | hp600t50007 |
| 05/20/2021 | 00:56:33 | ** Event Priority changed from 3 to 5 at: 05/20/21 00:56:33 | B1702 | hp600t50011 |
| 05/20/2021 | 00:58:35 | ** PER search completed at 05/20/21 00:58:35 | B1667 | hpand3commp1 |
| 05/20/2021 | 00:58:39 | ** LOI information for Event # E0520210015 was viewed at: 05/20/21 00:58:39 | B1667 | hp600t50012 |
| 05/20/2021 | 00:58:45 | **HAZ/INFO | B1667 | hp600t50012 |
| 05/20/2021 | 00:59:08 | ** LOI information for Event # E0520210015 was viewed at: 05/20/21 00:59:08 | B1702 | hp600t50011 |
| 05/20/2021 | 01:00:16 | #### | B1667 | hp600t50012 |
| 05/20/2021 | 01:08:22 | ** LOI information for Event # E0520210015 was viewed at: 05/20/21 01:08:22 | B1620 | hp600t50016 |

**DISCLAIMER:**

The source data for this report is obtained from the Scottsdale Police Department Computer Aided Dispatch system.

CAD EID: 3763763



# Scottsdale Police Department
## CAD Call For Service (Event) Details



**Event Date/Time:** 5/20/2021 12:38:29 AM

**CFS #:** E0520210015

**Call Type (Priority):**    EMERGCO - default  (7)

**DR#:**

**Location:**   9384 E VIA DEL SOL   SC

### Event Remarks

| Date | Time | Remarks | cpers | cterm (DP #) |
|---|---|---|---|---|
| 05/20/2021 | 01:11:20 | 4L94 -- PEND TO SEE IF SAU WILL HELP - WONT SEND PATROL | B1694 | hp600t50010 |
| 05/20/2021 | 01:14:24 | ** Event held for 406 minutes | B1702 | hp600t50011 |
| 05/20/2021 | 01:19:45 | ** LOI information for Event # E0520210015 was viewed at: 05/20/21 01:19:45 | B1575 | hp600t50007 |
| 05/20/2021 | 08:04:28 | ** LOI information for Event # E0520210015 was viewed at: 05/20/21 08:04:28 | B1132 | hp600t50010 |
| 05/20/2021 | 08:05:35 | 2L92 ADV | B1167 | hp600t50007 |
| 05/20/2021 | 08:11:38 | ** Event Priority changed from 5 to 6 at: 05/20/21 08:11:38 | B1167 | hp600t50007 |
| 05/20/2021 | 08:11:45 | ** Event Priority changed from 6 to 7 at: 05/20/21 08:11:45 | B1167 | hp600t50007 |
| 05/20/2021 | 08:15:24 | SPOKE WITH SKYE WILLIAMSON -- NEED A LITTLE MORE RESEARCH ON THIS GUY | B1715 | hp600t50012 |
| 05/20/2021 | 08:15:42 | PER 2L92 -- NEED AN OFFICER TO 21 SUBJ AND 21 WIFE | B1715 | hp600t50012 |
| 05/20/2021 | 08:15:53 | PER 2L92 -- ADV WHAT IS FOUND | B1715 | hp600t50012 |
| 05/20/2021 | 08:16:03 | PER 2L92 -- OKAY TO DISPATCH | B1715 | hp600t50012 |
| 05/20/2021 | 08:17:02 | PER 2L92 - DISPATCH 1 OFFICER TO DO THE "WORK UP " ON THE SUBJ | B1138 | hp600t50006 |
| 05/20/2021 | 08:17:08 | ALL THE 21'S | B1138 | hp600t50006 |
| 05/20/2021 | 08:18:09 | TRY TO FIND OUT WHERE SUBJ WORKS / WILL BE | B1138 | hp600t50006 |
| 05/20/2021 | 09:27:30 | G30 EMPLOYMENT - GRAND CANYON BUSINESS SOLUTIONS AT 9015 E PIMA CENTER PKWY SUITE 2. PHONE # IS 760-791-5835 | B1250T | hp600g50375 |
| 05/20/2021 | 09:28:53 | G30 - EMPLOYMENT HAS BEEN WITH THIS BUSINESS FROM 2018 TO 1ST QUARTER OF 2021 | B1250T | hp600g50375 |
| 05/20/2021 | 09:50:12 | ** VEH search completed at 05/20/21 09:50:12 | B700 | hpand3commp1 |
| 05/20/2021 | 09:53:17 | MARK DRIVES A NEWER, 2019 GRAY OR WHITE CADILLAC CT6-V, 4 DOOR, AZ/CTF1090 | B700 | $UN4 |
| 05/20/2021 | 11:16:13 | ** VEH search completed at 05/20/21 11:16:13 | 583 | hpand3commp1 |
| 05/20/2021 | 11:22:13 | ** Event E0520210015 closed. | 583 | $2L18 |
| 05/29/2021 | 21:41:51 | ** Cross Referenced to Event # E0529210709 at: 05/29/21 21:41:51 | B1637 | hp600t50005 |
| 06/01/2021 | 18:21:33 | ** Cross Referenced to Event # E0601210600 at: 06/01/21 18:21:33 | B1566 | hp600t50013 |

### Unit Details

| Unit ID | Officer | Shop # | Dispatched (DP) | Enroute (ER) | Arrive (AR) | Available (AM or AV) |
|---|---|---|---|---|---|---|
| 2L18 | BOGUMILL, P. (583) | 18859 | 05/20/2021 08:27:26 | 05/20/2021 08:29:09 | 05/20/2021 08:27:30 | 05/20/2021 11:22:13 |
| UN4 | BLOCHER, J. (B700) | STA4 | 05/20/2021 09:49:54 | | 05/20/2021 09:49:57 | 05/20/2021 10:18:54 |

**DISCLAIMER:**

The source data for this report is obtained from the Scottsdale Police Department Computer Aided Dispatch system.    CAD EID: 3763763

☐ DV ☐ Child Abuse ☐ Arson ☐ Homicide ☐ Hate Crime ☐ Elderly ☐ Gang Related ☐ Liquor Est. ☑ On-Body Camera

| Agency: SPD | Incident / Investigation Report | Case Number: 21-09849 |
|---|---|---|

**IMPOUND PROPERTY**

Reported  05/20/2021  00:32        Found  05/20/2021  00:32        Occurred  05/20/2021  00:32
Location  9384 E Via Del Sol, Scottsdale, AZ                    Original Officer  (1509) GARCIA-LOPEZ.

## Original Information

Date Added: 05/20/2021                Original Page: 1        Added By: (1509) GARCIA-LOPEZ.

## Charges

| 1 | Charge Type | Descriptor | | | | Statute | UCR | ☐ Att |
|---|---|---|---|---|---|---|---|---|
| | | IMPOUND PROPERTY | | | | IMPOUND | 999 | ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol ☐ Drugs ☐ Computers | RESIDENCE/HOME | | ☐ Yes ☑ No | 1. |

| Entry | Exit | Criminal Activity | 2. |
|---|---|---|---|
| | | | 3. |

| Bias Motivation | Bias Target | Bias Circumstances | Bias Group |
|---|---|---|---|

## Victim

| 1. | Type | Code | Name(Last, First, M) | AKA |
|---|---|---|---|---|
| | F | VI | HOUSER, MARK CHRISTOPHER | |

| SSN | DOB 01/28/1965 | Age 56 | Race W | Ethnicity U | Sex M | Height 510 | Weight 205 | Hair BRO | Eyes GRN | Victim of Crimes 1 |
|---|---|---|---|---|---|---|---|---|---|---|

| License: ☐ Bl. ☐ H) ☐ Per | Number: B11983927 | State: AZ | Marital: M | Resident: R | Citizen: US |
|---|---|---|---|---|---|

Address
9384 E VIA DEL SOL, SCOTTSDALE, AZ 85255                    Hm ph: (602) 799-3161

| Occupation | Employer Name/Address | Cell ph: |
|---|---|---|
| | | Wk ph: |

Scars, Marks, Tatoos or Other Distinguishing Features:

Physical Characteristics:

Status: Inactive                Victim Rights? ☐ Yes ☑ No        CSS Requested? ☐ Yes ☑ No

09/22/2021 08:54                        Page 1

DST00                                        COS-HOUSER-000051

☐ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: **SPD** | **Incident / Investigation Report** | **Case Number: 21-09849** |
|---|---|---|

### IMPOUND PROPERTY

| | | |
|---|---|---|
| **Reported** 05/20/2021 00:32 | **Found** 05/20/2021 00:32 | **Occurred** 05/20/2021 00:32 |
| **Location** 9384 E Via Del Sol, Scottsdale, AZ | | **Original Officer** (1509) GARCIA-LOPEZ, |

| **Original Information** | **Original Page:** 2 |
|---|---|
| **Date Added:** 05/20/2021 | **Added By:** (1509) GARCIA-LOPEZ, |

## Property

| **1** | **Prop ID** 1373886 | **Status** IMPOUND | **Class** 13 | **NCIC** | **Make/Model** | **Serial Number** 751PP01647 |
|---|---|---|---|---|---|---|

| **Owner** HOUSER, MARK CHRISTOPHER | **Owner Applied Number** | **License / State** | **Color** |
|---|---|---|---|

| **Description** Shotgun Lower | **Quantity** 1 | **UM** | **Value** $1.00 |
|---|---|---|---|

| **Gun Type** | **Caliber** | **Finish** | **Grip** | **Gun Stock** |
|---|---|---|---|---|

| **Condition:** | **Gun Test:** ☐ Yes ☑ No  **Test Type:** | **Sight Test:** ☐ Yes ☑ No  **Sight Type:** |
|---|---|---|

