United States District Court
District of Arizona

Mark Houser,
Plaintiff, Pro Se

vs

Detective Koermer; Sr
Defendants

Case No. CV-23-01394-PHX-SMB

Certificate of Service

I hereby certify that on March 17, 2025 I manually submitted the foregoing 3 motions/document to the Clerks office for submitting to the following recipients

Lgomezgray@ScottsdaleAz.gov, Legal@ScottsdaleAz Defendants

Swoods@millsandwoods.com