**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants Koerner and Williamson

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual;<br>Sergeant Williamson, an individual<br><br>Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**CITY DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION TO ATTORNEY SEAN WOODS' MOTION TO WITHDRAW & MOTIONS FOR DISCOVERY SANCTIONS, SPOLIATION, TITLE 36 VIOLATIONS, AND LEAVE TO AMEND (Doc. 55).** |

Defendants Detective Timothy Koerner and Sergeant Williamson ("City Defendants") submit their response to Plaintiff's Objection to Attorney Sean Woods' Motion to Withdraw & Motions for Discovery Sanctions, Spoliation, Title 36 Violations, and Leave to Amend (Doc. 55) filed on March 17, 2025.

<u>Withdrawal of Plaintiff's counsel.</u>  The City Defendants filed a notice of non-opposition to the withdrawal of Sean Woods and his firm from this matter. *See* Doc. 54. The Court has yet to rule on the Motion to Withdraw (Doc. 50). For that reason, this Court has discretion to deny Plaintiff's motion in its entirety as he is still represented by counsel. *See* Local Rule ("LR") 83.3(c)(2).

<u>Discovery Sanctions and Motion to Compel.</u>  Plaintiff's motion makes repeated requests for discovery sanctions against the City Defendants and to compel production of documents. At

17854794                                                1

the time of filing his motion, Plaintiff has not served any discovery on City Defendants.[1] In addition, Plaintiff has not engaged in the mandatory meet-and-confer process as required under the Federal Rules of Civil Procedure, the Local Rules of this Court or the Court's Scheduling Order. *See* FRCP 37, LR 7.2(j); Doc. 44. Plaintiff's motion also does not comply with the requirements set forth in LR 37.1 for a Motion to Compel. As such, Plaintiff's motion should be denied as premature.

Purported violations of Title 36 and 42. It is unclear exactly what Plaintiff is requesting from the Court or the City Defendants. This case is in the early stages of litigation. The parties have just exchanged initial disclosure statements. The veracity of Plaintiff's claims should be determined at summary judgment and not based on a one-sentence motion.

Leave to Amend. Plaintiff's request is unnecessary. The Court extended the deadline for amending the pleadings until June 12, 2025. *See* Doc. 53. Plaintiff is not entitled to an open extension to amend his complaint.[2]

Motion to Strike Plaintiff's 2018 and 2019 records. Plaintiff's Motion fails to comply with LR 7.2(m) and should be denied. Furthermore, the records are relevant and comply with Rule 26(a)(1), FRCP because they are documents the City Defendants "may use to support [their] … defenses."  Plaintiff has a history of mental illness. The 2018 and 2019 records relate to that mental health history and his prior involvement with police departments.  Furthermore, whether the evidence should be presented to the jury is simply not ripe for determination at this early stage of the litigation.

Forensic review. Plaintiff can hire any experts he wants at his expense, including a forensic expert to review the documents in this case. His deadline for disclosure of expert witnesses is October 9, 2025.  Plaintiff cites to no law or rule that requires the Court to order a separate forensic review at the City's cost.  Plaintiff's request should be denied.

---

[1] On March 28, 2025, Plaintiff emailed what appears to be a request for production on the City Defendants. City Defendants' responses to that discovery are not due until April 28, 2025.
[2] This Court previously dismissed Plaintiff's *Monell* claim for failure to state a claim. *See* Doc. 32.

17854794                                                    2

DATED this 31st day of March, 2025.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By: *s/ Lindsey Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service as follows:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

I hereby certify that on this 31st day of March, 2025, I electronically transmitted the attached document to parties who are not using the CM/ECF System as follows:

Mark Houser
mhouser@gcbscorp.com
*Pro Se Plaintiff*

By: *s/ Brittany Leonard*
Scottsdale City Attorney's Office

17854794

3