**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants Koerner and Williamson

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>             Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual;<br>Sergeant Williamson, an individual<br><br>             Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**CITY DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND MOTION FOR SANCTIONS AND SPOLIATION (Doc. 56).** |

Defendants Detective Timothy Koerner and Sergeant Williamson ("City Defendants") submit their response to Plaintiff's Second Motion for Sanctions and Spoliation (Doc. 56) filed on March 17, 2025.

As an initial matter, this Court has discretion to deny Plaintiff's motion as he is still represented by counsel. *See* Local Rule ("LR") 83.3(c)(2). To the extent the Court considers Plaintiff's motion, it should be denied for several reasons. First, at the time of filing his motion, Plaintiff has not served any discovery on City Defendants.[1] Second, Plaintiff does not cite to any rule allowing for the sanctions he is seeking. To the extent Plaintiff is seeking sanctions under FRCP 37, his motion is procedurally improper as he has not meet-and-confer requirements. *See* FRCP 37, L.R. 37.1.

---

[1] On March 28, 2025, Plaintiff emailed what appears to be a request for production on the City Defendants. City Defendants' responses to that discovery are not due until April 28, 2025.

17854842                                   1

But even if Court considers Plaintiff's motion, it is unwarranted and premature as the case is in its early stages of litigation. Spoliation sanctions require a more complete factual record – including, among other things, whether the City even had a duty to preserve specific evidence and what prejudice, if any, would be suffered by Plaintiff. *See, e.g.*, *Fast v. GoDaddy.com LLC*, 340 F.R.D. 326, 334 (D. Ariz. 2022) ("Spoliation arises from the failure to preserve relevant evidence once a duty to preserve has been triggered"); *Taylor v. AFS Techs., Inc.*, No. CV-09-2567-PHX-DGC, 2010 WL 3283570, at *1 (D. Ariz. Aug. 18, 2010) (denying request for spoliation sanctions, where like here, discovery in the case is not completed).

Finally, the Scottsdale Police Department, a non-jural entity, is not a party to this lawsuit nor are any of the officers listed in the motion. As such, this motion has no bearing on the legal claims or parties before this Court. Plaintiff's motion should be denied in its entirety.

DATED this 31st day of March, 2025.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By:   *s/ Lindsey Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for Defendants

17854842                                                          2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service as follows:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

I hereby certify that on this 31st day of March, 2025, I electronically transmitted the attached document to parties who are not using the CM/ECF System as follows:

Mark Houser
mhouser@gcbscorp.com
*Pro Se Plaintiff*

By:  *s/ Brittany Leonard*
        Scottsdale City Attorney's Office

17854842

3