**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants Koerner and Williamson

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>      Plaintiff,<br><br>vs.<br><br>Detective Timothy Koerner, an individual; Sergeant Williamson, an individual<br><br>      Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**CITY DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL COURT REVIEW OF OFFICER TUCKER'S BODY-WORN CAMERA FOOTAGE (Doc. 58).** |

      Defendants Detective Timothy Koerner and Sergeant Williamson ("City Defendants") submit their response in opposition to Plaintiff's Motion to Compel Court Review of Officer Tucker's Body-Worn Camera Footage (Doc. 58) filed on March 17, 2025.

      As an initial matter, this Court has discretion to deny Plaintiff's motion as he is still represented by counsel. *See* Local Rule ("LR") 83.3(c)(2). To the extent the Court considers Plaintiff's motion, it is procedurally improper. At the time of filing his motion, Plaintiff has not served any discovery on City Defendants.[1] In addition, Plaintiff has not engaged in the mandatory meet-and-confer process as required under the Federal Rules of Civil Procedure, the Local Rules of this Court or the Court's Scheduling Order. *See* FRCP 37, LR 7.2(j); Doc. 44. Plaintiff's motion also does not comply with the requirements set forth in LR 37.1 for a Motion to Compel.

---

[1] On March 28, 2025, Plaintiff emailed what appears to be a request for production on the City Defendants. City Defendants' responses to that discovery are not due until April 28, 2025.

17854851                              1

Finally, Plaintiff's request that this Court review footage and make admissibility and credibility determinations at the initial stages of litigation is improper. It is also unclear what statements the City Defendants have made in a Court filing that Plaintiff is challenging. Accordingly, Plaintiff's motion should be denied in its entirety.

DATED this 31st day of March, 2025.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By: *s/ Lindsey Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service as follows:

> Robert T. Mills
> Sean A. Woods
> MILLS + WOODS LAW PLLC
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> rmills@millsandwoods.com
> swoods@millsandwoods.com
> docket@millsandwoods.com
> *Attorneys for Plaintiff*

I hereby certify that on this 31st day of March, 2025, I electronically transmitted the attached document to parties who are not using the CM/ECF System as follows:

> Mark Houser
> mhouser@gcbscorp.com
> *Pro Se Plaintiff*

By: _*s/ Brittany Leonard*_
Scottsdale City Attorney's Office

17854851

3