Mark Houser
9384 E Via Del Sol Drive(?)
Scottsdale Az 85255
602-799-3161

X FILED ___ LODGED
___ RECEIVED ___ COPY
APR 0 3 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Mark Houser, Plaintiff (Pro Se)

v.

Detective Timothy Koerner, et al., Defendants

Case No. 2:23-cv-01394-SMB-ESW

---

**PLAINTIFF'S CONSOLIDATED SUBMISSION IN SUPPORT OF SECOND MOTION FOR SANCTIONS AND SPOLIATION (DOC. 56)**

**TO THE HONORABLE COURT:**

Plaintiff Mark Houser respectfully submits the following consolidated materials in support of Doc. 56, Plaintiff's Second Motion for Sanctions and Spoliation. This filing includes additional clarification, factual corroboration, and supporting exhibits in response to the City Defendants' opposition (Doc. 60).

This submission confirms the seriousness and accuracy of Plaintiff's original motion, which alleges misconduct, fabrication, suppression of exculpatory evidence, and ongoing violations of discovery and constitutional obligations.

1

## INCLUDED MATERIALS

**1. Plaintiff's Reply to Defendants' Response to Motion for Sanctions and Spoliation (Doc. 60.3)**

Clarifies that the motion is not brought under Rule 37, but under the Court's inherent authority. Reiterates the City's failure to rebut material facts, including:

- Bodycam blackout and misrepresentation
- Campos' presence and statements
- Misclassification of firearm
- Fabrication of domestic violence narrative
- Pre-coordinated efforts shown through emails and timeline

**2. Declaration of Mark Houser**

Sworn testimony establishing:

- SPD's presence at Plaintiff's residence on May 20, 2021
- Notice to Plaintiff's former attorney of missing reports
- SPD's failure to produce or preserve requested documents
- Chain of communications from May through July 2021

### 3. Exhibit A – November 2, 2022 Meet-and-Confer Letter (HOUSER_000041–000045)

A formal letter from the City to Plaintiff's former counsel, admitting that Defendants had already reviewed:

- 911 calls
- Internal Affairs audio interview
- On-Body Camera (OBC) footage

This undermines Defendants' current claim that Plaintiff's spoliation motion is premature or speculative.

### 4. Exhibit B – June 25, 2021 Email Chain with Counsel and Paralegal

Confirmation that requested police reports and records were never produced, despite early notice and repeated follow-ups.

### RELIEF REQUESTED

Plaintiff respectfully reiterates the request that the Court:

1. **Grant an evidentiary hearing** regarding Officer Tucker's bodycam footage and the facts surrounding its suppression.

2. **Authorize a forensic review** of SPD's bodycam data, AVL, and other suppressed materials.
3. **Impose sanctions** as appropriate based on the City's knowledge, omissions, and failure to preserve evidence.
4. **Refer Officers Tucker and Campos for independent investigation** based on their roles in the documented misconduct.

Plaintiff reaffirms that these requests are made in the interest of justice, transparency, and the preservation of constitutional integrity in these proceedings.

Respectfully submitted,

/s/ Mark Houser

Mark Houser (Pro Se)

mhouser@gcbscorp.com

9384 East Via Del Sol Drive

Scottsdale, AZ 85255

(602) 799-3161