Mark Houser
9384 E Via Del Sol Drive
Scottsdale Az 85255
602 799-3161

LODGED
_____ RECEIVED _____ COPY

APR 0 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

**Mark Houser**, Plaintiff (Pro Se)

**v.**

**Detective Timothy Koerner, et al.,** Defendants

**Case No. 2:23-cv-01394-SMB-ESW**

---

## PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION TO COMPEL COURT REVIEW OF OFFICER TUCKER'S BODY-WORN CAMERA FOOTAGE (Doc. 61)

## TO THE HONORABLE COURT:

Plaintiff Mark Houser submits this reply in response to Defendants' filing (Doc. 61) opposing Plaintiff's Motion to Compel Court Review of Officer Tucker's Body-Worn Camera (BWC) Footage (Doc. 58).

---

## I. THIS IS NOT A DISCOVERY MOTION

Plaintiff's motion does not seek production, nor compel the City to turn over any materials. The footage in question has already been disclosed. Plaintiff seeks only an **in-camera review by the Court** under **FRCP 37(a)(3)(B)(iv)** and the Court's **inherent authority** to assess whether this footage:

- Contradicts SPD's official narrative;
- Fills critical gaps regarding fabrication of probable cause;
- Supports the pending sanctions and spoliation motions.

Meet-and-confer certification under Local Rule 37.1 does not apply. The City's attempt to frame this as a procedural failure mischaracterizes the request.

---

## II. DEFENDANTS DO NOT DENY THE EXISTENCE OR CONTENT OF THE FOOTAGE

Defendants' response is notable for what it **does not say**:

- They do **not dispute** that Officer Tucker's May 9 BWC footage exists.
- They do **not deny** Plaintiff's claim that this footage includes:
  - Misclassification of the firearm;
  - Leading and scripted questions posed to Alia;
  - A narrative that contradicts SPD's own reports;

       ○   A documented 5-minute blackout window.

This silence speaks volumes. The City had the opportunity to clarify or dispute Plaintiff's characterizations—and declined.

---

## III. COURT REVIEW IS APPROPRIATE UNDER RULE 37(a)(3)(B)(iv)

Federal Rule of Civil Procedure 37(a)(3)(B)(iv) permits a party to move to compel the **review of specific evidence** when it is **material to pending motions**. That is precisely the request here.

The Court's in-camera review would not determine admissibility, but would:

- Illuminate factual inconsistencies;
- Allow fair assessment of pending spoliation and sanctions motions;
- Preserve the integrity of the record without prejudging the outcome.

This is **well within the Court's discretion** and does not require completion of discovery.

---

## IV. CITY CONTINUES TO AVOID THE MERITS

Instead of addressing Plaintiff's allegations:

- The City reverts to the procedural claim that Plaintiff "was still represented."

- The City repeats its refrain that discovery had not been served—ignoring that the footage is already in the record.

- The City states vaguely that it is "unclear what statements" are being challenged—despite Plaintiff citing:

    - Misrepresentation of Alia's statements;

    - Contradictions in the firearm narrative;

    - SPD's reliance on those mischaracterizations to justify an unlawful petition.

This evasiveness further validates Plaintiff's concern: **Defendants know the footage is damning.**

---

## V. CONCLUSION

Plaintiff respectfully requests that the Court:

1. **Conduct an in-camera review** of Officer Tucker's May 9, 2021 body-worn camera footage;

2. **Consider the footage** when evaluating the pending motions for sanctions, spoliation, and discovery violations;

3. **Issue findings**, as appropriate, regarding whether the footage conflicts with Defendants' past representations.

This request is not premature—it is essential. The footage exists, has been cited specifically, and is central to the integrity of this case.

Respectfully submitted,

/s/ Mark Houser

Mark Houser (Pro Se)

mhouser@gcbscorp.com

9384 East Via Del Sol Drive

Scottsdale, AZ 85255

(602) 799-3161

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Case No. 2:23-cv-01394-SMB-ESW

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically transmitted the foregoing document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lori S. Davis
lodavis@scottsdaleaz.gov

Lindsey M. Gomez-Gray
LGomezGray@scottsdaleaz.gov

Scottsdale City Attorney's Office
legal@scottsdaleaz.gov
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorneys for Defendants

Documents Served:
- Plaintiff's Reply to Doc. 59
- Plaintiff's Consolidated Reply to Doc. 60 (with Declaration and Exhibits A–B)
- Plaintiff's Reply to Doc. 61

/s/ Mark Houser
Mark Houser (Pro Se)
mhouser@gcbscorp.com
9384 East Via Del Sol Drive
Scottsdale, AZ 85255
(602) 799-3161