1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9    Mark Houser,                                    No. CV-23-01394-PHX-SMB (ESW)

10              Plaintiff,                            **ORDER**

11    v.

12    City of Scottsdale, et al.,

13              Defendants.

14

15

16         Pending before the Court is the "Motion for Leave to Withdraw without Client

17    Consent" (Doc. 50) filed by Plaintiff's counsel, Sean A. Woods and Robert T. Mills of

18    Mills + Woods Law, PLLC.  In his filing at Doc. 55 at 2, Plaintiff states that he "objects to

19    his attorney's withdrawal unless all outstanding legal obligations are fulfilled."

20         Under Local Rule of Civil Procedure ("LRCiv") 83.3(b), an attorney may withdraw

21    with court approval when the client does not consent, provided the attorney notifies the

22    client in writing of the status of the case or certifies to the Court that the client cannot be

23    located.  Counsel's Motion (Doc. 50) certifies that counsel has notified Plaintiff in writing

24    of the status of the case.  Plaintiff has not provided a specific, compelling reason to deny

25    the Motion (Doc. 50).  The Court notes that no trial is pending, and pretrial deadlines were

26    extended on March 13, 2025.  (Doc. 53.)  The Court will grant the Motion to Withdraw

27    (Doc. 50).

28         The Court has also reviewed the submissions (Docs. 56, 58, 62-65) filed by Plaintiff

1  pro se while Plaintiff was still represented by counsel.  Pursuant to LRCiv 83.3(c)(2), a
2  party represented by counsel is prohibited from filing documents or otherwise appearing
3  on his own behalf.  The Court will strike the filings (Docs. 56, 58, 62-65) without prejudice
4  to refiling them once Plaintiff is officially proceeding pro se.  The Court notes that pro se
5  litigants must follow the same rules of procedure that govern other litigants.  *See, e.g.*,
6  *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) ("Although we construe pleadings
7  liberally in their favor, pro se litigants are bound by the rules of procedure."); *Carter v.
8  Comm'r*, 784 F.2d 1006, 1008 (9th Cir. 1986) (explaining that a pro se litigant must "abide
9  by the rules of the court in which he litigates").

10         Accordingly,

11         **IT IS ORDERED** granting the "Motion for Leave to Withdraw without Client
12  Consent" (Doc. 50) filed by Plaintiff's counsel, Sean A. Woods and Robert T. Mills of
13  Mills + Woods Law, PLLC.  Sean A. Woods and Robert T. Mills of Mills + Woods Law,
14  PLLC are withdrawn as counsel of record for Plaintiff.  The Clerk of Court is directed to
15  update the docket to reflect that Plaintiff is proceeding pro se and that all further filings in
16  this matter shall be directed to the following address:

17                              Mark Houser

18                      9015 E Pima Center Parkway #2,

19                          Scottsdale, AZ 85258

20         **IT IS FURTHER ORDERED** denying Plaintiff's Objection (Doc. 55).

21         **IT IS FURTHER ORDERED** striking Plaintiff's "Second Motion for Sanctions
22  and Spoliation" (Doc. 56), Motion to Compel (Doc. 58), "Consolidated Submission in
23  Support of Second Motion for Sanctions and Spoliation (Doc. 56)" (Doc. 62), and Replies
24  (Docs. 63-65).

25         Dated this 8th day of April, 2025.

26

27                                                    Eileen S. Willett
28                                              United States Magistrate Judge