**SCOTTSDALE CITY ATTORNEY'S OFFICE**
Lori S. Davis (SBN: 027875)
Lindsey M. Gomez-Gray (SBN: 027416)
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
(480) 312-2405 (T)
legal@scottsdaleaz.gov

Attorneys for Defendants Detective Koerner and
Sergeant Williamson

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual; | Case No.: 2:23-cv-01394-SMB-ESW |
| Plaintiff, | **CITY DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT (Doc. No. 80)** |
| vs. | |
| City of Scottsdale, et. al., | |
| Defendants. | |

Pursuant to LR 7.2 (m)(1), Defendants Detective Koerner and Sergeant Williamson (collectively, "City Defendants") move this Court to strike Plaintiff's Amended Complaint (Doc. No. 80) as it is not authorized under Rule 15, Fed. R. Civ. P or LRCiv 15.1.

Rule 15(a), Fed. R. Civ. P, which governs amending pleadings before trial, states, in relevant part:

(a) **Amendments Before Trial.**

(1) *Amending as a Matter of Course*. A party may amend its pleading once as a matter of course within:

(A) 21 days after serving it, or
(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

(2) *Other Amendments*. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.3

20110975.1                                          1

The deadline to amend the Complaint as a matter of course expired no later than October 21, 2024, 21 days after Plaintiff served his First Amended Complaint (Doc. No. 37). Plaintiff filed his Second Amended Complaint on June 12, 2025 (Doc. 80) – 236 days later. As such, Plaintiff was required to obtain either (1) the City Defendants' consent to amend the complaint or (2) seek leave with this Court. *See* Fed.R.Civ.P. 15(a)(2). Plaintiff did neither. For these reasons, the City Defendants respectfully move this Court to strike Plaintiff's Second Amended Complaint (Doc. No. 80).

RESPECTFULLY SUBMITTED this 17th day of June, 2025.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By: *s/ Lindsey Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Senior Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for City Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service to Plaintiff's counsel as follows:

Mark Houser
9015 E. Pima Center Parkway
Scottsdale, AZ 85258
mhouser@gcbscorp.com
*Pro Per Plaintiff*

By: *s/ Tiffany Hart*
Scottsdale City Attorney's Office