IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser,<br><br>          Plaintiff,<br><br>v.<br><br>City of Scottsdale, et al.,<br><br>          Defendants. | No. CV-23-01394-PHX-SMB (ESW)<br><br>**ORDER** |

Pending before the Court is the City Defendants' "Motion to Strike Plaintiff's Second Amended Complaint (Doc. No. 80)" (Doc. 81). No response has been filed and the time to do so has passed. *See* LRCiv 7.2(i). The City Defendants correctly assert that Plaintiff improperly filed the Second Amended Complaint (Doc. 80) without filing an accompanying motion seeking leave to amend the First Amended Complaint. *See* Fed. R. Civ. P. 15(a)(2). Accordingly,

**IT IS ORDERED** granting the City Defendants' "Motion to Strike Plaintiff's Second Amended Complaint (Doc. No. 80)" (Doc. 81). The Clerk of Court is directed to strike Plaintiff's Second Amended Complaint (Doc. 80).

**IT IS FURTHER ORDERED** withdrawing the City Defendants' "Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 80)" (Doc. 82)[1] and vacating the

---

[1] The City Defendants acknowledge the pending Motion to Strike (Doc. 81) and explain that they filed the Motion to Dismiss (Doc. 82) out of an abundance of caution. (Doc. 82 at 1 n.1.)

1 | Court's July 1, 2025 Order (Doc. 83) setting a response deadline to the Motion to Dismiss
2 | (Doc. 82).

Dated this 10th day of July, 2025.

_____
Eileen S. Willett
United States Magistrate Judge