DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 1 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Mark Houser, Plaintiff

v.

City of Scottsdale, et al., Defendants

Case No. 2:23-cv-01394-PHX-SMB (ESW)

PLAINTIFF'S MOTION FOR RECONSIDERATION

OF ORDER STRIKING SECOND AMENDED COMPLAINT (DOC. 84)

AND REQUEST FOR EXPEDITED RULING

Filed with Exhibits A–D

Filed in Person – July 14, 2025

Mark Houser

9015 E. Pima Center Parkway

Scottsdale, AZ 85258

Pro Se Plaintiff

mhouser@gcbscorp.com

(602) 799-3161

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Mark Houser, an individual,            )
                                       )   Case No. 2:23-cv-01394-PHX-SMB (ESW)
       Plaintiff,                      )
                                       )   PLAINTIFF'S MOTION FOR
RECONSIDERATION  OF ORDER STRIKING SECOND AMENDED

v

1

|  |  |
|---|---|
|  | ) COMPLAINT (DOC. 84) |
| City of Scottsdale, et al., | ) |
|  | ) Pursuant to LRCiv 7.2(g) and |
| Defendants. | ) Fed. R. Civ. P. 60(b) |

Plaintiff Mark Houser, pro se, respectfully moves this Court to reconsider its July 10, 2025 Order (Doc. 84), which struck Plaintiff's Second Amended Complaint (Doc. 80). This motion is made pursuant to Local Rule 7.2(g) and Federal Rule of Civil Procedure 60(b) to **correct a clear error of fact and prevent manifest injustice**.

---

### BACKGROUND

2

On March 13, 2025, the Court extended the deadline to amend pleadings to June 12, 2025. See Doc. 53 at 1:19–21. Plaintiff filed the Second Amended Complaint on June 12, 2025, in full compliance with that Order.

On June 17, 2025, Defendants filed a Motion to Strike (Doc. 81), falsely claiming that Plaintiff filed "without leave of court." That motion failed to reference the Court's prior Order granting leave. The Court's July 10, 2025 Order (Doc. 84) adopted that misstatement and struck Plaintiff's operative complaint.

---

### GROUNDS FOR RECONSIDERATION

1. **Clear Error of Fact**

The Court's Order was based on the mistaken belief that Plaintiff lacked leave to amend. In fact, the Court expressly granted leave through June 12, 2025. Plaintiff filed his amended complaint on that date and was therefore in full compliance.

2. **Good-Faith Mistake by Pro Se Litigant**

Plaintiff, newly proceeding pro se, reasonably misunderstood the need to respond to a motion that directly contradicted the docket. This misunderstanding was made in good faith and should not result in dismissal of an authorized and timely pleading.

3. **Manifest Injustice and Due Process Violation**

Striking a properly filed complaint—without adjudication on the merits and based on a demonstrably false assertion—is contrary to due process and the interests of justice. See *Lemoge v. United States*, 587 F.3d 1188, 1198 (9th Cir. 2009) (Rule 60(b)(1) should be liberally applied where a pro se litigant misapprehends procedural rules).

---

### ANTICIPATED COUNTERARGUMENTS AND RESPONSES

- **Failure to respond was a waiver:**

4

Not so. Plaintiff's silence was a good-faith mistake, not a concession. Rule 60(b)(1) allows correction of such errors where the outcome would otherwise result in injustice.

- **Plaintiff needed to seek separate leave under Rule 15(a)(2):**

Incorrect. The Court's March 12 Order expressly granted leave by setting a June 12 amendment deadline. No further motion was required. See *Foman v. Davis*, 371 U.S. 178, 182 (1962).

- **The error was harmless:**

It was not. Plaintiff faces ongoing prejudice and procedural harm from being denied the right to proceed on a timely, court-authorized complaint.

---

### RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. Vacate the July 10, 2025 Order (Doc. 84);

2. Deny Defendants' Motion to Strike (Doc. 81);

3. Reinstate the Second Amended Complaint (Doc. 80) as the operative pleading;

4. Alternatively, grant leave *nunc pro tunc* to file the Second Amended Complaint as of June 12, 2025;

5. Grant such further relief as the Court deems just and proper.

This Motion is submitted with the following supporting exhibits:

Exhibit A – Court Order Granting Leave to Amend (Doc. 53:19-21)

Exhibit B – Defendants' Motion to Strike (Doc. 81)

Exhibit C – July 10, 2025 Order Striking Plaintiff's Second Amended Complaint (Doc. 84)

Exhibit D – First Page of Plaintiff's Second Amended Complaint (Doc. 80, filed June 12, 2025)

---

RESPECTFULLY SUBMITTED this 14 day of July, 2025.

