# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, | No. CV-23-01394-PHX-SMB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Scottsdale, et al., | |
| Defendants. | |

On June 12, 2025, Plaintiff filed a Second Amended Complaint (Doc. 80) without an accompanying motion for leave to amend. On June 17, 2025, Defendants filed a "Motion to Strike the Second Amended Complaint" (Doc. 81), arguing that Plaintiff failed to obtain leave of court or consent as required by Federal Rule of Civil Procedure 15(a)(2) and LRCiv 15.1.

Plaintiff did not file a response to the Motion to Strike (Doc. 81). Pursuant to LRCiv 7.2(i), which provides that motions may be granted as uncontested if no response is filed, the Magistrate Judge granted the Motion to Strike (Doc. 81) on July 10, 2025 (Doc. 84). The Magistrate Judge also found good cause to grant the Motion to Strike as Plaintiff did not file an accompanying motion for leave to amend when filing the Second Amended Complaint. (Doc. 84.)

Plaintiff subsequently filed a Motion for Reconsideration (Doc. 85), which the Magistrate Judge denied (Doc. 86). On July 24, 2025, Plaintiff filed a "Motion to

Reconsider and Nunc Pro Tunc Relief" (Doc. 87).  Referencing Federal Rule of Civil Procedure 72(a), Plaintiff seeks review of the Magistrate Judge's Orders (Docs. 84, 86) striking Plaintiff's Second Amended Complaint (Doc. 80) and denying reconsideration.

**IT IS ORDERED** construing Plaintiff's "Motion to Reconsider and Nunc Pro Tunc Relief" (Doc. 87) as an objection under Federal Rule of Civil Procedure 72(a) to the Magistrate Judge's Orders at Docs. 84 and 86.  The Clerk of Court shall update the docket accordingly.

Dated this 29th day of July, 2025.

_____
Eileen S. Willett
United States Magistrate Judge