# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Houser, | No. CV-23-01394-PHX-SMB (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Scottsdale, et al., | |
| Defendants. | |

Pending before the Court is City Defendants' "Second Limited Motion to Extend Close of Discovery Deadline." (Doc. 114.) In their Motion, Defendants assert that an extension of discovery is necessary to "allow Defendants to obtain the records from Dr. Scialli." (*Id.* at 1.) Defendants assert that the requested "extension will not impact dispositive motions." (*Id.*) Good cause appearing, the Court will grant the Motion with modifications.

//
///
//
///
//
///
//
///

Accordingly,

**IT IS ORDERED** that City Defendants' Second Limited Motion to Extend Close of Discovery Deadline (doc. 114) is **GRANTED AS MODIFIED**.

**IT IS FURTHER ORDERED** that the Discovery deadline, for the limited purpose of obtaining records from Dr. Scialli, is extended to **APRIL 10, 2026**.

**IT IS FURTHER ORDERED** that the remaining deadlines and provisions in the Court's March 13, 2025 Order (doc. 53) are **REAFFIRMED**. The dispositive motion deadline remains March 16, 2026.

Dated this 12th day of March, 2026.

Honorable John Z. Boyle
United States Magistrate Judge