**Property Notes:**

| **1** | **Prop ID** 1373889 | **Status** IMPOUND | **Class** 77 | **NCIC** | **Make/Model** | **Serial Number** |
|---|---|---|---|---|---|---|

| **Owner** HOUSER, MARK CHRISTOPHER | **Owner Applied Number** | **License / State** | **Color** |
|---|---|---|---|

| **Description** Rifle Case | **Quantity** 1 | **UM** | **Value** $1.00 |
|---|---|---|---|

| **Gun Type** | **Caliber** | **Finish** | **Grip** | **Gun Stock** |
|---|---|---|---|---|

| **Condition:** | **Gun Test:** ☐ Yes ☑ No  **Test Type:** | **Sight Test:** ☐ Yes ☑ No  **Sight Type:** |
|---|---|---|

**Property Notes:**

| **2** | **Prop ID** 1373888 | **Status** IMPOUND | **Class** 13 | **NCIC** | **Make/Model** | **Serial Number** 751PP02683 |
|---|---|---|---|---|---|---|

| **Owner** HOUSER, MARK CHRISTOPHER | **Owner Applied Number** | **License / State** | **Color** |
|---|---|---|---|

| **Description** Shotgun Barrel | **Quantity** 1 | **UM** | **Value** $1.00 |
|---|---|---|---|

| **Gun Type** | **Caliber** | **Finish** | **Grip** | **Gun Stock** |
|---|---|---|---|---|

| **Condition:** | **Gun Test:** ☐ Yes ☑ No  **Test Type:** | **Sight Test:** ☐ Yes ☑ No  **Sight Type:** |
|---|---|---|

**Property Notes:**

☐ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: SPD | Incident / Investigation Report | Case Number: 21-09849 |
|---|---|---|

**IMPOUND PROPERTY**

| Reported | 05/20/2021 00:32 | Found | 05/20/2021 00:32 | Occurred | 05/20/2021 00:32 |
|---|---|---|---|---|---|

Location  9384 E Via Del Sol, Scottsdale, AZ

Original Officer  (1509) GARCIA-LOPEZ,

**Original Information**

Original Page:  3

Date Added: 05/20/2021

Added By:  (1509) GARCIA-LOPEZ,

**Assisting Officers**

(1265) FAY, N

(1310) DUNTON, M

(1522) STEPHENSON, N

**Notes / Narratives**

On 05/20/2021 at approximately 0035 hours in a fully marked patrol vehicle wearing issued On body camera and wearing a full regulation SPD uniform.

On 05/20/2021 at approximately 0035 hours I responded to 9384 E Via Del Sol reference a disturbance. Comments of the call stated the RP was calling because there is an emergency committal for her husband and he needs to leave because he is in some sort of Psychosis and saying that she is evil. Comments also informed us that in past calls for service there, the male half leaves prior to PD arrival in a Cadillac.

I arrived on scene with other officers where we got out of our vehicles. We then saw a vehicle which was coming down the driveway and began driving faster as it approached us. I then used my flashlight to point it at the vehicle where I saw it was a grey new model Cadillac bearing a AZ license plate of AZ/CTF1090. The vehicle which was occupied by a single white male then got onto the surface street and left westbound at a high rate speed.

Ofc Fay #1265 and I then walked towards the house to check on the RP who verbally identified herself as Alia Houser. I asked her what was going on and how we could help to which she informed me that her husband who was just here had an emergency committal in place. We then informed her that we had seen a grey Cadillac that left as we had got here and left at a high rate of speed.  Alia informed us that was her husband, who she identified as Mark Houser.

I asked her what happened tonight that led her to call us tonight to which she advised me that he was acting strange and was telling her that she was evil and also because he had a emergency committal in place. I asked her if anything else happened tonight to which she told me no.  Alia informed me that there had been previous incidents there that led to firearms being taken away from Mark and she found a firearm with him today while he was calling her evil.

Alia informed us that she was not threatened by Mark with the gun but she was concerned on how or where he got it. After speaking more to Alia it was found that not crime occurred and she called to get Mark Transported due to the emergency committal. We then advised her that we would speak to out supervisor and see our options to better assist her.

After speaking to Sgt Campos and informing him or Alia`s statement, It was determined that we would be impounding the firearm for safekeeping due to prior history with Mark and firearms.

Alia walked us inside the home and led us to a room where she turned over a Shotgun that was broken down into sections to us for safekeeping. The shotgun was impounded under this DR for safekeeping.

☐ DV  ☐ Child Abuse  ☐ Arson  ☐ Homicide  ☐ Hate Crime  ☐ Elderly  ☐ Gang Related  ☐ Liquor Est.  ☑ On-Body Camera

| Agency: **SPD** | **Incident / Investigation Report** | Case Number: **21-09849** |
|---|---|---|

**IMPOUND PROPERTY**

| **Reported** 05/20/2021 00:32 | **Found** 05/20/2021 00:32 | **Occurred** 05/20/2021 00:32 |
|---|---|---|
| **Location** 9384 E Via Del Sol, Scottsdale, AZ | | **Original Officer** (1509) GARCIA-LOPEZ, |

| **Original Information** | **Original Page:** 4 |
|---|---|
| Date Added: 05/20/2021 | **Added By:** (1509) GARCIA-LOPEZ, |

## Notes / Narratives

We then informed her that we would be routing this to our specialty units to assist in committing Mark so it could be safe for everyone involved and Mark to not know PD was trying to commit him.

It should be noted that I was wearing my OBC during this involvement.

This concludes my involvement in this matter.

## Notes / Continuation



# Scottsdale Police Department
## Calls For Service Report
### Call ID: *0520210015*

Printed: 09/27/2022
(002406) NEGRON, C

| Date/Time Received | Call Received By | Time Dispatched | Time Arrived | Time Complete |
|---|---|---|---|---|
| 05/20/2021    00:38 | (B1620) MCINTYRE, R | 08:27 | 08:27 | 11:22 |

| Report # | Nature Of Call |
|---|---|
| - | EMERGENCY COMMITTMENT ORDER |

| Location Of Incident |
|---|
| 9384 E VIA DEL SOL, SCOTTSDALE, AZ |

| Caller | How Received |
|---|---|
| CBI | |

| Disposition | Officer | Date Submitted |
|---|---|---|
| 2 - FI / FIELD INTERVIEW | (583) BOGUMILL, P | 05/20/2021 |

Notes:
** LOI search completed at 05/20/21 00:38:28
HOUSER, MARK 01-28-1965
PAD / WEAPONS INVOLVED
EMAILED 4L94
4L94 ADV
PRINTED D4 SO
** Cross Referenced to Event # E0520210013 at: 05/20/21 00:40:00
** >>>> by: ANNA NUNEZ on terminal: hp600t50011
-- xfer from ppd saying they are getting a 911 hu from this 20 (911-308-0710) cant call 21 back
-- ppd had no further info
-- hu came from a female on the line
** Event Priority changed from 3 to 5 at: 05/20/21 00:56:33
** >>>> by: ANNA NUNEZ on terminal: hp600t50011
** PER search completed at 05/20/21 00:58:35
** LOI information for Event # E0520210015 was viewed at: 05/20/21 00:58:39
** >>>> by: JESSICA LASH on terminal: hp600t50012
**HAZ/INFO
** LOI information for Event # E0520210015 was viewed at: 05/20/21 00:59:08
** >>>> by: ANNA NUNEZ on terminal: hp600t50011
####
** LOI information for Event # E0520210015 was viewed at: 05/20/21 01:08:22
** >>>> by: RYAN MCINTYRE on terminal: hp600t50016
4L94 -- PEND TO SEE IF SAU WILL HELP - WONT SEND PATROL
** Event held for 406 minutes
** LOI information for Event # E0520210015 was viewed at: 05/20/21 01:19:45
** >>>> by: CHERYL SAUBON on terminal: hp600t50007
** LOI information for Event # E0520210015 was viewed at: 05/20/21 08:04:28
** >>>> by: NICOLA J. BOYD on terminal: hp600t50010
2L92 ADV
** Event Priority changed from 5 to 6 at: 05/20/21 08:11:38
** >>>> by: BRIE B. REGAN on terminal: hp600t50007
** Event Priority changed from 6 to 7 at: 05/20/21 08:11:45
** >>>> by: BRIE B. REGAN on terminal: hp600t50007
SPOKE WITH SKYE WILLIAMSON -- NEED A LITTLE MORE RESEARCH ON THIS GUY
PER 2L92 -- NEED AN OFFICER TO 21 SUBJ AND 21 WIFE



# Scottsdale Police Department
## Calls For Service Report
### Call ID: *0520210015*

(002406) NEGRON, C

| Date/Time Received | Call Received By | Time Dispatched | Time Arrived | Time Complete |
|---|---|---|---|---|
| 05/20/2021    00:38 | (B1620) MCINTYRE, R | 08:27 | 08:27 | 11:22 |

| Report # | Nature Of Call |
|---|---|
| - | EMERGENCY COMMITTMENT ORDER |

**Location Of Incident**
9384 E VIA DEL SOL, SCOTTSDALE, AZ

| Caller | How Received |
|---|---|
| CBI | |

| Disposition | Officer | Date Submitted |
|---|---|---|
| 2 - FI / FIELD INTERVIEW | (583) BOGUMILL, P | 05/20/2021 |

PER 2L92 -- ADV WHAT IS FOUND
PER 2L92 -- OKAY TO DISPATCH
PER 2L92 - DISPATCH 1 OFFICER TO DO THE "WORK UP " ON THE SUBJ
ALL THE 21'S
TRY TO FIND OUT WHERE SUBJ WORKS / WILL BE
G30 EMPLOYMENT - GRAND CANYON BUSINESS SOLUTIONS AT 9015 E PIMA CENTER PKWY SUITE 2. PHONE # IS
760-791-5835
G30 - EMPLOYMENT HAS BEEN WITH THIS BUSINESS FROM 2018 TO 1ST QUARTER OF 2021
** VEH search completed at 05/20/21 09:50:12
MARK DRIVES A NEWER, 2019 GRAY OR WHITE CADILLAC CT6-V, 4 DOOR, AZ/CTF1090
** VEH search completed at 05/20/21 11:16:13
** Event E0520210015 closed.