_____

\*\*Mark Houser\*\*

Pro Se Plaintiff

9015 E. Pima Center Parkway

Scottsdale, AZ 85258

mhouser@gcbscorp.com

Mark Houser

9015 E. Pima Center Parkway

Scottsdale, AZ 85258

Pro Se Plaintiff

mhouser@gcbscorp.com

(602) 799-3161

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Mark Houser, an individual,    )

                               ) Case No. 2:23-cv-01394-PHX-SMB (ESW)

   Plaintiff,                  )

                               ) [PROPOSED] ORDER

v.                             ) GRANTING PLAINTIFF'S

MOTION FOR

1

) RECONSIDERATION OF ORDER

STRIKING SECOND AMENDED COMPLAINT

City of Scottsdale, et al.,                    )

                                                     )

      Defendants.                              )

---

The Court, having considered Plaintiff's Motion for Reconsideration of the Court's July 10, 2025 Order (Doc. 84), the record, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration is GRANTED.

IT IS FURTHER ORDERED that the Court's prior Order at Doc. 84 is VACATED.

IT IS FURTHER ORDERED that Defendants' Motion to Strike (Doc. 81) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Second Amended Complaint (Doc. 80) is reinstated as the operative pleading in this case.

IT IS FURTHER ORDERED that, in the alternative, leave is granted nunc pro tunc to file the Second Amended Complaint as of June 12, 2025.

Dated this \_\_\_\_ day of _____, 2025.

_____

Hon. Eileen S. Willett

United States Magistrate Judge

Exhibit A

Case 2:23-cv-01394-SMB-ESW   Document 85   Filed 07/14/25   Page 12 of 19
Case 2:23-cv-01394-SMB-ESW   Document 53   Filed 03/13/25   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser,<br><br>      Plaintiff,<br><br>v.<br><br>City of Scottsdale, et al.,<br><br>      Defendants. | No. CV-23-01394-PHX-SMB (ESW)<br><br>**ORDER** |

    The Court has considered the Plaintiff's Unopposed Motion to Extend Remaining Deadlines (Doc. 51) and Notice of Errata (Doc. 52). Good cause appearing,

    IT IS ORDERED granting the Unopposed Motion to Extend Remaining Deadlines (Doc. 51).

    IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| Last day to join parties, amend pleadings<br>file supplemental pleadings | **June 12, 2025** |
| All discovery | **February 1, 2026** |
| Plaintiff's expert disclosure | **October 9, 2025** |
| Defendant's expert disclosure | **November 16, 2025** |
| Rebuttal expert disclosure | **December 14, 2025** |
| Expert depositions | **January 15, 2026** |
| Dispositive motions | **March 16, 2026** |
| Settlement talks | **April 30, 2026** |

The remainder of the Joint Rule 16 Case Management Order (Doc. 44) is affirmed.

The parties are reminded of the Court's advisal and policy not to extend the dispositive motion deadline beyond the two-year anniversary of the date of commencement of an action (Doc. 44 at 5). The extension granted herein extends the dispositive motion deadline well beyond the two-year anniversary. **No further extensions will be granted absent extraordinary circumstances.**

Dated this 13th day of March, 2025.

_____
Honorable Eileen S. Willett
United States Magistrate Judge

| | |
|---|---|
| **SCOTTSDALE CITY ATTORNEY'S OFFICE**<br>Lori S. Davis (SBN: 027875)<br>Lindsey M. Gomez-Gray (SBN: 027416)<br>3939 North Drinkwater Boulevard<br>Scottsdale, Arizona 85251<br>(480) 312-2405 (T)<br>legal@scottsdaleaz.gov<br><br>Attorneys for Defendants Detective Koerner and Sergeant Williamson | |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>City of Scottsdale, et. al.,<br><br>    Defendants. | Case No.: 2:23-cv-01394-SMB-ESW<br><br>**CITY DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT (Doc. No. 80)** |

    Pursuant to LR 7.2 (m)(1), Defendants Detective Koerner and Sergeant Williamson (collectively, "City Defendants") move this Court to strike Plaintiff's Amended Complaint (Doc. No. 80) as it is not authorized under Rule 15, Fed. R. Civ. P or LRCiv 15.1.