 City of Phoenix Police Department
Call for Service

**Call for Service: 18002253890** (Click for Call Unit Activity)

PUBLIC RECORDS
Released pursuant to
A.R.S. 39-121, Et. Seq.

| | |
|---|---|
| **Incident Number** | 18002253890 |
| **Related Calls** | |
| **Call Type** | 900   - CHECK WELFARE |
| **Final Call Type** | 918   - MENTALLY ILL SUBJECT |
| **Date** | 12-22-2018 |
| **Day of Week** | Saturday |
| **Address** | ▓▓▓▓▓▓▓▓▓▓ (HSE |
| **Apartment Number** | |
| **City** | PHX |
| **Complainant Name** | ▓▓▓▓ ROOM▓ |
| **Complainant Address** | |
| **Complainant Home/Business Phone** | ▓▓▓▓▓▓ - |
| **Priority** | 2 |
| **How Received** | 9 - 911 SYSTEM |
| **Grid** | DB41 |
| **Zone** | 633 |
| **Call Taker ID** | A5857 |
| **Received Time** | 12-22-2018 20:59:21 |
| **Dispatch Time** | 12-22-2018 21:45:45 |
| **Arrival Time** | 12-22-2018 21:58:22 |
| **Clear Time** | 12-22-2018 22:58:47 |
| **Report Flag** | N |
| **Clear By** | N - NO ACTION REQUIRED |
| **Clear By Remarks** | ▓▓▓▓▓▓▓ RAMBLING ABOUT A CULT BRAINWASHING HIS WIFE... NOT DTO DTS |
| **Primary Unit** | 632K |
| **Primary Officer(s)** | 09913 -CUSTER,TROY A |
| **Responding Units** | 632L,632K |
| **Squad Area** | 63 |
| **Shift** | 2 |
| **Alarm Permit Number** | |
| **Precinct** | 6 |
| **Council District** | 2 |
| **Delay Time Calc** | 46 Min |
| **Travel Time Calc** | 12 Min |
| **Response Time Calc** | 59 Min |
| **Elapsed Time Calc** | 73 Min |

Information Technology Bureau
CAD/MDC Reports
Page 1 of 2
Report run by PPSB\082391
Report executed on 10/12/2023 2:33:01 PM



**City of Phoenix Police Department**
Call for Service

**Call for Service: 18002253890** (Click for Call Unit Activity)

| Remarks | Entered By | |
|---|---|---|
| | A5857 21:03:33 | CMP AND HER SON, LEFT HSE, HUSB ███████, DOB ███████, WM, 53YO, UNK WPNS, WAS ACTING 647, RAMBLING ABOUT A CULT, HAS BEEN SEEING A THERAPIST FOR DELUSIONS, LINE DISCONNECTED, CMP IS AT THE WESTIN ██████ |
| | A5857 21:05:29 | TRIED TO CALL CMP BACK AT HOTEL,LINE WAS 10-6 TO HER ROOM. HOTEL DIDNT ADV 101 NAME TO DISPATCH |
| | A4039 21:48:37 | COMP SD HE KEEPS A RIFLE BY FRONT DOOR |
| | A4039 21:49:07 | COMP SD HE IS MENTALLY ILL |
| | A4039 21:49:38 | PSYCHOLOGIST SD HE IS DILLUSIONAL AND COMP SD HE NEEDS TO GO FOR PHYS CARE |
| | A4039 21:49:45 | COMP AND SON HAD TO LEAVE TO HOTEL TO BE SAFE |
| | A4039 21:50:08 | COMP SD HE WAS WEARING A LT COLOR LONG SLV SHIRT BLU JNS |
| | A4039 21:50:12 | DOES TAKE MEDS FOR ██ |
| | A4039 21:50:26 | NOT TAKING ANYTHING FOR PSYCH CARE BUT HAS APPT IN A WK |
| | A4039 21:50:30 | COMPS LINE HU |
| | A4039 21:51:52 | |
| | A4039 21:54:11 | GOING TO BE CIT |



City of Phoenix Police Department
Call for Service

**PUBLIC RECORDS**
Released pursuant to
A.R.S. 39-121, Et. Seq.

**Call for Service: 18002256090** (Click for Call Unit Activity)

| | |
|---|---|
| **Incident Number** | 18002256090 |
| **Related Calls** | |
| **Call Type** | INFO - INFORMATION CALL |
| **Final Call Type** | INFO - INFORMATION CALL |
| **Date** | 12-23-2018 |
| **Day of Week** | Sunday |
| **Address** | ▇▇▇▇▇▇▇▇▇ |
| **Apartment Number** | |
| **City** | PHX |
| **Complainant Name** | ▇▇▇▇▇▇ |
| **Complainant Address** | |
| **Complainant Home/Business Phone** | - - |
| **Priority** | 2 |
| **How Received** | P - CRIMESTOP |
| **Grid** | DB41 |
| **Zone** | 633 |
| **Call Taker ID** | A5925 |
| **Received Time** | 12-23-2018 08:58:30 |
| **Dispatch Time** | |
| **Arrival Time** | |
| **Clear Time** | 12-23-2018 09:06:34 |
| **Report Flag** | N |
| **Clear By** | F - FILE ONLY |
| **Clear By Remarks** | |
| **Primary Unit** | |
| **Primary Officer(s)** | |
| **Responding Units** | |
| **Squad Area** | 63 |
| **Shift** | 1 |
| **Alarm Permit Number** | |
| **Precinct** | 6 |
| **Council District** | 2 |
| **Delay Time Calc** | |
| **Travel Time Calc** | |
| **Response Time Calc** | |
| **Elapsed Time Calc** | |



**City of Phoenix Police Department**
**Call for Service**

**Call for Service:** **18002256090** (Click for Call Unit Activity)

| Remarks | Entered By | |
|---|---|---|
| | A5925  09:06:34 | COMPS GIRLFRND WHO HE CALLS HIS WIFE (THEY ARENT MARRIED) LEFT HIM WITH THEIR 6 YO SON // COMP WANTS TO REPORT THEM MISSING, ADV TO CHECK WITH HOSPS AND JAIL FIRST // COMP POSS 918, BELIEVES SHE LEFT WITH A RELIGIOUS CULT |



**City of Phoenix Police Department**
**Call for Service**

PUBLIC RECORDS
Released pursuant to
A.R.S. 39-121, Et. Seq.

Call for Service: **19000089356** (Click for Call Unit Activity)

| | |
|---|---|
| **Incident Number** | 19000089356 |
| **Related Calls** | |
| **Call Type** | 900   - CHECK WELFARE |
| **Final Call Type** | 900   - CHECK WELFARE |
| **Date** | 01-16-2019 |
| **Day of Week** | Wednesday |
| **Address** | ███████████ [HSE |
| **Apartment Number** | |
| **City** | PHX |
| **Complainant Name** | ████████████ |
| **Complainant Address** | ██████████ [SUITE] |
| **Complainant Home/Business Phone** | ████████  - |
| **Priority** | 2 |
| **How Received** | P - CRIMESTOP |
| **Grid** | DB41 |
| **Zone** | 633 |
| **Call Taker ID** | A5889 |
| **Received Time** | 01-16-2019 13:07:16 |
| **Dispatch Time** | 01-16-2019 13:31:50 |
| **Arrival Time** | 01-16-2019 13:41:29 |
| **Clear Time** | 01-16-2019 14:04:40 |
| **Report Flag** | N |
| **Clear By** | N - NO ACTION REQUIRED |
| **Clear By Remarks** | #3  AT 20. HAD INFO CHANNEL NOTIFY COMP. |
| **Primary Unit** | 634A |
| **Primary Officer(s)** | 08270 -CARPENA,HECTOR R |
| **Responding Units** | 633D,634A |
| **Squad Area** | 63 |
| **Shift** | 1 |
| **Alarm Permit Number** | |
| **Precinct** | 6 |
| **Council District** | 2 |
| **Delay Time Calc** | 24 Min |
| **Travel Time Calc** | 9 Min |
| **Response Time Calc** | 34 Min |
| **Elapsed Time Calc** | 32 Min |

Information Technology Bureau
CAD/MDC Reports                    Page 1 of 2                    Report run by PPSB\082321
Report executed on 10/12/2023 2:42:49 PM



**City of Phoenix Police Department**
**Call for Service**

**Call for Service:** 19000089356 (Click for Call Unit Activity)

| Remarks | Entered By | |
|---|---|---|
| A5889 | 13:14:17 | THIS MORNING, PATIENT, ▮▮▮▮▮▮▮, ▮▮▮▮▮ REPORTED THAT HER HUSB, ▮▮▮▮▮▮▮▮▮, THINKS THAT WIFE IS CHEATING W/ A NEIGH, ▮▮▮▮ LIVES IN SAME CUL-DA-SAC, HAS MADE 236'S TO 'PUMP BULLETS INTO HIM" ▮▮▮ HAS BEEN OUT OF THE HOSP FOR A WEEK IS ON MEDS, BUT STILL HAS DELUSIONS. |
| A5889 | 13:14:29 | WHEN HUSB WENT TO HOSP,ALL OTHER WEAPS WERE TAKEN OUT OF THE HSE, |
| A5889 | 13:15:12 | |



| | | |
|---|---|---|
| A5889 | 13:16:19 | COMP SAID THAT THEY CO-OWN A BUSN,AND POSS AT WORK,UNK THAT 20 |
| A5889 | 13:19:51 | NO MVD FOR WIFE |
| A3698 | 13:48:08 | ADVISED OF DISPO ON CLBK |