    Rule 15(a), Fed. R. Civ. P, which governs amending pleadings before trial, states, in relevant part:

>  (a) **Amendments Before Trial.**
>
> (1) *Amending as a Matter of Course.* A party may amend its pleading once as a matter of course within:
>
>     (A) 21 days after serving it, or
>     (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.
>
> (2) *Other Amendments.* In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.3

20110975.1

1


Exhibit B

The deadline to amend the Complaint as a matter of course expired no later than October 21, 2024, 21 days after Plaintiff served his First Amended Complaint (Doc. No. 37). Plaintiff filed his Second Amended Complaint on June 12, 2025 (Doc. 80) – 236 days later. As such, Plaintiff was required to obtain either (1) the City Defendants' consent to amend the complaint or (2) seek leave with this Court. *See* Fed.R.Civ.P. 15(a)(2). Plaintiff did neither. For these reasons, the City Defendants respectfully move this Court to strike Plaintiff's Second Amended Complaint (Doc. No. 80).

RESPECTFULLY SUBMITTED this 17th day of June, 2025.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By: *s/ Lindsey Gomez-Gray*
Lori S. Davis, Deputy City Attorney
Lindsey M. Gomez-Gray, Senior Assistant City Attorney
3939 North Drinkwater Boulevard
Scottsdale, Arizona 85251
Attorney for City Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronic service to Plaintiff's counsel as follows:

Mark Houser
9015 E. Pima Center Parkway
Scottsdale, AZ 85258
mhouser@gcbscorp.com
*Pro Per Plaintiff*

By: *s/ Tiffany Hart*
Scottsdale City Attorney's Office

20110975.1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, | No. CV-23-01394-PHX-SMB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Scottsdale, et al., | |
| Defendants. | |

Pending before the Court is the City Defendants' "Motion to Strike Plaintiff's Second Amended Complaint (Doc. No. 80)" (Doc. 81). No response has been filed and the time to do so has passed. *See* LRCiv 7.2(i). The City Defendants correctly assert that Plaintiff improperly filed the Second Amended Complaint (Doc. 80) without filing an accompanying motion seeking leave to amend the First Amended Complaint. *See* Fed. R. Civ. P. 15(a)(2). Accordingly,

**IT IS ORDERED** granting the City Defendants' "Motion to Strike Plaintiff's Second Amended Complaint (Doc. No. 80)" (Doc. 81). The Clerk of Court is directed to strike Plaintiff's Second Amended Complaint (Doc. 80).

**IT IS FURTHER ORDERED** withdrawing the City Defendants' "Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 80)" (Doc. 82)[1] and vacating the

---

[1] The City Defendants acknowledge the pending Motion to Strike (Doc. 81) and explain that they filed the Motion to Dismiss (Doc. 82) out of an abundance of caution. (Doc. 82 at 1 n.1.)

Exhibit C

1  Court's July 1, 2025 Order (Doc. 83) setting a response deadline to the Motion to Dismiss
2  (Doc. 82).
3  Dated this 10th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Exhibit D
Case 2:23-cv-01394-SMB-ESW   Document 85   Filed 07/14/25   Page 18 of 19

Mark Houser

9384 E Via Del Sol Dr

Scottsdale, Arizona 85255-5071

mhouser@gcbscorp.com

602-799-3161

Plaintiff (Pro Se)



UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Mark Houser, Plaintiff,

v.

City of Scottsdale, et al., Defendants.

Case No.: 2:23-CV-01394

AMENDED COMPLAINT

I. PARTIES

   1. Plaintiff:

      Mark Houser is an individual residing at 9384 E Via Del Sol Dr, Scottsdale, Arizona 85255-5071. At all relevant times, Plaintiff was the owner and

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025 I served the foregoing [Reconsideration of order striking the second amended complaint] via email

Lori S. Davis, Esq.

Scottsdale City Attorney's Office

3939 North Drinkwater Boulevard

Scottsdale, AZ 85251

Email: lodavis@scottsdaleaz.gov


Lindsey M. Gomez-Gray, Esq.

Email: LGomezGray@scottsdaleaz.gov


Scottsdale City Attorney's Office

Email: legal@scottsdaleaz.gov

/s/ Mark Houser

Mark Houser, Pro Se

Email: mhouser@gcbscorp.com