**City of Phoenix Police Department**
**Call for Service**

**PUBLIC RECORDS**
**Released pursuant to**
**A.R.S. 39-121, Et. Seq.**

**Call for Service: 19000429147** (Click for Call Unit Activity)

| | |
|---|---|
| **Incident Number** | 19000429147 |
| **Related Calls** | 19000429171 |
| | 19000429199 |
| **Call Type** | 415F  - DOMESTIC VIOLENCE |
| **Final Call Type** | 415F  - DOMESTIC VIOLENCE |
| **Date** | 03-13-2019 |
| **Day of Week** | Wednesday |
| **Address** | ███████████████ |
| **Apartment Number** | |
| **City** | PHX |
| **Complainant Name** | 14 YO 101 |
| **Complainant Address** | ██████████████ SE |
| **Complainant Home/Business Phone** | ███████████ - |
| **Priority** | 1 |
| **How Received** | 9 - 911 SYSTEM |
| **Grid** | DB41 |
| **Zone** | 633 |
| **Call Taker ID** | A5405 |
| **Received Time** | 03-13-2019 22:45:06 |
| **Dispatch Time** | 03-13-2019 22:46:32 |
| **Arrival Time** | 03-13-2019 22:50:45 |
| **Clear Time** | 03-14-2019 00:13:29 |
| **Report Flag** | N |
| **Clear By** | R - DEPARTMENTAL REPORT |
| **Clear By Remarks** | |
| **Primary Unit** | 634J |
| **Primary Officer(s)** | 08057 -NEIDENBACH,NICHOLAS A |
| **Responding Units** | 632J,633L,631J,63J,634J,615L |
| **Squad Area** | 63 |
| **Shift** | 2 |
| **Alarm Permit Number** | |
| **Precinct** | 6 |
| **Council District** | 2 |
| **Delay Time Calc** | 1 Min |
| **Travel Time Calc** | 4 Min |
| **Response Time Calc** | 5 Min |
| **Elapsed Time Calc** | 86 Min |

DST00

**City of Phoenix Police Department**
**Call for Service**

Call for Service: **19000429147** (Click for Call Unit Activity)

| Remarks | Entered By | | |
|---------|-----------|---|---|
| | A5405 | 22:45:57 | DAD YELLING AT MOM AND IS HOLDING A GUN |
| | A5405 | 22:46:16 | BOTH ARE IN KITCHEN |
| | A6238 | 22:46:42 | BC'D HOT MON |
| | A5405 | 22:46:45 | DAD IS ████████████,M/ |
| | A5405 | 22:47:19 | ████████████████████████ |
| | A5405 | 22:47:27 | W/M 6-0 MED BLD,BLU JNS |
| | A5405 | 22:47:47 | COMP IS 17 YO DAUGH,IS IN HER BEDROOM NOW |
| | A5405 | 22:48:02 | 6 YO BRO ALSO IN HSE |
| | A5405 | 22:48:59 | DAD IS OUTSIDE COMPS DOOR WANTING HER TO OPEN IT |
| | A5405 | 22:49:14 | HAS QUIETED DOWN NOW |
| | A5405 | 22:50:02 | UNK WHY HE IS UPSET,COMP JUST GOT HOME FROM WORK |
| | A5405 | 22:50:19 | DAD HAS MENTAL ISSUES |
| | A5405 | 22:50:27 | LOST CALL |
| | A2685 | 22:50:49 | 63J STILL ABOUT 2 OUT |
| | A5405 | 22:50:50 | BUSY ON CB X3 |
| | A4118 | 22:51:59 | DUPLICATE: PH19-429171: COMP SAYS RECVD CALL FROM 14YO DAUGH SAYING HER STEPMOM ASKED FOR HER TO CALL 911, FATHER IS CAUSING PROBS, OWNS A WEAP.  ADVISED PD 23 |
| | A4118 | 22:51:59 | DUPLICATE: PH19-429171: CALLER:101, ████████████ , (H) ████████████ NO CONTACT |
| | A5405 | 22:52:04 | BUSY ON CB X4 |
| | A6234 | 22:54:56 | 634J GET AHOLD OF CALLER FIND OUT WHERE IS WHATS INFO FROM OTHER CALLER |
| | A4118 | 22:55:19 | SAYS HUSB HAS A GUN |
| | A4118 | 22:55:25 | ASKING TO RING THE DOOR BELL |
| | A4118 | 22:55:42 | NOT ANSWERING ANY FURTHER QUESTIONS |
| | A6234 | 22:56:01 | 63J TRY TO GET 21 FOR THE MAIN HSE |
| | A4118 | 22:56:12 | HAVE SUBJS WIFE ON PHONE BUT NOT ANSWERING ANY FURTHER QUESTIONS |
| | A4118 | 22:56:22 | SAYS HUSB IS SICK OPEN LINE NOW |
| | A4118 | 22:56:52 | ONLY 21# IS CELL FOR THE WIFE WHO IS CALLING HAVE OPEN LINE 21# ████████ |
| | A4118 | 22:57:42 | HUSB IS IN THE HOUSE IS IN THE FAMILY ROOM |



**City of Phoenix Police Department**
**Call for Service**

**Call for Service: 19000429147** (Click for Call Unit Activity)

| | | |
|---|---|---|
| A4118 | 22:58:04 | FAMILY ROOM IS IN FRONT AS U ENTER THRU THE FRONT DOOR |
| A6234 | 22:58:27 | 63J GOT HIM OUTSIDE STILL TRYING TO CHECK THE HSE |
| A4118 | 22:58:42 | COMP THINKS HUSB IN ROOM WITH 14YO STEP DAUGHTER |
| A4118 | 22:58:56 | COMP SAYS SHE THINKS PD WITH HER HUSB LEFT OPEN LINE |
| A4118 | 22:59:56 | COMP AND STEPDAUGH ARE IN THE MASTER BEDROOM AT THE NEC OF HOUSE |
| A4118 | 23:00:07 | WILL WAIT FOR PD THERE |
| A4118 | 23:01:00 | DUPLICATE: PH19-429199: HUSB HAS A GUN  ASKING FOR PD   ADDED INFO TO ORIGINAL CALL |
| A4118 | 23:01:00 | DUPLICATE: PH19-429199: CALLER:101, (H) ███████████, CONTACT |
| A4118 | 23:01:24 | COMP WITH PD EOC |
| A6234 | 23:01:28 | 63J C4 PARTIES SEP WORK OFF ADECK |
| A4453 | 23:06:15 | 63J 1 MY UNITS TO US OUT HERE |
| A4453 | 23:06:59 | 615L COMING FROM A WAYS |



**City of Phoenix Police Department**
**Call for Service**

PUBLIC RECORDS
Released pursuant to
A.R.S. 39-121, Et. Seq.

**Call for Service: 18002253614** (Click for Call Unit Activity)

| | |
|---|---|
| **Incident Number** | 18002253614 |
| **Related Calls** | |
| **Call Type** | 900 - CHECK WELFARE |
| **Final Call Type** | 900 - CHECK WELFARE |
| **Date** | 12-22-2018 |
| **Day of Week** | Saturday |
| **Address** | ▓▓▓▓▓▓▓▓▓▓ |
| **Apartment Number** | |
| **City** | PHX |
| **Complainant Name** | ▓▓▓▓▓▓ |
| **Complainant Address** | CMP WOULD LIKE W/ DISPO |
| **Complainant Home/Business Phone** | ▓▓▓▓▓ - |
| **Priority** | 2 |
| **How Received** | P - CRIMESTOP |
| **Grid** | DB41 |
| **Zone** | 633 |
| **Call Taker ID** | A6232 |
| **Received Time** | 12-22-2018 20:07:30 |
| **Dispatch Time** | |
| **Arrival Time** | |
| **Clear Time** | 12-22-2018 20:22:55 |
| **Report Flag** | N |
| **Clear By** | C - CANCELLED |
| **Clear By Remarks** | DUP |
| **Primary Unit** | |
| **Primary Officer(s)** | |
| **Responding Units** | |
| **Squad Area** | 63 |
| **Shift** | 2 |
| **Alarm Permit Number** | |
| **Precinct** | 6 |
| **Council District** | 2 |
| **Delay Time Calc** | |
| **Travel Time Calc** | |
| **Response Time Calc** | |
| **Elapsed Time Calc** | |

Information Technology Bureau
CAD/MDC Reports
Page 1 of 2
Report run by PPSB\032391
Report executed on 10/12/2023 2:27:51 PM

DST00



**City of Phoenix Police Department**
**Call for Service**

**Call for Service: 18002253614** (Click for Call Unit Activity)

| Remarks | Entered By | |
|---|---|---|
| A6232 | 20:10:25 | CHECK ON ███████████ ,,M/ CMP GOT A CALL FROM THE SUBJ WHO IS STATING SOMEONE IS BRAIN-WASHING HIS WIFE - CMP THINKS THE SUBJ MAY NEED TO BE EVALUATED |
| A4675 | 20:22:55 | (631G) DUPLICATE: PH18-2253614: CALLER ████ ████████ WOULD LIKE W/ DISPO, (H) ██████████ TELEPHONE CONTACT |
| A4675 | 20:22:55 | (631G) DUPLICATE: PH18-2253614: CHECK ON ███████████ ,,,M/ CMP GOT A CALL FROM THE SUBJ WHO IS STATING SOMEONE IS BRAIN-WASHING HIS WIFE - CMP THINKS THE SUBJ MAY NEED TO BE EVALUATED |
| A4039 | 21:48:37 | (632K) COMP SD HE KEEPS A RIFLE BY FRONT DOOR |

MH-100 (Form A)

## APPLICATION FOR INVOLUNTARY EVALUATION
### (Pursuant to A.R.S. § 36-520)

STATE OF ARIZONA           )
                           ) ss.
COUNTY OF MARICOPA          )

To the     _CBI, Inc.  Community Psychiatric Emergency Center_

                 (Regional or Screening Authority)

1.  The undersigned applicant requests that the above agency conduct a pre-petition
    screening of the person named herein.

2.  The undersigned applicant alleges that there is now in the County a person whose name
    and address are:
                                                        85255

| Mark Houser | 9384 E. Via Del Sol Dr Scottsdale |
|---|---|
| (Name) | (Address) |

and that he/she believes that the person has a mental disorder and as a result of said

mental disorder, is:

☐ a danger to self;          ☐ a danger to others;

☐ gravely disabled          ☑ persistently or acutely disabled

☐ unwilling to undergo voluntary evaluation, as evidenced by the following facts:

> Mark is seeing a psychiatrist but he is getting worse. Mark said his psychiatrist, Dr. John Scialli, told him he has ADHD and has put him on Adderall for over 2 years. I learned recently that he was taken off Adderall a couple months ago. Mark may not (and doesn't seem to) have insight into his behavior. He projects his behavior on me. Please see addendum

☐ unable to undergo voluntary evaluation, as demonstrated by the following facts:

> Mark lacks insight into his illness and behavior. His treatment w/ his current psychiatrist is making him worse. I spend more time w/ Mark than anyone else and I see his behavior and the things he says. Based on my observations, my research, and speaking with physicians and therapists, I feel Mark may have either bi-polar w/ mania/delusions or schizoaffective disorder - or something else. Please see addendum

ADHS/BHS Form MH-100

MH-100 (Form A)

and who is believed to be in need of supervision, care and treatment because of the following facts:

Mark has major ups and downs. He can be really good and then he can be irritable - or extremely agitated some times extremely angry. He believes I am in a cult (with or without my knowledge). He said he will destroy the cult and thinks many people are involved, including police officers. He thinks I have had affairs with different people and said he will destroy them too (none of this is real)

3. The conclusion that the person has a mental disorder is based on the following facts:

Mark doesn't know he has delusions and hallucinations. He looks at our security camera videos and there will be a picture of our yard and Mark says he sees me having sex with someone. He has shown me pictures of our backyard and says he sees an orgy or sex cult. He believes I have had multiple affairs and all this mental health work I am trying to get him to do is a conspiracy to cover up all my affairs.

4. The conclusion that the person is dangerous or disabled is based on the following facts:

He starts getting extremely paranoid. He starts tracking my every move. He wants to confront some of our neighbors and takes pictures of people and their license plates (if he thinks they are in the cult). He thinks some police are corrupt and he takes out guns and bullets to "protect" us from the cult but then he thinks I'm not his wife and I am part of the cult. He will start screaming at me in front of my (our) 8 year old son and tell him - mommy's in a cult, mommy likes it doggy style, he got rammed

## PERSONAL DATA OF PROPOSED PATIENT:

Age 56  Date of Birth 1-28-65  Sex M  Race White

Weight 190  Height 5'11"  Hair Color Dirty blonde  Eye Color green

Marital Status S (I am his partner)  Number of Children 5

Social Security Number [blank]  Religion Catholic / Spiritual

Distinguishing Marks tatoo of rose on his arm

Occupation business owner

Present Location 9384 E Via Del Sol Dr Scottsdale 85255

Dates and Places of Previous Hospitalization 12/2018 - 1/2019 Maricopa City Integrated Health

How Long in Arizona 46+ yrs  State Last From Michigan

Veteran yes  C-No. [blank]  Education Some college

ADHS/BHS Form MH-100

MH-100 (Form A)

NAME ADDRESS AND TELEPHONE NUMBER OF:

1) Guardian

2) Spouse      Alia Houser (domestic partner) 480-797-1007

3) Next of Kin   Staci Otteman    602-315-7097

4) Significant Other Persons   Mom (Kathy Houser) 480-620-9320

| 5/19/21 | |
|---|---|
| DATE | Signature of Applicant |

Printed or Typed name of Applicant   Alia Houser

Relationship to Proposed Patient   domestic partner

Applicant's Address   9384 E. Via Del Sol Drive Scottsdale 85255

Applicant's Telephone   480-797-1007

SUBSCRIBED AND SWORN to before me this ___10th___ day of ___May___ ___2021___
                                          day         month        year

_____
Notary Public

My Commission Expires:

____5/19/21____

JOHN W BAKER
Notary Public - Arizona
Maricopa County
Commission # 583911
My Comm. Expires Mar 8, 2024

ADHS/BHS Form MH-100

(Continued)

I completed a PAD petition that was notarized this morning and I was called by PAD this afternoon. They said the medical director wanted an emergency petition filled out. They said if I don't DCS may pick up my son. Mark has been having delusions and hallucinations since about 2018. I don't believe they have ever gone away. Before this he was going through a couple years of being more irritable and then he would start getting more agitated /angry. He would have not very good sleep, have arm jerks, beliefs that a cult was taking over my brain, trying to brainwash me for their sex cult, that I have had several affairs. He has called the police and FBI before describing the cult members. When he was screaming at me a few days ago, I called 911 and locked myself in the bathroom and when the police came he thought they were part of the cult and wants to destroy them. Then he took out a couple guns + bullets. This has happened before - in 2018 and 2019.

_____
Signature of Applicant

Alia Houser
Printed Name

STATE OF ARIZONA }
                 }
COUNTY OF MARICOPA }

SUBSCRIBED AND SWORN to before me this 19th day of May, 20 20

_____
Notary Public

My Commission Expires:

07/09/2024

JOHN W BAKER
Notary Public - Arizona
Maricopa County
Commission # 583911
My Comm. Expires Mar 8, 2024

Form A or Form B (circle which applies)

MH-104 (Form B)

## APPLICATION FOR EMERGENCY ADMISSION FOR EVALUATION
### (Pursuant to A.R.S. § 36-524)

STATE OF ARIZONA )
)ss.
COUNTY OF MARICOPA )

The undersigned applicant, being first duly sworn/affirmed, hereby requests that:

_CBI, Inc. Community Psychiatric Emergency Center_
(Evaluation Agency)

admit the person named herein for evaluation.

1.  The undersigned applicant alleges that there is now in the County a person whose name and address are:

| Mark Houser | 9384 E. Via Del Sol Dr 85255 |
|---|---|
| (Name) | (Address) |

and that she/he believes that the person has a mental disorder and as a result of said mental

disorder, is: [✓] a danger to self; [✓] a danger to others;

and that during the time necessary to complete pre-petition screening under A.R.S. §§ 36-520

AND 36-521, the person is likely without immediate hospitalization to suffer serious physical

harm or serious illness or is likely to inflict serious physical harm upon another person.

The conclusion that the person has mental disorder is based on the following facts:

Mark believes a cult has brainwashed/hypnotized his wife (me Alia)
He thinks they want to steal my soul and our money. He thinks
they are trying to get to his son too (our son). He also sometimes thinks
I am willingly in the cult and then gets extremely angry at me.
He sometimes thinks it's a sex cult and we have affairs outside
and that I have had multiple affairs (not true). a psychologist
we saw together, Dr Burrell, thought he might have delusional
disorder. Dr. Jonathan Sarvsice (the Dr when Mark was admitted
via the UPC) thought Mark had a psychosis

ADHS/BHS Form MH-104

MH-104 (Form B)

The specific nature of the danger posed by this person is:

Mark does not always know his own behavior. He can go days with very little sleep. He can get very agitated/angry with others, he can drive recklessly. He sometimes says he will destroy this person or that person. He says he is a marine, and will shoot anyone that comes on our property. He says he will confront this man and tell his family and wife about our affair (which never happened). He is constantly screaming at me about affairs/cults

A summary of the observations upon which this statement is as follows:

Mark has sent me videos/pictures of me supposedly having sex with one or more people. There is nothing on the pictures/videos except of our yard. Mark will scream in front of our son that mommy is in a cult or that mommy likes to get rammed and said he will show our son pictures of me having sex with other people (never happened). Our son is very upset and asking why daddy is screaming at me and calling me bad words. This has not gone away in 3 years - his psychiatrist has done nothing to help. even though I am sending him proof of mark's behavior (Dr John Scialli)

## PERSONAL DATA OF PROPOSED PATIENT:

Age **56**   Date of Birth **1-28-65**   Sex **M**   Race **white**

Weight **190**   Height **5'11"**   Hair Color **dirty blonde**   Eye Color **green**

Marital Status **5 mos of domestic partner**   Number of Children **5**

Social Security Number _____   Religion **Catholic (spiritual)**

Distinguishing Marks **tatoo on shoulder**

Occupation **business owner**

Present Location **9384 E. Via Del Sol Dr. Scottsdale 85255**

Dates and Places of Previous Hospitalization **thru UPC - Maricopa County**

**Integrated Hospital (Dec 2018/Jan 2019)**

How Long in Arizona **40+ years**   State Last From **Michigan**

Veteran **yes**   C-No. _____   Education **some college**

ADHS/BHS Form MH-104

MH-104 (Form B)

NAME ADDRESS AND TELEPHONE NUMBER OF:

1)    Guardian

2)    Spouse

3)    Next of Kin        Staci Offeman    602-315-7097

4)    Significant Other Persons    Alia Houser (domestic partner) 480-797-1007

| 5/19/21 | | |
|---|---|---|
| DATE | | Applicant Signature |

Printed or Typed name of Applicant    Alia Houser

Relationship to Proposed Patient    domestic partner

Applicant's Address    4384 E. Via Del Sol Dr  Scottsdale 85255

Applicant's Telephone    480-797-1007

SUBSCRIBED AND SWORN to before me this ___19th___ day of __May__ __2021__
                                           day        month      year

_____
Notary Public

My Commission Expires:

03 | 08 | 2024

JOHN W BAKER
Notary Public - Arizona
Maricopa County
Commission # 583971
My Comm. Expires Mar 8, 2024

ADHS/BHS Form MH-104

## WITNESS INFORMATION FORM

**PROPOSED PATIENT:** Mark Houser

**WITNESSES DATA:**

1. NAME: Alia Houser   AGENCY:   EMAIL: aliahouser47@gmail.com
   ADDRESS: 9384 E. Via Del Sol Drive, Scottsdale  85255
   CITY: Scottsdale   ST: AZ   ZIP CODE: 85255
   HOME No.:   WORK No.:   CELL No.: 480-797-1807   FAX No.:
   RELATIONSHIP TO PROPOSED PATIENT
   IF WORKING FOR AN AGENCY,
   SUPERVISOR'S NAME AND PHONE No.: We are domestic partners
   ANTICIPATED TESTIMONY:
   RE: ☐ DTS   ☐ DTO   ☑ PAD   ☐ GD

2. NAME: Susan Beck   AGENCY:   EMAIL: susanclaire.beck@gmail.com
   ADDRESS:
   CITY:   ST:   ZIP CODE:
   HOME No.:   WORK No.:   CELL No.: 480-708-0518   FAX No.:
   RELATIONSHIP TO PROPOSED PATIENT
   IF WORKING FOR AN AGENCY,
   SUPERVISOR'S NAME AND PHONE No.: she is our home teacher - she has been coming to house everyday for months
   ANTICIPATED TESTIMONY:
   RE: ☐ DTS   ☐ DTO   ☑ PAD   ☐ GD

3. NAME:   AGENCY:   EMAIL:
   ADDRESS:
   CITY:   ST:   ZIP CODE:
   HOME No.:   WORK No.:   CELL No.:   FAX No.:
   RELATIONSHIP TO PROPOSED PATIENT
   IF WORKING FOR AN AGENCY,
   SUPERVISOR'S NAME AND PHONE No.:
   ANTICIPATED TESTIMONY:
   RE: ☐ DTS   ☐ DTO   ☐ PAD   ☐ GD

*This form to be completed and attached to Application for Emergency Admission in lieu of "Form C".*
*For Maricopa Medical Center Psychiatric Annex, and Desert Vista in-house use only.*



**CBI**
COMMUNITY BRIDGES, INC.
CELEBRATE BELIEVE INSPIRE

# Community Bridges, Inc. Police Pick Up Order

I, ___Andrew Owusu-Ansah___ pursuant to ARS 36-525 subsection A, direct that
(admitting officer (print))

___Scottsdale PD___ , shall apprehend and
(law enforcement agency)

transport ___Mark Houser___ to Community Bridges, Inc. (CPEC)
(proposed patient)

<u>Community Psychiatric Emergency Center, 358 E. Javelina Ave., Mesa, AZ</u> for an

emergency mental health evaluation.

<u>Reason for Petition:</u>
DTO ☐
DTS ☐
PAD ☑

<u>Type of Petition:</u>
Emergent – New ☑
Emergent – Amendment ☐
Non-Emergent – New ☐
Non-Emergent – Amendment ☐

<u>Weapons Involved?</u>
Yes ☑
No ☐

<u>If yes, Type of Weapons:</u>
Gun ☑
Knife ☐
Other ☐ Specify_____
Unknown ☐

<u>Current Access to Weapons?</u>
Yes ☐
No ☐
Unk ☑

<u>Identifying features:</u>

| Sex | Age/DOB | Race | Eyes | Hair | Height | Weight |
|-----|---------|------|------|------|--------|--------|
| M | 56 01/28/1965 | White | Green | Dirty Blonde | 5'11 | 190lbs |

**Identifying Marks (e.g. scars/tattoos):** Tattoo of a rose on his arm

**Last known whereabouts:** 9384 E. Via Del Sol Scottsdale AZ, 85255

**Additional Information (e.g. physical limitations, threatened violence, fear of law enforcement, other people living in the household, pets):** _____

Signature Admitting Officer ( ARS 36-501.1)    Time    Date

_(signature)_ NP    2100    05/19/21

**To verify this transmittal or for further information call 480-507-3186.**

**Please read entire petition for relevant information**

Community Bridges, Inc.
12/2015

MH-100 (Form A)

# APPLICATION FOR INVOLUNTARY EVALUATION
## (Pursuant to A.R.S. § 36-520)

STATE OF ARIZONA )
) ss.
COUNTY OF MARICOPA )

To the              _Connections AZ Inc - UPC_

(Regional or Screening Authority)

1.  The undersigned applicant requests that the above agency conduct a pre-petition
    screening of the person named herein.

2.  The undersigned applicant alleges that there is now in the County a person whose name
    and address are:

| Mark Christopher Houser | 9384 E Via Del Sol Dr; Scottsdale,AZ 85255-5071 |
| --- | --- |
| (Name) | (Address) |

and that he/she believes that the person has a mental disorder and as a result of said

mental disorder, is:

[✔] a danger to self;          [✔] a danger to others;

[ ] gravely disabled          [✔] persistently or acutely disabled

[✔]  unwilling to undergo voluntary evaluation, as evidenced by the following facts:

Subject was offered voluntary evaluation on 07/13/2021. Subject refused saying he had a psychiatrist but
would not give any details (name, last seen, etc). Wife states he " knows what to say " to avoid issues.
Subject has hired private Attorney's to represent him and battle what he believes are false claims.

[✔]  unable to undergo voluntary evaluation, as demonstrated by the following facts:

Subject does not seem to recognize the extent of his mental illness. He seems fixated on " cults " and their
influence on his wife, police, and other societal elements. Subject said he heard sounds on a 911 call that were
just normal Dispatch background noise. Subject called Scottsdale Police making statements that were not
rational (Officers involved in some sort of encounter with wife, PD involved in cult and " making " wife
report his activities. Subject believes prior involuntary evaluation orders (Unsuccessful service with most
recent on 05/19/21) were made by Cults. Per wife, he had made statements about "destroying cults." Accused
wife of having affairs and said he would "destroy" them too.

ADHS/BHS Form MH-100                                                      Revised August 2014

MH-100 (Form A)

and who is believed to be in need of supervision, care and treatment because of the following facts:

Subject lately appears to be decompensating (making more outrageous statements about wife/PD). Subject made statement about having a weapon and PD coming to home. Wife has made statements about feeling unsafe with Subject's behavior. Subj making repeated calls to Governmental agencies. including Scottsdale PD/AZ AG's Office, about wife/911 recording/video all related to referenced cult activity. Subj statements have caused two agencies (Scottsdale and AZ AG's Office) to issue security alerts (Scottsdale Citywide).

3. The conclusion that the person has a mental disorder is based on the following facts:

Subject is reported to be prescribed Risperdal (used to treat schizophrenia, bipolar disorder, mood disorders) but is not taking medications. Reported to be under private psychiatric care. Subject MH order in December 2018 resulting in 20+ day treatment at CBI. He has at least one other prior involuntary mental health order (dated 05/19/21 from CBI) with unsuccessful service related to wife's petition. Subj making very concerning escalating delusional statements about hearing things in 911 call that others dont. Refuses to accept others statements about recording. Subj making statements about harming persons coming to home saying he was a "Marine" (knows how to do so).

4. The conclusion that the person is dangerous or disabled is based on the following facts:

Subject's behaviors are escalting. Making paranoid/delusional statements about cults, 911 recording, and wife. Has made statement about having weapon and about PD coming to his home. Subject's erratic behavior/mood swings are causing wife to fear for her safety and safety of PD responding to home. Subject has told wife previously that he thought PD were in a cult and wanted to "destroy" them. Said he would kill anyone that came into the home. Believes PD members part of "Cult", believes Cult members should be killed, and PD likely to respond to home at some point.

## PERSONAL DATA OF PROPOSED PATIENT:

Age 56    Date of Birth 01/28/1965    Sex Male    Race White

Weight 190    Height 5-11    Hair Color Blonde    Eye Color Green

Marital Status Single    Number of Children 5

Social Security Number    Religion Catholic

Distinguishing Marks Tattoo on shoulder, Tattoo of Rose Left Bicep

Occupation Business Owner

Present Location 9384 E Via Del Sol Dr; Scottsdale,AZ 85255-5071

Dates and Places of Previous Hospitalization UPC Maricopa County, Integrated Health (Dec2018/Jan2019)

How Long in Arizona 40+ years    State Last From Michigan

Veteran YES    C-No. UNK    Education Some College

ADHS/BHS Form MH-100

Revised August 2014

MH-100 (Form A)

NAME ADDRESS AND TELEPHONE NUMBER OF:

1) Guardian | No

2) Spouse | No

3) Next of Kin | Staci Otteman    (602) 315-7097

4) Significant Other Persons | Alia Samady Houser (Domestic Partner) (480) 797-1007

| July 15, 2021 | | Signature of Applicant #875 |
| DATE | | Signature of Applicant |

Printed or Typed name of Applicant | Timothy Koerner  Badge 875

Relationship to Proposed Patient | Police Detective

Applicant's Address | 3700 North 75th Street, Scottsdale, AZ 85257

Applicant's Telephone | (480) 312-5000

SUBSCRIBED AND SWORN to before me this ___15___ day of ___July___ ___2021___
day         month      year

_____
Notary Public

My Commission Expires:

_____8/26/2024_____

ERIC SCHERWINSKI
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 569552
Expires August 26, 2024

ADHS/BHS Form MH-100                                                    Revised August 2014

MH-104 (Form B)

## APPLICATION FOR EMERGENCY ADMISSION FOR EVALUATION
### (Pursuant to A.R.S. § 36-524)

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | MR/MS _____ |
| | )ss. | WAS DETAINED AT URGENT PSYCHIATRIC CARE CENTRAL |
| COUNTY OF MARICOPA | ) | DATE:_____TIME:_____ |
| | | PROVIDER: _____ |
| | | TITLE: _____ |
| | | SIGNATURE: _____ |

The undersigned applicant, being first duly sworn/affirmed, hereby requests that:

### *Connections AZ Inc - UPC*
(Evaluation Agency)

admit the person named herein for evaluation.

1.  The undersigned applicant alleges that there is now in the County a person whose

name and address are:

| | |
|---|---|
| Mark Christopher Houser | 9384 E Via Del Sol Dr; Scottsdale, AZ 85255-5071 |
| (Name) | (Address) |

and that she/he believes that the person has a mental disorder and as a result of said mental

disorder, is:        ☑ a danger to self;   ☑ a danger to others;

and that during the time necessary to complete pre-petition screening under A.R.S. §§ 36-520

AND 36-521, the person is likely without immediate hospitalization to suffer serious  physical

harm or serious illness or is likely to inflict serious physical harm upon another  person.

The conclusion that the person has mental disorder is based on the following facts:

Subject is reported to be prescribed Risperdal (used to treat schizophrenia, bipolar disorder, mood disorders) but is not taking medications.  Reported to be under private psychiatric care.  Subject MH order in December 2018 resulting in 20+ day treatment at CBI.  He has at least one other prior involuntary mental health order (dated 05/19/21 from CBI) with unsuccessful service related to wife ' s petition.  Subj making very concerning escalating delusional statements about hearing things in 911 call that others dont.  Refuses to accept others statements about recording.  Subj making statements about harming persons coming to home saying he was a " Marine" (knows how to do so).

ADHS/BHS Form MH-104

Revised August 2014

MH-104 (Form B)

The specific nature of the danger posed by this person is:

Subject's behaviors are escalating. Making paranoid/delusional statements about cults, 911 recording, and wife. Has made statement about having weapon and about PD coming to his home. Subject's erratic behavior/mood swings are causing wife to fear for her safety and safety of PD responding to home. Subject has told wife previously that he thought PD were in a cult and wanted to " destroy " them. Said he would kill anyone that came into the home. Believes PD members part of " Cult ", believes Cult members should be killed, and PD likely to respond to home at some point.

A summary of the observations upon which this statement is as follows:

Subject's behaviors are escalating, shows paranoia, and is delusional. Subject is repeatedly calling governmental agencies making delusional claims about wife (Alia) being involved in " cult. " May 2021 subject ' s firearms taken during DV w/ wife. Afterwards subj made purchase at Scottsdale Gun Club. Subj had prior Involuntary CBI MH order for evaluation in May 2021 (unable to locate subj at time). 07/03/21. subj emailed wife that he would kill anyone that came into home. July 4th, Subj emailed wife saying that " everyone dies that doesn ' t have a ticket. " Subject ' s calls to City of Scottsdale and Arizona Attorney General ' s Office resulted in both issuing security alerts on Subject (City wide in Scottsdale). Subj said not sleeping since weapons taken and that he must be alert in case someone comes to home. Has said he believes PD members are part of cult. Has made prior statements that he would destroy cult members to protect wife.

## PERSONAL DATA OF PROPOSED PATIENT:

Age 56    Date of Birth 01/28/1965    Sex Male    Race White

Weight 190    Height 5-11    Hair Color Blonde    Eye Color Green

Marital Status Single    Number of Children 5

Social Security Number    Religion Catholic

Distinguishing Marks Tattoo on shoulder, Tattoo of Rose Left Bicep

Occupation Business Owner

Present Location 9384 E Via Del Sol Dr; Scottsdale, AZ 85255-5071

Dates and Places of Previous Hospitalization UPC Maricopa County, Integrated Health (Dec2018/Jan2019)

How Long in Arizona 40+years    State Last From Michigan

Veteran YES    C-No. UNK    Education Some College

MII-104 (Form B)

NAME ADDRESS AND TELEPHONE NUMBER OF:

1)   Guardian        No

2)   Spouse          No

3)   Next of Kin     Staci Otteman    (602) 315-7097

4)   Significant Other Persons     Alia Samady Houser (Domestic Partner) (480) 797-1007

July 15, 2021                                                           825
DATE                                                    Applicant Signature

Printed or Typed name of Applicant     Timothy Koerner  Badge 875

Relationship to Proposed Patient     Police Detective

Applicant's Address     3700 North 75th Street, Scottsdale, AZ 85257

Applicant's Telephone     (480) 312-5000

SUBSCRIBED AND SWORN to before me this _____15_____ day of ___July___  2021
                                              day              month       year

                                              Eric _____
                                              Notary Public

My Commission Expires:

_____8/26/2024_____



ERIC SCHERWINSKI
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 588552
Expires August 26, 2024

ADHS/BHS Form MII-104                                    Revised August 2012

## WITNESS INFORMATION FORM

PROPOSED PATIENT: Mark Christopher Houser

WITNESSES DATA:

1. NAME: Alia Samady Houser    AGENCY: [blank]    EMAIL: aliahouser47@gmail.com

   ADDRESS: 9384 E Via Del Sol Drive

   CITY: Scottsdale    ST: AZ    ZIP CODE: 85255-5071

   HOME NO.: [blank]    WORK NO.: (480) 278-8380    CELL NO.: (480) 797-1007    FAX NO.: [blank]

   RELATIONSHIP TO PROPOSED PATIENT
   IF WORKING FOR AN AGENCY,
   SUPERVISOR'S NAME AND PHONE NO.: Domestic Partner

   ANTICIPATED TESTIMONY: DTO/PAD. Subj escalating, paranoia, fearful for personal safety when alone w/ subj.

   RE: [✔] DTS    [✔] DTO    [✔] PAD    [ ] GD

2. NAME: Peter Michael Badge 1361    AGENCY: Scottsdale PD    EMAIL: PMichael@scottsdaleaz.gov

   ADDRESS: 8401 East Indian School Road

   CITY: Scottsdale    ST: AZ    ZIP CODE: 85251

   HOME NO.: [blank]    WORK NO.: (480) 312-1915    CELL NO.: [blank]    FAX NO.: [blank]

   RELATIONSHIP TO PROPOSED PATIENT
   IF WORKING FOR AN AGENCY,
   SUPERVISOR'S NAME AND PHONE NO.: Police Sergeant, Internal Affairs Unit

   ANTICIPATED TESTIMONY: PAD. Subj delusional, paranoia, refuses voluntary evaluation.

   RE: [✔] DTS    [✔] DTO    [✔] PAD    [ ] GD

3. NAME: Roger Geisler    AGENCY: AZ Attorney Generals Office    EMAIL: roger.geisler@azag.gov

   ADDRESS: 2005 North Central Avenue

   CITY: Phoenix    ST: AZ    ZIP CODE: 85004

   HOME NO.: [blank]    WORK NO.: (602) 542-5835    CELL NO.: [blank]    FAX NO.: [blank]

   RELATIONSHIP TO PROPOSED PATIENT
   IF WORKING FOR AN AGENCY,
   SUPERVISOR'S NAME AND PHONE NO.: Investigator, Arizona Attorney Generals Office
   Unknown

   ANTICIPATED TESTIMONY: DTO/PAD. Concerned to point of alerting Office Security of "progression of anger."

   RE: [✔] DTS    [✔] DTO    [✔] PAD    [ ] GD

*This form to be completed and attached to Application for Emergency Admission in lieu of "Form C".*
*For Maricopa Medical Center Psychiatric Annex, and Desert Vista in-house use only.*

Revised August 2012

CONNECTIONS**AZ**

## ConnectionsAZ, Inc. Police Pick Up Order

I, _Courtney Arevalo PA-V_ pursuant to ARS 36-525 subsection A, direct that
(admitting officer (print))

_Scottsdale PD_ , shall apprehend and
(law enforcement agency)

transport _Mark Christopher Houser_ to ConnectionsAZ, Inc. (UPC)
(proposed patient)

**Urgent Psychiatric Care  1201 S. 7th Ave., Suite 150B, Phoenix, AZ** for an emergency mental health evaluation.

**Reason for Petition:**
DTO ☑
DTS ☑
PAD ☑

**Type of Petition:**
Emergent – New ☑
Emergent – Amendment ☐
Non-Emergent – New ☐
Non-Emergent – Amendment ☐

**Weapons Involved?**
Yes ☐
No ☑
_Unk_ ☑

**If yes, Type of Weapons:**
Gun ☐
Knife ☐
Other ☐ Specify _____
Unknown ☑

**Current Access to Weapons?**
Yes ☐
No ☐
Unk ☑

**Identifying features:**

| Sex | Age/DOB | Race | Eyes | Hair | Height | Weight |
|------|---------|-------|-------|--------|--------|---------|
| m | 01/28/65 | White | Green | Blonde | 5'11" | 190 lbs |

Identifying Marks (e.g. scars/tattoos): _None Met_

Last known whereabouts: _9384 E Via Del Sol Dr._
_Scottsdale, AZ 85255_

Additional Information (e.g. physical limitations, threatened violence, fear of law enforcement, other people living in the household, pets): _____

_[signature]_                                      _1550_          _7/15/21_
Signature Admitting Officer (psychiatrist ARS 36-501.1)     Time          Date

To verify this transmittal or for further information call (602) 416-7600 or fax (602) 253-5120

Please read entire petition for relevant information

ConnectionsAZ, Inc.
10/2015



Scottsdale Police Department
Via Linda District

9065 E. Via Linda
Scottsdale, AZ 85258

## RADIO AUTHENTICATION FORM

This accompanying records and recordings and explanatory material are from the
City of Scottsdale Public Safety Answering Point Communications facility.

This form authenticates ___0___ Radio recording(s) of requested material.

This form authenticates ___8___ page(s).

These documents and recordings pertain to:

| | |
|---|---|
| Court Case Number: | NA |
| Departmental Report Number: | 21-09849 |
| Date of call/event: | 05/20/21 |
| Time of call/event: | 00:32:46 |
| Caller's Name: | NA |
| Call's Location Address: | 9384 E VIA DEL SOL |
| Originating Telephone Number | (480) 797-1007 |
| Dispatch Time: | 00:35:13 |
| Arrival Time: | 00:45:15 |

Signed this ___24___ day of ___September___ 2022

_WENDY HUNDLEY B1245_
Custodian of Communications Records

Per A.R.S. § 13-3989.02 Admissiblity;radio traffic records and recordings;definition



Scottsdale Police Department
Via Linda District

9065 E. Via Linda
Scottsdale, AZ 85258

## RADIO AUTHENTICATION FORM

This accompanying records and recordings  and explanatory material are from the
City of Scottsdale Public Safety  Answering Point Communications facility.

This form authenticates _____0_____ Radio recording(s) of requested material.

This form authenticates _____6_____ page(s).

These documents and recordings pertain to:

| | |
|---|---|
| Court Case Number: | NA |
| Departmental Report Number: | 21-09121 |
| Date of call/event: | 05/09/21 |
| Time of call/event: | 17:16:05 |
| Caller's Name: | HOUSER , ALIYAH |
| Call's Location Address: | 9384 E VIA DEL SOL |
| Originating Telephone Number | (480) 797-1007 |
| Dispatch Time: | 17:17:21 |
| Arrival Time: | 17:24:48 |

Signed this ____23____ day of _____September_____ 2022

_____
WENDY HUNDLEY B1245
Custodian of Communications Records

Per A.R.S. § 13-3989.02 Admissiblity;radio traffic records and recordings;definition



**Scottsdale Police Department**
**Via Linda District**

9065 E. Via Linda
Scottsdale, AZ 85258

PHONE   480-312-5000
FAX        480-312-8165

September 23, 2022

**DR**         **21-09121**
**CFS Date**  **05/09/2021**

To whom it may concern,

We regret that we are unable to provide the tapes you requested as, in accordance with Scottsdale Police Operational Guidelines, the original recordings radio communications were destroyed after the one-year retention period.

If I can be of further assistance, please feel free to contact me at (480) 312-5000.

Sincerely,

Wendy Hundley B1245
Scottsdale Police Communications
Custodian of Records



**Scottsdale Police Department**
**Via Linda District**

9065 E. Via Linda
Scottsdale, AZ 85258

PHONE   480-312-5000
FAX       480-312-8165

September 23, 2022

**CFS**        **E0507210668**
**CFS Date**   **05/07/2021**

To whom it may concern,

We regret that we are unable to provide the tapes you requested as, in accordance with Scottsdale Police Operational Guidelines, the original recordings of the 9-1-1 and/or radio communications were destroyed after the one-year retention period.

If I can be of further assistance, please feel free to contact me at (480) 312-5000.

Sincerely,

Wendy Hundley B1245
Scottsdale Police Communications
Custodian of Records



**Scottsdale Police Department**
**Via Linda District**

9065 E. Via Linda
Scottsdale, AZ 85258

PHONE   480-312-5000
FAX      480-312-8165

September 23, 2022

**CFS**      **0520210015**
**CFS Date**  **05/20/2021**

To whom it may concern,

We regret that we are unable to provide the tapes you requested as, in accordance with Scottsdale Police Operational Guidelines, the original recordings of the 9-1-1 and/or radio communications were destroyed after the one-year retention period.

If I can be of further assistance, please feel free to contact me at (480) 312-5000.

Sincerely,

Wendy Hundley B1245
Scottsdale Police Communications
Custodian of Records



**Scottsdale Police Department**
**Via Linda District**

9065 E. Via Linda
Scottsdale, AZ 85258

PHONE   480-312-5000
FAX      480-312-8165

September 24, 2022

**DR**          **21-09849**
**CFS Date**   **05/20/2021**

To whom it may concern,

We regret that we are unable to provide the tapes you requested as, in accordance with
Scottsdale Police Operational Guidelines, the original recordings for 911/ Admin and radio
communications were destroyed after the one-year retention period.

If I can be of further assistance, please feel free to contact me at (480) 312-5000.

Sincerely,

Wendy Hundley B1245
Scottsdale Police Communications
Custodian of Records



Scottsdale Police Department
Via Linda District

9065 E. Via Linda
Scottsdale, AZ 85258

## PHONE / RADIO AUTHENTICATION FORM

This accompanying records and recordings  and explanatory material are from the
City of Scottsdale Public Safety  Answering Point Communications facility.

This form authenticates _____0_____ Phone / Radio recording(s) of requested material.
This form authenticates _____2_____ page(s).

These documents and recordings pertain to:

| | |
|---|---|
| Court Case Number: | NA |
| Departmental Report Number: | E0520210015 |
| Date of call/event: | 05/20/21 |
| Time of call/event: | 00:38:29 |
| Caller's Name: | CBI |
| Call's Location Address: | 9384 E VIA DEL SOL |
| Originating Telephone Number | (480) 507-3186 |
| Dispatch Time: | 08:27:26 |
| Arrival Time: | 08:27:30 |

Signed this _____23_____ day of _____September_____ 2022

WENDY HUNDLEY B1245
Custodian of Communications Records

Per A.R.S. § 13-3989.02 Admissiblity;radio traffic records and recordings;definition



Scottsdale Police Department
Via Linda District

9065 E. Via Linda
Scottsdale, AZ 85258

## PHONE / RADIO AUTHENTICATION FORM

This accompanying records and recordings  and explanatory material are from the
City of Scottsdale Public Safety  Answering Point Communications facility.

This form authenticates ____0____ Phone / Radio recording(s) of requested material.

This form authenticates ____1____ page(s).

These documents and recordings pertain to:

| | |
|---|---|
| Court Case Number: | NA |
| Departmental Report Number: | E0507210668 |
| Date of call/event: | 05/07/21 |
| Time of call/event: | 22:31:43 |
| Caller's Name: | NA |
| Call's Location Address: | 15355 N NORTHSIGHT BL |
| Originating Telephone Number | NA |
| Dispatch Time: | 22:31:43 |
| Arrival Time: | 22:31:44 |

Signed this ____23____ day of _____ September ____ 2022

_____
WENDY HUNDLEY B1245
Custodian of Communications Records

Per A.R.S. § 13-3989.02 Admissiblity;radio traffic records and recordings;definition

**JOHN V. SCIALLI, M.D., D.F.A.A.C.A.P., D.L.F.A.P.A.**
**BOARD CERTIFIED – ADULT PSYCHIATRY**
**CHILD & ADOLESCENT PSYCHIATRY**

May 10, 2021

Valley Hospital - Phoenix
3660 E Pinchot Phoenix,
Arizona 85018

Re: HOUSER, Mark

DOB: 01/28/1965

Dear Colleagues:

I have been attending Mr. Mark Houser on an outpatient basis since 04/11/2019. He had just been discharged from ConnectionsAZ where the diagnosis was Psychosis due to amphetamine toxicity. However his labs showed no amphetamines on board. He was discharged on Zyprexa and told to stop this right away which he did. He has been treated for ADHD with Adderall for decades so I continued it at 15 mg bid. I saw him in therapy and medication management weekly than less frequently. When we started he was not delusional although a delusional disorder was a consideration. I ruled that out. Although his wife believes him Bipolar he has never appeared hypomanic. His wife has written me that his medication (Adderall and m) are making him psychotic. However his last fill of #56 Adderall was on February 27, 2021 and he has no other prescriptions available. We last met May 10, 2021 and before then April 6, 2021 when he was not delusional. His wife had been determined that he was so she called the police. They suggested a MH evaluation. He has made no threats. I suggested to better quell his wife's upset that he be evaluated by you.

Please contact me with any questions or concerns.

Sincerely,

John V. Scialli, M.D.

JVS/mtf

FAX NUMBER 602-224-5304 • johnscialli@gmail.com • scialli@scialli.com
INDIVIDUAL, COUPLE, FAMILY THERAPY • CONSULTATION 4848 E. Cactus Rd., Ste. 700
PHOENIX, ARIZONA 85018 3344 • 602-224-9888